ORIGINAL



MATTHEW R. WILSON
Meyer Wilson Co., LPA
1320 Dublin Road, Suite 100
Columbus, Ohio 43215
(614) 224-6000

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE ROSE, on behalf of herself
and all others similarly situated,

        Plaintiff(s),

v.

BANK OF AMERICA CORPORATION,
and FIA CARD SERVICES, N.A.

        Defendant(s).

CASE NO. 5:11-cv-02390-EJD

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Matthew R. Wilson, an active member in good standing of the bar of State of Ohio, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Jonathan D. Selbin
~~Daniel M. Hutchinson,~~ Lieff Cabraser Heimann & Bernstein, LLP
275 W. Battery Street, San Francisco, CA 94111-3339

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 1, 2011

Matthew R. Wilson, Esq.