UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STEPHENIE ROSE,                                    Case No. 5:11-02390 EJD

              Plaintiff,                          **CASE MANAGEMENT ORDER**

     v.

BANK OF AMERICA CORPORATION,
ET AL.,

            Defendants.
_____/

      This case is scheduled for a Case Management Conference on January 20, 2012.  Based on the parties' Joint Case Management Statement and proposed schedule (see Docket Item No. 29), the court has determined an appearance is unnecessary at this time.  Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

      IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

      IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is April 30, 2012.

      IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

1    IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are

2  referred to the assigned Magistrate Judge.

3    IT IS FURTHER ORDERED that the action is referred to private mediation.

4    IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Motion for Class Certification Opening Brief | November 20, 2012 |
| Opposition to Motion for Class Certification | January 28, 2013 |
| Reply in Support of Motion for Class Certification | February 28, 2013 |
| Fact Discovery Cutoff | February 28, 2013 |
| Designation of Plaintiff's Experts with Reports | December 21, 2013 |
| Designation of Defendants' Experts with Reports | January 31, 2013 |
| Designation of Plaintiff's Rebuttal Experts with Reports | February 15, 2013 |
| Expert Discovery Cutoff | April 2, 2013 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | May 6, 2013 |
| Preliminary Pretrial Conference | 11:00 a.m. on July 12, 2013 |
| Joint Preliminary Pretrial Conference Statement | July 2, 2013 |

Additionally, the court notes Defendants' position that discovery focus on class certification

issues first and on merits issues later. Defendants have not proposed any specific bifurcated

discovery plan and have expressed a belief that the parties can cooperate. Thus, the court issues no

order regarding bifurcation of discovery at this time.

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re Pretrial

Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the timing and

---

[1]    This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2]    A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re Pretrial Preparation."

2

1   content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial submissions.

2   **IT IS SO ORDERED.**

3

    Dated: January 17, 2012

4                                                      _____
                                                       EDWARD J. DAVILA
5                                                      United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3