IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAROL DUKE, et al.,

                Plaintiffs,

    v.

BANK OF AMERICA, N.A., et al.,

                Defendants.

NO. C12-4009 TEH

ORDER OF REFERRAL

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to Judge Edward Davila to consider whether it is related to *Rose v. Bank of America Corporation*, Case No. C11-2390 EJD.

**IT IS SO ORDERED.**

Dated: 09/14/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT