1   Marc A. Lackner (SBN 111753)
    Email:  mlackner@reedsmith.com
2   David S. Reidy (SBN 225904)
    Email: dsreidy@reedsmith.com
3   Matthew J. Brady (SBN 254333)
    Email:  mbrady@reedsmith.com
4   REED SMITH LLP
    101 Second Street, Suite 1800
5   San Francisco, CA  94105-3659
    Telephone:     +1 415 543 8700
6   Facsimile:     +1 415 391 8269

7   Attorneys for Defendants
    FIA Card Services, N.A., and
8   Bank of America Corporation

9

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

15   STEPHENIE ROSE, on behalf of herself and all      Case No.: 5:11-cv-02390 EJD
     others similarly situated,
16
                        Plaintiffs,                    **STIPULATED REQUEST AND
17                                                     [PROPOSED] ORDER VACATING CASE
              vs.                                      MANAGEMENT ORDER AND STAYING
18                                                     DISCOVERY**
     BANK OF AMERICA CORPORATION, and
19   FIA CARD SERVICES, N.A.,                          **[CIVIL L.R. 7-12; 16-2(E)]**
     Defendants.
20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to Local Rules 7-12 and 16-2(e), Plaintiff Stephenie Rose, on behalf of herself and all others similarly situated ("Plaintiff") and Defendants FIA Card Services, N.A. and Bank of America Corporation ("Defendants") (collectively, the "Parties") hereby stipulate and agree to the following:

## RECITALS

1.     WHEREAS, on May 16, 2011, Plaintiff filed a class action complaint for damages and injunctive relief pursuant to 47 U.S.C. section 227 *et seq.* against Defendants (Dkt. No. 1) (the "*Rose* Case");

2.     WHEREAS, on August 31, 2011, plaintiffs Sandra Ramirez and Scott Fowler, on behalf of themselves and all others similarly situated, filed a class action complaint for damages and injunctive relief pursuant to 47 U.S.C. section 227 *et seq.* against defendant Bank of America, N.A., in the United States District Court, Southern District of California, Case No. 11cv2008-LAB (KSC) (Dkt. No. 1) (the "*Ramirez* Case");

3.     WHEREAS, on January 17, 2012, this Court issued a Case Management Order, setting various class certification, discovery, dispositive motion, and pretrial conference deadlines, which directed the parties to private mediation (Dkt. No. 31);

4.     WHEREAS, on August 31, 2012, the *Ramirez* court issued an Order consolidating Southern District Case Nos. 11cv3040-LAB (KSC) (the "*Johnson* Case") and 12cv1662-LAB (KSC) (the "*Makin* Case") with the *Ramirez* Case (Dkt. No. 34) (collectively, the "*Ramirez* Consolidated Cases");

5.     WHEREAS, on July 30, 2012, plaintiffs Carol Duke and Jack Poster, on behalf of themselves and all others similarly situated, filed a class action complaint for damages and injunctive relief pursuant to 47 U.S.C. section 227 *et seq.* against defendants FIA Card Services, N.A., Bank of America, N.A., and Bank of America Corporation. (Dkt. No. 1) (the "*Duke* Case");

6.     WHEREAS, on September 14, 2012, Judge Henderson issued an Order of Referral, referring the *Duke* Case to this Court to consider whether it is related to the *Rose* Case (Dkt. No. 21);

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

7.      WHEREAS, on September 25, 2012, this Court issued a Related Case Order, finding that the *Duke* Case and *Rose* Case are related and ordering that the cases be reassigned to him (Dkt. No. 26);

8.      WHEREAS, counsel for all parties in the *Ramirez* Consolidated Cases have agreed to mediate those matters before the Honorable Edward A. Infante (Ret.) on October 23, 2012, and the Parties have agreed to mediate all claims in this Action and the *Duke* Case, in addition to the *Ramirez* Consolidated Cases;

9.      WHEREAS, the motion for class certification in the *Rose* Case is due to be filed on November 20, 2012 and other deadlines are pending;

10.     WHEREAS, the Parties anticipate that additional mediation sessions may be necessary in the *Rose* Case*, Duke* Case*, and Ramirez* Consolidated Cases; and

11.     WHEREAS, in the interests of judicial economy the Parties wish to fully explore settlement discussions prior to engaging in discovery, class certification briefing and trial preparation and therefore agree to stay discovery and vacate the class certification and trial deadlines set forth in this Court's Case Management Order.

NOW, THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel of record, hereby STIPULATE as follows:

- That the January 17, 2012 Case Management Order, and all of the dates therein, be vacated;

- That the Court set a further Case Management Conference at a date and time following October 23, to allow the parties to engage in mediation and report to the Court on mediation efforts;  and

- That all discovery in this Action be stayed , except insofar as the parties request informal discovery in order to engage in meaningful settlement negotiations, and all discovery deadlines be vacated pending further Order of this Court.

///

///

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**IT IS SO STIPULATED**.

DATED:  October 8, 2012          REED SMITH LLP


                                 By____/s/ David S. Reidy_____
                                     David S. Reidy
                                     Attorneys for Defendants
                                     FIA Card Services, N.A. and
                                     Bank of America Corporation

DATED:  October 8, 2012          LAW OFFICES OF DOUGLAS J CAMPION


                                 By____/s/ Douglas J. Campion_____
                                     Douglas James Campion
                                     Attorney for Plaintiff
                                     Stephenie Rose

DATED:  October 8, 2012          LIEF CABRASER HEIMANN & BERNSTEIN, LLP


                                 By____/s/ Jonathan Selbin_____
                                     Jonathan Selbin
                                     Attorneys for Plaintiff
                                     Stephenie Rose


                                 *Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3)
                                  regarding signatures, David S. Reidy hereby attests
                                  that concurrence in the filing of this document has
                                  been obtained.

STIPULATION AND [PROPOSED] ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**[~~PROPOSED~~] ORDER**

Pursuant to the above Stipulation, the January 17, 2012 Case Management Order is VACATED.

The November 9, 2012 case management conference is CONTINUED to ___December 7,___, 2012 at __10:00__ AM/~~PM~~. The Parties shall file a joint statement advising the Court of the status of mediation and settlement discussions no later than _November 30_, 2012.

Discovery in this action is hereby STAYED and all discovery deadlines are hereby VACATED pending further order from this court.


**SO ORDERED:**


DATED: ___10/10___, 2012.

_____
Hon. Edward J. Davila
United States District Court Judge