REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Marc A. Lackner (SBN 111753)
   Email:  mlackner@reedsmith.com
2  David S. Reidy (SBN 225904)
   Email:  dsreidy@reedsmith.com
3  Matthew J. Brady (SBN 254333)
   Email:  mbrady@reedsmith.com
4  REED SMITH LLP
   101 Second Street, Suite 1800
5  San Francisco, CA  94105-3659
   Telephone:     +1 415 543 8700
6  Facsimile:     +1 415 391 8269

7  Attorneys for Defendants
   FIA Card Services, N.A., and
8  Bank of America Corporation

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14

15  STEPHENIE ROSE, on behalf of herself and        Case No.: 5:11-cv-02390 EJD
    all others similarly situated,
16                                                   JOINT STATEMENT REGARDING
                    Plaintiffs,                      STATUS OF MEDIATION AND
17                                                   SETTLEMENT DISCUSSIONS AND
           vs.                                       [PROPOSED] ORDER CONTINUING
18                                                   CASE MANAGEMENT CONFERENCE
    BANK OF AMERICA CORPORATION,
19  and FIA CARD SERVICES, N.A.,                     Date:     December 7, 2012
                                                     Time:     10:00 a.m.
20                  Defendants.                      Crtm:     4
                                                     The Honorable Edward J. Davila
21

22

23

24

25

26

27

28

US_ACTIVE-111259487.2

1   Plaintiff Stephenie Rose, on behalf of herself and all others similarly situated ("Plaintiff")

2   and defendants FIA Card Services, N.A. and Bank of America Corporation ("Defendants")

3   (collectively, the "Parties") hereby submit this joint statement regarding the status of mediation and

4   settlement discussions.

5   On October 10, 2012, this Court entered an Order continuing the November 9, 2012, Case

6   Management Conference to December 7, 2012, at 10:00 a.m., and requested that the Parties file a

7   joint statement advising the Court of the status of mediation and settlement discussions no later than

8   November 30, 2012 (Dkt. 40).  On October 23, 2012, the Parties participated in their first full-day

9   mediation session before the Honorable Edward A. Infante (Ret.).  Since that time, the parties have

10   engaged in further voluntary discovery, including service of an additional set of interrogatories,

11   requests for production of documents, and a Rule 30(b)(6) deposition notice to Defendants;

12   additional document production; and scheduling multiple Rule 30(b)(6) depositions.  The Parties

13   have scheduled a second full-day mediation session before Judge Infante on January 23, 2013.

14   The Parties respectfully request that the Court set a further Case Management Conference at

15   a date and time following January 23, 2013, to allow the parties to continue to engage in mediation

16   and report to the Court on mediation efforts.

17

18

19

20   DATED: November 29, 2012                    REED SMITH LLP

21

22                                              By:  _/s/ Matthew J. Brady_____
                                                    Marc A. Lackner
23                                                  David S. Reidy
                                                    Matthew J. Brady
24                                                  Attorneys for Defendants
                                                    FIA Card Services, N.A. and
25                                                  Bank of America Corporation

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  DATED:  November 30, 2012          LAW OFFICES OF DOUGLAS J CAMPION

2

3                                     By:  /s/ Douglas James Campion
                                           Douglas James Campion
4                                          Attorney for Plaintiff
                                           Stephenie Rose
5  DATED:  November 30, 2012          LIEF CABRASER HEIMANN & BERNSTEIN
                                      LLP
6

7                                     By:   /s/ Jonathan Selbin
                                           Jonathan Selbin
8                                          Attorneys for Plaintiff
                                           Stephenie Rose
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1

## [PROPOSED] ORDER

2

   The December 7, 2012, case management conference is **CONTINUED** to

3

__February 15__, 2013, at _10:00_ AM/~~PM~~.  The Parties shall file a joint statement advising

4

the Court of the status of mediation and settlement discussions no later than _____February 8_____,

5

2013.

6

7

**SO ORDERED:**

8

DATED: __December 4__, 2012                              By: _____

9
                                                              Honorable Edward J. Davila
10                                                            United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware