**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10   STEPHENIE ROSE, on behalf of herself          CASE NOS. 5:11-cv-02390 EJD;
     and all others similarly situated;            5:11-cv-04009 EJD

11
                                                   **ORDER VACATING CASE**
12              Plaintiff(s),                       **MANAGEMENT CONFERENCES**
        v.
13
     BANK OF AMERICA CORPORATION, et.
14   al.,

15
                Defendant(s).
16   ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ /

17   CAROL DUKE, et. al., on behalf of herself
     and all others similarly situated;
18

19              Plaintiff(s),
        v.
20
     BANK OF AMERICA, N.A., et. al.,
21

22              Defendant(s).
     ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ /
23

24       Having reviewed the parties' Joint Case Management Statements (see Docket Item No. 47 in

25   11-2390; Docket Item No. 36 in 11-4009), the court has determined that a scheduling conference is

26   unnecessary at this time.  Accordingly, the Case Management Conferences scheduled in each case

27   for February 15, 2013, are VACATED.

28       The court schedules a hearing on anticipated motions for preliminary approval of class action

1

CASE NOS. 5:11-cv-02390 EJD; 5:11-cv-04009 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE

1    settlement in each case for **May 17, 2013, at 9:00 a.m.**  In light of this anticipated hearing, the court

2    will not reschedule the Case Management Conferences.  However, the parties may submit a

3    stipulation to reset the conferences if circumstances prove necessary.

4    **IT IS SO ORDERED.**

5

6    Dated:  February 12, 2013

     _____
7                                        EDWARD J. DAVILA
                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

                                   2
CASE NOS. 5:11-cv-02390 EJD; 5:11-cv-04009 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE