IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHENIE ROSE, on behalf of herself and all other similarly situated,<br><br>Plaintiff(s),<br>v.<br>BANK OF AMERICA CORPORATION, et. al.,<br><br>Defendant(s). | CASE NO. 5:11-cv-02390 EJD<br><br>**ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |

In light of the Status Conference scheduled for the same date which presently remains on calendar, the Preliminary Pretrial Conference previously scheduled for July 12, 2013 (see Docket Item No. 31), is VACATED.

**IT IS SO ORDERED.**

Dated: June 28, 2013

EDWARD J. DAVILA
United States District Judge