IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHENIE ROSE, on behalf of herself and all others similarly situated;<br><br>　　　　　Plaintiff(s),<br>　v.<br>BANK OF AMERICA CORPORATION, et. al.,<br><br>　　　　　Defendant(s).<br>_____/<br>CAROL DUKE, et. al., on behalf of herself and all others similarly situated;<br><br>　　　　　Plaintiff(s),<br>　v.<br>BANK OF AMERICA, N.A., et. al.,<br><br>　　　　　Defendant(s).<br>_____/ | CASE NOS. 5:11-cv-02390 EJD;<br>5:12-cv-04009 EJD<br><br>**STATUS CONFERENCE ORDER** |

On September 13, 2013, the parties appeared before Judge Edward J. Davila for a Status Conference. Based on the discussions held at the conference,

IT IS HEREBY ORDERED that the parties shall file the Motion for Preliminary Approval as to both cases on or before September 27, 2013. **This is a final deadline.**

IT IS FURTHER ORDERED that, should the parties not file the Motion for Preliminary Approval as ordered, the court will immediately issue an expedited scheduling order with dates chosen solely by the court.

**IT IS SO ORDERED.**

Dated:  September 13, 2013

　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

CASE NOS. 5:11-cv-02390 EJD; 5:12-cv-04009 EJD
STATUS CONFERENCE ORDER