1  Jonathan D. Selbin, SBN #170222
   Email: jselbin@lchb.com
2  Douglas Ian Cuthbertson, *Admitted*
       *Pro Hac Vice*
3  Email: dcuthbertson@lchb.com
   250 Hudson Street, 8th Floor
4  New York, New York 10013
   Telephone: (212) 355-9500
5  Facsimile: (212) 355-9592

6  *Attorneys for Plaintiffs and the Proposed Class*

7  [Additional Counsel Appear on Signature Page]

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | STEPHENIE ROSE, on behalf herself and all others similarly situated, | Case No. 5:11-cv-02390-EJD
12 | | CLASS ACTION
13 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**
14 | v. |
15 | BANK OF AMERICA CORPORATION, and FIA CARD SERVICES, N.A., |
16 | |
17 | Defendants. |
18 | |
19 | CAROL DUKE AND JACK POSTER, on behalf of themselves and all others similarly situated, | Case No. 5:11-cv-04009 EJD
20 | |
21 | Plaintiffs, |
22 | v. |
23 | BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; and FIA CARD SERVICES, N.A., |
24 | |
25 | Defendants. |

26

27

28

1133841.1

STIPULATION AND [PROPOSED] ORDER GRANTING
LEAVE TO FILE SECOND AMENDED COMPLAINT
CASE NO. 5:11-CV-02390-EJD 5:11-CV-04009-EJD

WHEREAS the parties have reached a proposed Settlement of this class action lawsuit that is intended to resolve all claims in the above-entitled case, as well as all claims in the related case *Duke v. Bank of Am.*, Case No. 5:12-cv-04009 (N.D. Cal.) and claims in the following similar Actions: *Ramirez v. Bank of Am., N.A.*, Case No. 11-cv-02008 (S.D. Cal.); *Johnson v. Bank of Am., N.A.*, Case No. 11-cv-3040 LAB (S.D. Cal.); *Makin v. Bank of Am., N.A.*, Case No. 12-cv-1662 LAB (S.D. Cal.); and *Bradshaw v. Bank of Am. Corp.*, 13-CV-0431 LAB RBB (S.D. Cal.).

WHEREAS Plaintiff Rose wishes to amend the First Amended Complaint and file the Second Amended Complaint in order to include additional factual allegations and revise the proposed class definition. The proposed Second Amended Complaint is attached hereto as Exhibit A.

WHEREAS the Second Amended Complaint encompasses all of the claims and the class definition resolved in the proposed Settlement, such that the proposed Settlement, and all related motions to approve the settlement, will be filed in the above-entitled case.

## I.  STIPULATION

The parties agree Plaintiff Stephanie Rose should be allowed to amend the First Amended Complaint and file the Second Amended Complaint.

STIPULATED, DATED AND RESPECTFULLY SUBMITTED this 27th day of September, 2013.

| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | REED SMITH LLP |
|---|---|
| By: /s/ Douglas I. Cuthbertson, *Pro Hac Vice*<br>Jonathan D. Selbin, SBN #170222<br>Email:  jselbin@lchb.com<br>Douglas Ian Cuthbertson, *Admitted Pro Hac Vice*<br>Email:  dcuthbertson@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, New York  10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592 | By:   David S. Reidy, SBN #225904<br>Marc A. Lackner (SBN 111753)<br>Email:  mlackner@reedsmith.com<br>David S. Reidy (SBN 225904)<br>Email:  dreidy@reedsmith.com<br>Matthew J. Brady (SBN 254333)<br>Email:  mbrady@reedsmith.com<br>101 Second Street, Suite 1800<br>San Francisco, California  94105<br>Telephone:  (415) 543-8700<br>Facsimile:  (415) 391-8269 |

| | | |
|---|---|---|
| 1 | Douglas J. Campion, SBN #75381<br>Email: doug@djcampion.com | Abraham J. Colman (SBN 146933)<br>Email: acolman@reedsmith.com |
| 2 | LAW OFFICE OF DOUGLAS<br>  J. CAMPION | Felicia Y. Yu (SBN 193316)<br>Email: fyu@reedsmith.com |
| 3 | 409 Camino Del Rio South, Suite 303<br>San Diego, California  92108 | REED SMITH LLP<br>355 South Grand Avenue, Suite 2900 |
| 4 | Telephone: (619) 299-2091<br>Facsimile: (619) 858-0034 | Los Angeles, California  90071<br>Telephone:  (213) 457-8000 |
| 5 | | Facsimile:  (213) 457-8080 |
| 6 | Daniel M. Hutchinson, SBN #239458<br>Email:  dhutchinson@lchb.com | *Attorneys for Defendants* |
| 7 | LIEFF, CABRASER, HEIMANN<br>  & BERNSTEIN, LLP | |
| 8 | 275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339 | |
|  | Telephone: (415) 956-1000 | |
| 9 | Facsimile: (415) 956-1008 | |
| 10 | Joshua B. Swigart, SBN #225557 | |
|  | Email: josh@westcoastlitigation.com | |
| 11 | Robert L. Hyde, SBN #227183<br>Email:  bob@westcoastlitigation.com | |
| 12 | HYDE & SWIGART<br>411 Camino Del Rio South, Suite 301 | |
| 13 | San Diego, California  92108-3551<br>Telephone:  (619) 233-7770 | |
| 14 | Facsimile:  (619) 297-1022 | |
| 15 | Abbas Kazerounian, SBN #249203 | |
|  | Email:  ak@kazlg.com | |
| 16 | KAZEROUNI LAW GROUP<br>2700 North Main Street, Suite 1000 | |
| 17 | Santa Ana, California  92866<br>Telephone:  (800) 400-6806 | |
| 18 | Facsimile:  (800) 520-5523 | |
| 19 | Matthew R. Wilson, *Admitted* | |
|  |   *Pro Hac Vice* | |
| 20 | Email:  mwilson@meyerwilson.com<br>MEYER WILSON CO., LPA | |
| 21 | 1320 Dublin Road, Suite 100<br>Columbus, Ohio 43215 | |
| 22 | Telephone:  (614) 224-6000<br>Facsimile:  (614) 224-6066 | |
| 23 | | |
| 24 | Beth E. Terrell, SBN #178181 | |
|  | Email:  bterrell@tmdwlaw.com | |
| 25 | TERRELL MARSHALL DAUDT<br>  & WILLIE PLLC | |
| 26 | 936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869 | |
| 27 | Telephone: (206) 816-6603<br>Facsimile: (206) 350-3528 | |
| 28 | | |

*Attorneys for Plaintiffs and the Proposed Class*

1133841.1 — - 2 - — STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT
CASE NO. 5:11-CV-02390-EJD; 5:11-CV-04009-EJD

## II. [PROPOSED] ORDER

Based on the foregoing stipulation of the parties,

IT IS HEREBY ORDERED that Plaintiff Stephanie Rose is granted leave to amend the First Amended Complaint and file the Second Amended Complaint, attached hereto as Exhibit A.

DATED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE