January 18, 2014

To Whom It May Concern,

    I am writing to object to the proposed settlement in Rose v. Bank of Am. Corp., Case No. 11-cv-02390-EJD (N.D. Cal.).

    I do not believe it is a fair settlement as I believe class members should be treated the same as the plaintiffs. I do not intend to appear at the fairness hearing, but wanted to express my objection.

Sincerely,

*Lynn DeMoura*

Lynn DeMoura
25 Martin Street
Rehoboth, MA 02769
774-565-5507