1  MEYER WILSON CO., LPA
   Matthew R. Wilson (State Bar No. 290473)
2  1320 Dublin Road, Ste. 100
   Columbus, Ohio 43215
3  Telephone:  (614) 224-6000
   Facsimile:  (614) 224-6066
4

5  *Attorneys for Plaintiffs and the Proposed Class*

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11
   STEPHENIE ROSE, on behalf herself and      Case No. 5:11-cv-02390-EJD (PSG)
12 all others similarly situated,
                                              **DECLARATION OF MATTHEW R.**
13                   Plaintiff,               **WILSON IN SUPPORT OF PLAINTIFFS'**
                                              **MOTION FOR ATTORNEYS' FEES AND**
14        v.                                  **FINAL APPROVAL OF CLASS ACTION**
                                              **SETTLEMENT**
15 BANK OF AMERICA CORPORATION,
   and FIA CARD SERVICES, N.A.,               Judge:        Hon. Edward J. Davila
16
                     Defendants.
17
   CAROL DUKE AND JACK POSTER,
18 on behalf of themselves and all others
   similarly situated,
19
                     Plaintiffs,
20
          v.
21
   BANK OF AMERICA, N.A.; BANK OF
22 AMERICA CORPORATION;
   AND FIA CARD SERVICES, N.A.,
23
                     Defendants.
24

25

26

27

28

I, MATTHEW R. WILSON, declare as follows:

I am a principal attorney with the AV-rated law firm Meyer Wilson Co., LPA ("Meyer Wilson"), counsel of record for Plaintiffs.  I am a member in good standing of the bars of the States of California and Ohio.  I respectfully submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs and Service Awards to the Named Plaintiffs, and in support of Final Approval of the Settlement.  Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

**I.**      **Background and Experience**

1.      Meyer Wilson is a plaintiffs' law firm with its primary office in Columbus, Ohio.  With co-counsel, Meyer Wilson handles cases across the county.  In addition to an extensive practice on behalf of individual and institutional investors in arbitrations before the Financial Industry Regulatory Authority ("FINRA"), Meyer Wilson has a robust complex litigation and class action practice involving consumer, employment, financial, and securities matters.  Attached hereto as **Exhibit A** is a true and correct copy of Meyer Wilson's current firm resume, showing the firm's experience in complex and class action litigation.

2.      I graduated from Denison University, *magna cum laude*, in Philosophy in 1997, before graduating from the University of Virginia School of Law in 2000.  I came to Meyer Wilson (then called Meyer & Associates Co., LPA) in 2006 as an associate and was promoted to named principal of the firm in 2012.  Prior to coming to Meyer Wilson, I worked as an attorney at Jones Day at its Columbus, Ohio office, where I defended class actions and litigated other complex civil cases.  I have been the chair of the Class Action Committee of the Central Ohio Association for Justice for the past seven years.  I was recognized this year and for the last several years as an Ohio Super Lawyer Rising Star.  I am also a member of the Class Action Preservation Project with Public Justice.  In addition to the California and Ohio state bars, I am also admitted to the Ninth and Sixth Circuit Courts of Appeals, and to the Central, Eastern, Northern, and Southern Districts of California, the Northern and Southern Districts of Ohio, the Central and Northern Districts of Illinois, and the Eastern District of Wisconsin. As set forth below, I have significant experience in litigating consumer class actions.

3.      I and others at the Meyer Wilson firm have been in the vanguard of the litigation of class action lawsuits under the Telephone Consumer Protection Act.  Cases in which I have played a lead or active role include several large TCPA class settlements, as well as a number of other still-pending cases that involve some of the largest banking and financial institutions in the world:

a.      *Arthur, et al. v. Sallie Mae, Inc.*, No. C10-0198 JLR (W.D. Wash.) (nationwide settlement achieving the then-largest monetary settlement in the history of the TCPA: a $24.15 million common fund; final approval granted in 2012);

b.      *Steinfeld v. Discover Financial Services, et al.*, 3:12-cv-01118-JSW (N.D. Cal.) (nationwide settlement of $8.7 million common fund; preliminary approval granted on September 10, 2013; pending final approval);

c.      *Wannemacher v. Carrington Mortgage Services LLC*, Case No. 8:12-cv-02016-FMO-AN (C.D. Cal.) (nationwide settlement; preliminary approval pending);

d.      *In Re: Capital One Telephone Consumer Protection Act Litigation*, MDL No. 2416 (N.D. Ill.);

e.      *Bayat v. Bank of the West*, Case 3:13-cv-02376-EMC (N.D. Cal.);

f.      *Brown v. Directv LLC, et al.*, Case No. 2:13-cv-01170-DMG-E (C.D. Cal.);

g.      *Mills v. HSBC Bank Nevada, N.A.*, Case No. 3:12-cv-04010-SI (N.D. Cal.);

h.      *Balschmiter v. TD Auto Finance*, LLC, Case No. 2:13-cv-01186 (E.D. Wisc.);

i.      *Martin v. Wells Fargo Bank, N.A.*, Case No. 3:12-cv-06030-SI (N.D. Cal.);

j.      *Heinrichs v. Wells Fargo Bank, N.A.*, Case No. 3:13-cv-05434-WHA (N.D. Cal.); and

k.      *Smith v. State Farm Mutual Auto. Ins. Co.*, Case No. 13-cv-02018 (N.D. Ill.).

- 3 -

4.      Meyer Wilson's experience in these cases, and my experience in particular, has provided me with expertise in the legal, factual, management, settlement, notice, and administration issues that characterize these types of class actions.

5.      Meyer Wilson and I also have significant experience in the litigation, trial and settlement of class actions involving complex economic injury and product defects, false advertising, and breaches of medical data privacy.  Cases in which Meyer Wilson has served as Class Counsel in such actions and in which I played a lead or active role include:

> a.    *Yarger, et al. v. ING Bank FSB*, Case No. 1:11-cv-00154-LPS (D. Del.) (Co-Lead Class Counsel in nationwide case alleging misrepresentations related to marketing of mortgage note modifications; nationwide settlement recently reached, pending court approval;.)
>
> b.    *Struck, et al. v. PNC Bank, N.A.*, Case No.2:11-cv-982 (S.D. Ohio) (Co-Lead Class Counsel in class and collective action involving alleged misclassification of mortgage loan officers; preliminary court approval granted January 2, 2014);
>
> c.    *Lazebnik v. Apple, Inc.,* Case No. 5:13-cv-04145-EJD (N.D. Cal.) (Co-Lead Class Counsel in nationwide class action alleging fraudulent marketing of a "season pass" of the television show *Breaking Bad* on Apple's iTunes service.  In response to the lawsuit, Apple has provided a full credit to the entire proposed class.);
>
> d.    *Smith v. Regents of the University of California,* Case No. RG08-410004 (Alameda County, California, Superior Court) (Co-Lead Counsel in California statewide action alleging breaches of medical data privacy.  The class was certified on July 9, 2009, and the case settled in late 2011);
>
> e.    *Mack v. hh gregg, Inc., et al.*, Case No. 1:08-cv-664 (S.D. Indiana) (Co-Lead Counsel in putative class action involving alleged incorrect installation of dryers.  Nationwide class settlement was granted final court approval on March 18, 2011);

- 4 -

1    f. *Kaiser-Flores v. Lowe's Home Centers, Inc.,* Case No. 5:08-CV-00045

2      (W.D. North Carolina) (Co-Lead Counsel in putative class action involving

3      alleged incorrect installation of dryers.  Nationwide class settlement,

4      including cash relief for class members, was granted final court approval

5      on December 15, 2010);

6    g. *Frankle v. Best Buy Stores, L.P.*, Case No. 08-5501 (D. Minnesota) (Co-

7      Lead Counsel in putative class action involving alleged incorrect

8      installation of dryers.  Nationwide class settlement was granted final court

9      approval on November 9, 2010);

10    h. *Sanbrook v. Office Depot, Inc.* Case No. 07CV096374 (N.D. Cal.) (Co-

11      Lead Class Counsel in California statewide class action involving

12      misleading service plan terms and other related issues.  After the Court

13      certified a litigation class, the case settled for cash relief for class members,

14      and was granted final approval by the Court on November 23, 2010);

15    i. *Stout v. Jeld Wen, Inc.* Case No. 1:08-CV-652 (N.D. Ohio) (Lead Class

16      Counsel in putative nationwide class action alleging defective windows.

17      The court granted final approval to the nationwide settlement on August 8,

18      2010);

19    j. *Fulford v. Logitech, Inc.,* Case No. 08-cv-02041 (N.D. Cal.) (Co-Lead

20      Class Counsel in class action alleging deceptive advertising of a consumer

21      product.  The nationwide class action settlement was granted final Court

22      approval on March 5, 2010.);

23    k. *Schweinfurth, et al. v. Motorola, Inc.* Case No. 1:05-CV-0024 (N.D. Ohio)

24      (Co-Lead Class Counsel in nationwide class action alleging defective

25      cellular phones, resulting in nationwide settlement with cash relief for class

26      members, approved by the court on January 25, 2010);

27

28

l.      *Steele v. Pergo, Inc.* Case No. CV07-1493 (D. Oregon) (Lead Class

Counsel in class action alleging defective laminate flooring.  The

nationwide settlement was granted final court approval on July 7, 2009.);

m.      *Jenkins v. Hyundai Motor Finance Co.*, Case No. 2:04-cv-00720 (S.D.

Ohio) (Appointed Co-Lead Class Counsel in a class action alleging

defective notices in connection with the repossession and subsequent

disposition of vehicles.  The case settled after the court certified a litigation

class, and final approval was granted by the court on July 7, 2009.).

**II.      Qualifications of Other Meyer Wilson Attorneys and Staff**

6.      Other Meyer Wilson attorneys who have worked on this case include the

following:

a.      Michael J. Boyle, Jr., an associate attorney at Meyer Wilson.  Mr. Boyle

graduated cum laude from the University of Pennsylvania School of Law in 2008.  Mr. Boyle

clerked for the Honorable R. Guy Cole, Jr., of the United States Court of Appeals for the Sixth

Circuit and worked for the international law firm of Covington & Burling, LLP, prior to coming

to work for Meyer Wilson in early 2013.  Since coming to the firm, Mr. Boyle has worked

primarily with me on our firm's TCPA class action cases.  Mr. Boyle is admitted to and in good

standing in the bars of California and Ohio, as well as the Ninth and Sixth Circuit Courts of

Appeals, the Northern, Eastern, Central, and Southern Districts of California, the Southern

District of Ohio, the Central District of Illinois, and the Eastern District of Wisconsin.

b.      Bridget Wasson was an associate attorney at Meyer Wilson from 2009 to

2013.  Ms. Wasson earned her law degree from the University of Dayton School of Law in 2008.

During her time with the firm, Ms. Wasson focused primarily on consumer class actions,

including on the firm's TCPA cases.

**III.  Overview of Meyer Wilson's Efforts in this Action**

**A.      Contingent Nature of the Action**

7.      Work on this matter required Meyer Wilson to spend time that could have been

spent on other matters.  At various times during the litigation of this class action, this lawsuit has

1   consumed my time, along with the time of attorneys Michael Boyle and Bridget Wasson.

2       8.      Nearly all of the work that Meyer Wilson undertakes is on a contingency fee basis.

3   As such, Meyer Wilson shouldered the risk of expending costs and time in litigating this action

4   without any monetary gain in the event of an adverse judgment.  If not devoted to litigating this

5   action, from which any compensation to Meyer Wilson is wholly contingent on a successful

6   outcome, the time that Meyer Wilson's attorneys and staff spent working on this case could and

7   would have been spent pursuing other potentially fee-generating matters.

8       **B.      Meyer Wilson's Lodestar**

9       9.      Meyer Wilson has maintained contemporaneous time records since the

10  commencement of its initial investigation of this action.  Through February 14, 2014, Meyer

11  Wilson has worked a total of <u>340.85 hours</u> in this action, with a total lodestar of <u>$151,201.25</u>.

12      10.     I did not include any time spent working on Plaintiffs' Motion for Award of

13  Attorneys' Fees and Costs, or this supporting declaration and exhibits, within the lodestar

14  reported above.

15      11.     Meyer Wilson's lodestar will grow as we continue to finalize the settlement

16  process and close the litigation.  Specifically, we will spend time ensuring that the settlement is

17  administered properly, address consumer inquiries, and assist with briefing on and attend the

18  hearing for final approval of the settlement.

19      **C.      Meyer Wilson's Costs**

20      12.     Meyer Wilson maintains books and records regarding costs expended on each case

21  in the ordinary course of business, which books and records are prepared from expense vouchers

22  and check records.  I have reviewed the costs expended in this matter.

23      13.     Meyer Wilson has incurred <u>$8,383.71</u> in expenses, which consists of the

24  following: contributions to the fees associated with two full-day mediations ($840.08); travel

25  costs associated with my participation in the mediations in San Francisco ($4,635.82); travel costs

26  associated with taking depositions of the Defendants' witnesses ($1,112.61); other hard costs

27  such as PACER fees and postage ($212.75); attorneys' pro hac vice fees ($610.00); and court

28  reporter charges ($972.45).

**D.      Meyer Wilson Billing Rates**

14.      All attorneys and staff at Meyer Wilson are instructed to maintain contemporaneous time records reflecting the time spent on this and other matters.  Firm policy requires all staff to enter their time into an electronic timekeeping system on a daily basis.

15.      The following table lists the Meyer Wilson attorneys and professional personnel and their current hourly rates.  The hourly rate shown for any attorney or staff member who is no longer employed with Meyer Wilson reflects the last rate that applied at the time of their employment in that position.  The hourly rates listed herein are modest, given national class counsel's typical rates in cases of this size and complexity:

| Name and Position | Rate |
| --- | --- |
| Matthew R. Wilson<br>Principal Attorney<br>University of Virginia School of Law, 2000 | $475 |
| Michael J. Boyle, Jr.<br>Associate Attorney<br>University of Pennsylvania School of Law, 2008 | $325 |
| Bridget Wasson<br>Former Associate Attorney<br>University of Dayton, 2008 | $325 |

16.      Meyer Wilson sets its rates for attorneys and staff members based on a variety of factors, including, among others: the experience, skill and sophistication required for the types of legal services typically performed; the rates customarily charged in similar matters; and the experience, reputation and ability of the attorneys and staff members.

**E.      Overview of Work Performed**

17.      To provide the Court with an overview of the work done by Meyer Wilson in this case, without requiring the review of our voluminous time records themselves, I divide my firm's work into specific phases that track the progress of the litigation from our initial investigation through settlement.

18.      *Initial Case Investigation*.  Meyer Wilson spent 22.6 hours on initial case investigation.  Such investigation included the following: Conducting factual and legal research into the merits of the TCPA claims; conducting research on the Defendant including whether

Defendant had been investigated for any prior TCPA violations; discussing joint prosecution of the action with counsel for other, related actions; and drafting, revising, and filing the *Duke* Complaint.

19. *Motions Practice*. Meyer Wilson spent <u>25.5 hours</u> opposing Bank of America's Motion to Dismiss and conducting legal research and meeting and conferring with defense counsel regarding Plaintiffs' anticipated Motion to Strike Affirmative Defenses.

20. *Discovery*. Meyer Wilson spent <u>113.75 hours</u> reviewing documents and call data produced by Bank of America; deposing Bank of America's 30(b)(6) witnesses; drafting confirmatory interrogatories; and drafting discovery meet and confer letters.

21. *Settlement Negotiations and Mediations*. Meyer Wilson spent <u>84.5 hours</u> on engaging in settlement discussions and mediations with Bank of America. The parties began discussing the possibility of settlement in approximately October, 2012. Representative counsel for all firms participated in two full-day mediations before the Honorable Edward Infante (Ret.) of JAMS, on October 23, 2012, and January 23, 2013, and additional telephone mediation sessions as well. In connection with these settlement discussions and mediations, Meyer Wilson attorneys spent time doing the following tasks: (a) discussing settlement and mediation with Bank of America's counsel; (b) discussing the Plaintiffs' mediation strategy with co-counsel; (d) assisting with the drafting of mediation briefs; (e) traveling to and attending the full-day mediations in San Francisco; (f) drafting various stipulations and proposed orders for extensions of time on the case schedule pending the negotiations; (g) reviewing Bank of America's discovery and information produced in the context of settlement negotiations; and (h) conducting settlement-related research such as analyzing other TCPA class action settlements. The requested fee award was negotiated only after the parties reached agreed on all of the other Settlement terms.

22. *Drafting the Settlement and the Motion for Preliminary Approval Papers*. Meyer Wilson attorneys spent time negotiating the final settlement terms and negotiating, drafting, and revising the Memorandum of Understanding and the Settlement Agreement. Meyer Wilson attorneys assisted in drafting the Motion for Preliminary Approval, the supplemental briefs in

1  support of preliminary approval, the declarations in support of preliminary approval, the proposed

2  orders regarding preliminary approval, and all of the forms of class notice.  Meyer Wilson spent

3  83.1 hours on these tasks.

4        23.    *Overseeing Settlement Administration.* Meyer Wilson assisted in obtaining and

5  evaluating bids from settlement administrators and, along with co-counsel, worked with the

6  Settlement Administrator on various notice issues including, but not limited, to creating an

7  adequate publication notice plan.  Meyer Wilson also reviewed draft claims forms and notices

8  that the Settlement Administrator prepared, such as draft scripts for the telephone line and

9  website.  Meyer Wilson attorneys and staff spent 11.4 hours on these tasks.

10        **F.**     **Careful Assignment of Work**

11        24.    Tasks were assigned appropriately among attorneys according to their complexity.

12  The work performed by associate attorneys was work that required sufficient knowledge of legal

13  concepts that I would have had to perform absent such assistance.  I and other Class Counsel

14  therefore made every effort to litigate this efficiently.

15        25.    The following chart details the time each of these attorneys and staff members

16  worked on this case and their contribution to Meyer Wilson's total lodestar:

17

| Attorney | Total Hours | % of Total Hours | Billing Rate | Lodestar |
|---|---|---|---|---|
| Matthew Wilson | 269.50 | 79.1 % | $475.00 | $128,012.50 |
| Michael Boyle | 8.50 | 2.5 % | $325.00 | $2,762.50 |
| Bridget Wasson | 62.85 | 18.4 % | $325.00 | $20,426.25 |

22        **G.**     **Careful Review of Meyer Wilson's Lodestar and Deletion of Duplicative**

23               **Work**

24        26.    I have personally reviewed the time reported for all attorneys and other personnel

25  listed in the schedules set forth above.  I reduced or eliminated time reported where necessary to

26  ensure that Meyer Wilson is not seeking reimbursement for unnecessary duplication of efforts.

27  For example, I deleted time spent on routine, housekeeping matters.  I can confidently assert that

28  the lodestar and hours reported in this declaration are reasonable, particularly in light of our

- 10 -

1  efforts and accomplishments in this litigation.

2      **H.**    **Efforts to Avoid Duplication Among Co-Counsel**

3      27.    I worked closely with co-counsel to divide tasks, ensure efficient case

4  management, and prevent duplication of efforts.  By assigning specific tasks among firms, we

5  were able to avoid replicating work.  Only where it was necessary to have involvement from all

6  of the firms, such as during the mediations, did such involvement occur.

7

8

9      I declare under penalty of perjury of the laws of Ohio and the United States that the

10  foregoing is true and correct, and that this declaration was executed at Columbus, Ohio on

11  February 14, 2014.

12

13      */s/Matthew R. Wilson*
        Matthew R. Wilson

14          **ATTESTATION**

15

16      I, Jonathan D. Selbin, am the ECF user whose identification and password are being used

17  to file this Declaration.  I hereby attest that Matthew R. Wilson has concurred in this filing.

18      */s/ Jonathan D. Selbin*
        Jonathan D. Selbin

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# Meyer Wilson

The law firm of Meyer Wilson Co., LPA is Martindale-Hubbell AV-rated, and is devoted solely to the prosecution of consumer and securities class actions and the representation of investors with claims against the securities industry.  The firm prosecutes individual cases and class actions nationwide on behalf of individuals in both arbitration and litigation in court.  Since its inception, Meyer Wilson has achieved jury awards, arbitration awards and settlements with combined value of hundreds of millions of dollars on behalf of its clients.

Meyer Wilson has prosecuted numerous nationwide class actions as court-appointed Lead and Co-Lead Class Counsel in federal and state courts throughout the country, including one class action that resulted in what is believed to be the largest jury verdict in Ohio's history and was also reported to be the country's largest securities class action jury verdict in history.  In that case, the firm's founding principal David Meyer was appointed Co-Lead Class Counsel action against Prudential Securities.  The firm represented more than 250 investors from Marion, Ohio.  The jury trial lasted several weeks and the jury returned a Plaintiffs' verdict in excess of $261 million.  The case caption was *Burns, et al. v. Prudential Securities, Inc.*, Case No. 99CV0438, in the Court of Common Pleas of Marion County, Ohio. The case was pending for more than seven years.  Following an appeal of the jury verdict by Prudential Securities, Class Members received in excess of 100% recovery of their actual losses, even after payment of attorneys' fees and expenses. The final amended judgment was paid by Prudential in late 2006.

Meyer Wilson has been appointed class counsel in numerous other class actions that have resulted in significant recoveries.  Recent successes in which Meyer Wilson served as Lead or Co-Lead counsel include:

- *Arthur v. Sallie Mae, Inc.*, Case No. C10-0198 (W.D. Wash) (Co-Lead Class Counsel in putative nationwide class action alleging unauthorized autodialer calls to the cell phones of borrowers who took out student loans with the national lender.  The $24.15 million nationwide settlement was recently granted final approval.).

- *Smith v. Regents of the University of California*, Case No. RG08-410004 (Alameda County, California, Superior Court) (Co-Lead Counsel in California statewide action alleging breaches of medical data privacy.  The class was certified on July 9, 2009, and the case settled in late 2011).

- *Mack v. hh gregg, Inc., et al.*, Case No. 1:08-cv-664 (S.D. Indiana) (Co-Lead Counsel in putative class action involving alleged incorrect installation of dryers.

MEYER WILSON CO., L.P.A. FIRM RESUME

Nationwide class settlement was granted final court approval on March 18, 2011).

- *Kaiser-Flores v. Lowe's Home Centers, Inc.,* Case No. 5:08-CV-00045 (W.D. North Carolina) (Co-Lead Counsel in putative class action involving alleged incorrect installation of dryers.  Nationwide class settlement, including cash relief for class members, was granted final court approval on December 15, 2010).

- *Frankle v. Best Buy Stores, L.P.*, Case No. 08-5501 (D. Minnesota) (Co-Lead Counsel in putative class action involving alleged incorrect installation of dryers. Nationwide class settlement was granted final court approval on November 9, 2010).

- *Sanbrook v. Office Depot, Inc.* Case No. 07CV096374 (N.D. Cal.) (Co-Lead Class Counsel in California statewide certified class action involving misleading service plan terms and other related issues.  The case settled for cash relief for class members, and was granted final approval by the Court on November 23, 2010).

- *Stout v. Jeld Wen, Inc.* Case No. 1:08-CV-652 (N.D. Ohio) (Lead Class Counsel in putative nationwide class action alleging defective windows.  The Court granted final approval to the nationwide settlement on August 8, 2010).

- *Fulford v. Logitech, Inc.,* Case No. 08-cv-02041 (N.D. Cal.) (Co-Lead Class Counsel in class action alleging deceptive advertising of a consumer product. The nationwide class action settlement was granted final court approval on March 5, 2010.)

- *Schweinfurth, et al. v. Motorola, Inc.* Case No. 1:05-CV-0024 (N.D. Ohio) (Co-Lead Class Counsel in nationwide class action alleging defective cellular phones, resulting in nationwide settlement with cash relief for class members, approved by the Court on January 25, 2010).

- *Steele v. Pergo, Inc.* Case No. CV07-1493 (D. Oregon) (Lead Class Counsel in class action alleging defective laminate flooring.  The nationwide settlement was granted final court approval on July 7, 2009.).

- *Jenkins v. Hyundai Motor Finance Co.*, Case No. 2:04-cv-00720 (S.D. Ohio) (Appointed Co-Lead Class Counsel in a certified class action alleging defective notices in connection with the repossession and subsequent disposition of vehicles.  The case settled after certification, and was approved by the Court on July 7, 2009.)

- *Guiseppone v. Wendy's International, Inc., et al.,* Case No. 08-CVC-4-6219 (Common Pleas Court, Franklin County, Ohio) (Liaison Counsel in the derivative and class action suit involving the sale of Wendy's to the parent company of Arby's. The nationwide class action settlement was approved by the Court on July 1, 2009.)

- *In Re Apple iPod Nano Products Liability Litigation*, MDL Docket No. M: 06-cv-01754-RMW (N.D. Cal.) (Co-Lead Counsel in the Multi-District Litigation proceeding in which nationwide class actions allege that screens on Ipod Nanos were susceptible to excessive scratching under normal use and were therefore defective. A nationwide settlement of the related case in state court, including cash relief for consumers, was granted final approval by the Court on April 28, 2009.)

- *Health Science Products LLC. v. Sage Software SB, Inc.*, Case No. 1:05-CV-03329-RWS (N.D. Ga.) (Co-Lead Class Counsel in nationwide class action settlement involving allegedly defective software. Settlement included cash relief for Class Members. It was approved by the Court on April 24, 2008.)

- *Wiatrowski, et al. v. Sears, Roebuck & Co., et al.,* Case No. 1:06-CV-00637 (N.D. Ohio) (Co-Lead Counsel in a nationwide class action settlement that provided cash reimbursement of Class Members for out of pocket losses. The court granted final approval on December 20, 2007.)

- *Bowen, et al. v. Whirlpool Corp., et al.,* Case No. CV05-8067 (C.D. Cal.) (Co-Class Counsel in nationwide class action alleging defective water heaters. Final approval was granted in the nationwide class settlement on October 11, 2007.)

- *Opperman, et al. v. Cellco Partnership, et al.,* Case No. BC326764 (Superior Court of the State of California, Los Angeles County 2006) (Nationwide settlement approved in 2006. Provided, *inter alia,* for the option to return improperly marketed cellular telephone for a full refund of the purchase price and cancellation of a Class Member's contract without early termination penalties).

- *Heitbrink, et al. v. eMachines*, Case No. G-4801-CI-200501229 (Court of Common Pleas of Lucas County, Ohio 2006) (Nationwide settlement provided cash relief for qualified Class Members for purchasers of defective notebook computers. The Court granted final approval on December 21, 2006.)

- *Martino, et al. v. Motorola, Inc.* Case No. 03-CIV-1562 (Court of Common Pleas, Medina County, Ohio 2004) (Nationwide class action settlement provided relief valued in the millions of dollars and included cash reimbursement of Class Members for out of pocket losses. The Court granted final approval on March 2, 2005)

Meyer Wilson currently serves as Class Counsel in numerous pending class actions throughout the country, including the following:

- *Rose v. Bank of America Corp., et al.*, Case No.5:11-cv-2390 (N.D. Cal.) (Counsel in putative nationwide class action alleging unauthorized autodialer calls to cell phones).

- *Steinfeld v. Discover Financial Services, et al.*, Case No. 3:12-cv-1118 (N.D. Cal.) (nationwide settlement of $8.7 million; preliminary approval granted on September 10, 2013; pending final approval).

- *Wannemacher v. Carrington Mortgage Services, LLC*, Case No. 8:12-cv-2016-FMO-AN (C.D. Cal.) (Counsel in putative nationwide class action alleging unauthorized autodialer calls to cell phones; settlement reached in 2013, awating preliminarily approval).

- *Brown v. DirectTV, LLC, et al.*, Case No. 2:12-cv-08382 (C.D. Cal.) (Class Counsel in nationwide class action alleging unauthorized autodialer calls to cell phones).

- *Smith v. Robbins & Myers, Inc., et al*, Case No. 3:12-cv-00281 (S.D. Ohio) (Counsel in nationwide class action involving misrepresentations and omissions in sale of company and in related proxy statements).

- *Yarger, et al. v. ING Bank FSB*, Case No. 1:11-cv-00154-LPS (D. Del.) (Co-Lead Class Counsel in nationwide case alleging misrepresentations related to marketing of mortgage note modifications.  The 10-state class was certified in 2012.).

- *Lazebnik v. Apple, Inc.,* Case No. 5:13-cv-04145-EJD (N.D. Cal.) (Co-Lead Class Counsel in nationwide class action alleging fraudulent marketing of a "season pass" of the television show *Breaking Bad* on Apple's iTunes service. In response to the lawsuit, Apple has provided a full credit to the entire proposed class.)

- *Mills v. HSBC Bank Nevada, N.A., et al.*, Case No. 3:12-cv-04010 (N.D. Cal.) (Class Counsel in nationwide class action alleging unauthorized autodialer calls to cell phones).

- *In Re: Capital One Telephone Consumer Protection Act Litigation*, MDL No. 2416 (N.D. Ill.) (Class Counsel in nationwide class action alleging unauthorized autodialer calls to cell phones).

- *Bayat v. Bank of the West*, Case 3:13-cv-02376-EMC (N.D. Cal.) (Class Counsel in nationwide class action alleging unauthorized autodialer calls to cell phones).

- *Balschmiter v. TD Auto Finance*, LLC, Case No. 2:13-cv-01186 (E.D. Wisc.) Class Counsel in nationwide class action alleging unauthorized autodialer calls to cell phones).

- *Martin v. Wells Fargo Bank, N.A.*, Case No. 3:12-cv-06030-SI (N.D. Cal.); *Heinrichs v. Wells Fargo Bank, N.A.*, Case No. 3:13-cv-05434-WHA (N.D. Cal.) (Class Counsel in nationwide class action alleging unauthorized autodialer calls to cell phones).

- *Smith v. State Farm Mutual Auto. Ins. Co.*, Case No. 13-cv-02018 (N.D. Ill.) (Class Counsel in nationwide class action alleging unauthorized autodialer calls to cell phones).

- *Whitaker, et al. v. Health Net of California, Inc., et al.*, Case No. 2:11-cv-00910-KJM-DAD (E.D. Cal.) (The firm serves on the Plaintiffs' Executive Committee in this consolidated proceeding alleging breach of medical data privacy).

- *Struck, et al. v. PNC Bank, N.A.*, Case No.2:11-cv-982 (S.D. Ohio) (Co-Lead Class Counsel in class and collective action involving alleged misclassification of mortgage loan officers.  Case settled in 2013, preliminary approval granted).

- *In re: Apple REITs Litigation*, Case No. 1:11-cv-2919 (E.D.N.Y.) (Class Counsel in consolidated securities putative class action involving misrepresentations and omissions in sales of certain non-traded real estate investment trusts).

**DAVID P. MEYER** is the founding principal of Meyer Wilson.

Mr. Meyer is recognized as one of the top litigation attorneys in Ohio.  Thomson Reuters named him one of the Top 100 lawyers in Ohio and one of the Top 50 in Columbus in 2012.  He is also listed in Best Lawyers in America® (2012) in multiple categories and the American Trial Lawyers Association selected him as one of the Top 100 Trial Attorneys in Ohio.

Mr. Meyer has the honor of winning the largest jury verdict in Ohio history; a $261 million class action verdict against Prudential Securities on behalf of 200 individuals.

Mr. Meyer has earned a national reputation for successfully representing investors who are victims of investment fraud.  He has represented over eight hundred individual investors from all across the country in FINRA/NASD securities arbitration and litigation cases against all major brokerage firms and won verdicts, judgments and settlements of hundreds of millions of dollars in losses on their behalf.

He has also been appointed lead or co-lead counsel by state and federal courts throughout the country in numerous consumer class actions.

Mr. Meyer is a recognized authority on securities arbitration procedure and often serves as a guest lecturer on securities fraud and stockbroker malpractice.  Numerous bar associations have invited him to speak to attorneys at educational seminars.  Mr. Meyer also provides education to investor groups, accountants and other financial professionals concerning investor protection.

Mr. Meyer holds a business administration degree from Ohio University and a law degree and master's degree in tax law from Ohio's Capital University Law School.

**MATTHEW R. WILSON** is a principal attorney with the firm.

At Meyer Wilson, Mr. Wilson prosecutes the firm's class action cases. During the past six years, Mr. Wilson has served as court-appointed class counsel to more than twenty certified classes, either in settlement or in litigation.

Since 2007, he has been the Chair of the Class Action Committee of the Central Ohio Association for Justice, and is a frequent speaker on class actions. He has been recognized as an "Ohio Rising Star" by *Ohio Super Lawyers Magazine*. He also serves on the Class Action Preservation Committee of the Public Justice Foundation.

Before joining Meyer Wilson, Mr. Wilson spent four years with the international law firm Jones Day, and two years prior to that with Vorys, Sater, Seymour & Pease LLP. During those six years, he defended many of the world's largest corporations in class actions, wage and hour collective actions, and a wide variety of other types of complex civil litigation throughout the country.

In addition to Mr. Wilson's complex civil litigation practice, his pro bono services have included the representation of indigent criminal defendants in Sixth Circuit appeals in Criminal Justice Act cases, including one case in which the Sixth Circuit vacated the criminal sentence of Mr. Wilson's indigent client on appeal. See *United States v. Boards*, 202 Fed. Appx. 869 (6th Cir. 2006). He has been a frequent Interfaith Legal Services volunteer, where he has assisted low-income clients with all manner of legal difficulties, trying one such case to a jury. He is also a member of the National Association of Consumer Advocates.

Mr. Wilson is admitted to the Ninth and Sixth Circuit Courts of Appeals, the Northern and Southern Districts of Ohio, the Central and Northern District of Illinois, as well as to the bars of the states of Ohio and California.

Mr. Wilson graduated *magna cum laude*, Phi Beta Kappa, in Philosophy from Denison University in Granville, Ohio. He received his law degree from the University of Virginia Law School in Charlottesville, Virginia.

**MARNIE C. LAMBERT** is an attorney with the firm.

Ms. Lambert is a 1992 graduate of the Pepperdine University School of Law in Malibu, California, who represents investors across the country in securities disputes with their brokerage firms.  Ms. Lambert pursues investors' cases in FINRA arbitrations and in court.

Ms. Lambert works in the firm's securities arbitration practice and has handled hundreds of such cases from client intake through final arbitration hearing or trial.  Prior to joining Meyer Wilson, Ms. Lambert was an attorney at another Ohio plaintiffs' firm where she was trial counsel on a case which resulted in a jury verdict of nearly $6.7 million. Ms. Lambert also was an attorney at the Columbus office of Vorys, Sater, Seymour & Pease LLP and the Ohio Attorney General's Office.

In California, Ms. Lambert's practice focused on representation of consumers in disputes with their insurance carriers arising out of unpaid and underpaid property insurance claims.  She also has experience representing consumers in a variety of other areas including complex civil litigation, complex commercial and securities litigation, business torts and class actions.

Ms. Lambert is licensed to practice law in the states of Ohio and California and in all United States District Courts in Ohio and California.  She is also a member of various local, state and national trial and bar associations, including the Public Investors' Arbitration Bar Association (PIABA), and is an appointed member of the Ohio State Bar Association Litigation Section Council, serving on the Seminar Committee.

**DANIEL R. FREYTAG** is an attorney with the firm.

Mr. Freytag graduated *magna cum laude* from Wittenberg University and *summa cum laude* from the Moritz College of Law at The Ohio State University.

Having practiced as a trial lawyer for more than thirty-four years, Mr. Freytag has personally represented hundreds of large corporations, small businesses, professionals and individuals in a wide variety of tort, insurance and business cases including much complex litigation. In the year prior to joining Meyer Wilson, Mr. Freytag acted as co-counsel in the representation of a young man rendered quadriplegic as a consequence of the carelessness of others.

Through the years, Mr. Freytag has personally examined or cross-examined more than 1000 lay witnesses and more than 150 expert witnesses (including nationally recognized experts); conducted jury and bench trials; and handled appeals.

Mr. Freytag is licensed to practice law in all Ohio state courts and is a member of bars of the United States Supreme Court, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Northern and Southern Districts of Ohio, and the United States District Court for the Eastern District of Michigan.  Mr. Freytag also has appeared in certain state or federal courts in California, Kentucky, Pennsylvania and West Virginia.

At Meyer Wilson, Mr. Freytag is engaged in the representation of clients in the securities litigation and class action practices.

**CHAD M. KOHLER** is an attorney with the firm.

Mr. Kohler devotes his practice to the representation of investors and consumers who have claims against their investment advisors, brokerage firms and insurance companies.

Prior to joining Meyer Wilson, Mr. Kohler was a stockbroker at one of the nation's largest brokerage firms, where he obtained his Series 7, 63 and 65 securities licenses. Mr. Kohler also has experience in managing regulatory compliance matters at two SEC-registered investment adviser firms, including holding the position of Chief Compliance Officer.

He also has significant experience as a practicing attorney. Beginning in 2001, Mr. Kohler's practice focused on business litigation involving contracts, fiduciary relationships and business torts.

Mr. Kohler received his law degree from Case Western Reserve University School of Law in 2001. He is admitted to practice law in the state of Ohio.

Mr. Kohler is a member of the Ohio State Bar Association, the Central Ohio Association for Justice, the Franklin County Democratic Lawyers Club, and the Public Investors' Arbitration Bar Association (PIABA), a national organization of attorneys who represent investors in securities disputes.

**MICHAEL J. BOYLE, JR.** is an attorney with the firm.

Mike Boyle represents investors in FINRA arbitrations and also prosecutes the firm's class action cases on behalf of consumers and investors.

Prior to joining the firm, Mike clerked for the Honorable R. Guy Cole, Jr., a judge on the United States Court of Appeals for the Sixth Circuit during the 2011-2012 term. Mike began his career with the international law firm Covington & Burling, LLP, in San Francisco. He also worked for the San Francisco firm Carroll Burdick & McDonaugh, LLP and the Columbus firm Carpenter Lipps & Leland, LLP. With these firms, Mike handled a wide spectrum of legal cases, from nine-figure bankruptcies and insurance coverage actions to individual real estate disputes.

Mike has also maintained a significant pro bono practice. In the aftermath of Hurricane Katrina, Mike volunteered with a free legal clinic run by Loyola University of New Orleans, in which he provided a wide range of services to displaced residents of Louisiana. Mike also served with the San Francisco Bar Association's Legal Assistance project, providing free legal assistance to low income residents of the Bay Area.

Mike attended the University of Pennsylvania School of Law, where he graduated with honors in 2008. He also served as a Senior Editor of the University of Pennsylvania Law Review, and was a finalist in the Keedy Cup Moot Court competition. Prior to law school, Mike graduated with honors from Dominican University in River Forest, Illinois, with a focus on political theory. Mike is a member of the California and Ohio Bars, and is admitted to the United States Court of Appeals for the Sixth and Ninth Circuits, as well as the United States District Courts for the Northern, Central, Southern, and Eastern Districts of California, the Southern District of Ohio, the Central District of Illinois, and the Eastern District of Wisconsin.

**COURTNEY YEAGER.** is an attorney with the firm.

As an associate attorney with Meyer Wilson, Courtney Yeager devotes her practice to the representation of investors who have claims against their investment advisors and brokerage firms. She also assists in prosecution of the firm's class action cases.

Ms. Yeager joined Meyer Wilson as a law clerk in 2010. She graduated Magna Cum Laude from Capital University Law School in 2012. While at Capital Law, she participated in Moot Court and coordinated the law school's pro bono legal volunteering program. She is a member of the Order of the Curia, as well as the Order of the Barristers for excellence in scholastic brief writing and oral advocacy.

Prior to joining Meyer Wilson, Ms. Yeager interned at the Franklin County Municipal Court under the Honorable Anne Taylor, the Federal Public Defender's Office for the Southern District of Ohio, the Ohio State University Office of Legal Affairs, and the Parliament of Canada.

Courtney also regularly volunteers at the Interfaith Legal Clinic, a pro bono clinic that operates through the Legal Aid Society. Interfaith is a monthly clinic where low-income individuals with legal problems can meet with an attorney for free legal advice.

Ms. Yeager is admitted to practice law in the state of Ohio. She is currently a member of the Public Investors Arbitration Bar Association (PIABA), the Central Ohio Association for Justice (COAJ), the Ohio Association for Justice (OAJ), and the Ohio State Bar Association (OSBA). Ms. Yeager is an active participant in the Ohio Supreme Court Lawyer to Lawyer Mentoring Program.