UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHENIE ROSE, on behalf herself and all others similarly situated,<br><br>                                        Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA CORPORATION, and FIA CARD SERVICES, N.A.,<br><br>                                        Defendants.<br><br>CAROL DUKE AND JACK POSTER, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>                                        Plaintiffs,<br><br>      v.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; AND FIA CARD SERVICES, N.A.,<br><br>                                        Defendants. | Case No. 11-cv-02390-EJD (N.D. Cal.)<br><br>**DECLARATION OF CAMERON R. AZARI, ESQ. ON IMPLEMENTATION AND ADEQUACY OF SETTLEMENT NOTICES AND NOTICE PLAN** |

I, CAMERON R. AZARI, ESQ., hereby declare and state as follows:

1.      My name is Cameron R. Azari, Esq.  I am over the age of twenty-one and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am a nationally recognized expert in the field of legal notice and I have served as a media expert in dozens of federal and state cases involving class action notice plans.

3.     I am the Director of Legal Notice for Hilsoft Notifications, a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.  Hilsoft has been involved with some of the most complex and significant notices and notice programs in recent history.  Hilsoft is a business unit of Epiq Systems Class Action and Claims Solutions ("ECA").

4.     Hilsoft has been involved with some of the most complex and significant notices and notice programs in recent history.

5.     In *Rose v. Bank of Am. Corp.*, Case No. 11-cv-02390-EJD (N.D. Cal.), my colleagues and I were asked to design the Notices (or "Notice") and a Notice Program (or "Notice Plan") to inform Settlement Class Members about their rights under the Settlement. In the *"Declaration of Cameron R. Azari, Esq. on Settlement Notices and Notice Plan"* dated September 27, 2013, I detailed Hilsoft's class action notice experience and attached Hilsoft Notifications' curriculum vitae.  I also provided my educational and professional experience relating to class actions and my ability to render opinions on overall adequacy of notice programs.

6.     On December 6, 2013, the Court approved the Notice Plan (including proposed forms of notice) as designed by Hilsoft Notifications.  The Court also appointed ECA as the Settlement Administrator and directed ECA to implement the Notice Plan.

7.     After the Court's preliminary approval of the Settlement, we began implementing the Notice Program.  This declaration details all the notice activities undertaken, provides "proofs of performance," and explains how and why the Notice Plan was comprehensive, well suited to the Class, and conformed to the standards that federal courts and jurisprudence require.

In my experience, the reach and frequency of the Notice Plan media effort met or surpassed that of other court-approved notice programs, and as designed, it met due process requirements.

8.   This declaration will detail the successful implementation of the Notice Program and document the completion of all of the notice activities.  The declaration will also discuss the administration activity to date, including the number of claims filed.  The facts in this declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues from Hilsoft Notifications and ECA, who worked with us to implement the notification effort.

## <u>OVERVIEW</u>

9.   To date, the Notice Plan has been implemented as ordered by the Court, including dissemination of individual notice to known or potential Settlement Class Members via postal mail,  email and publication notice via well-read consumer magazines, and Sunday local newspapers (via a newspaper supplement).  An informational release, sponsored Internet search listings and case website provided additional notice exposures.

10.   The combined measurable effort alone reached an estimated 80% of all Settlement Class Members, an estimated average of 1.7 times each.[1]  In my experience, the reach and frequency of the Notice Plan is consistent with other court-approved notice programs, and met due process requirements.

11.   Not reflected in the calculable reach and average frequency of exposures are additional efforts that were utilized, but for which reach and average frequency of exposure are

---

[1] Reach is defined as the percentage of a class exposed to notice, net of any duplication among people who may have been exposed more than once.  Notice exposure is defined as the opportunity to see a notice.  The average frequency of notice exposure is the average number of times that those reached by a notice would be exposed to the notice.

either incalculable or provide qualitative, not quantitative, enhancement (*e.g.,* the informational release, sponsored search listings and case website).

12.    All notice documents were designed to provide a clear, concise, plain language statement of Class Members' legal rights and options.  The Notices alert Class Members that the content may affect them.  No significant or required information was missing.

13.    In my opinion, the Notice Program fairly and adequately covered and notified the Class without excluding any demographic group or geographic area.

14.    In my opinion, each person reached has been provided with adequate time prior to the fairness hearing to make appropriate decisions, such as whether to opt-out or object to the Settlement or file a claim for benefits, if applicable.

15.    In my opinion, the Notice Plan was the best notice practicable under the circumstances of this case and satisfied the requirements of due process, including its "desire to actually inform" requirement.[2]

## NOTICE PLAN IMPLEMENTATION

16.    The Settlement Agreement defines the "Class" as all persons within the United States who:

    a.    Between August 30, 2007 and January 31, 2013, received a non-emergency, default servicing telephone call from Bank of America regarding a Bank of America Residential Mortgage Loan Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice ("Mortgage Calls");

    b.    Between May 16, 2007 and January 31, 2013, received a non-emergency, default servicing telephone call from Bank of America regarding a Bank

---

[2] "But when notice is a person's due, process which is a mere gesture is not due process.  The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it.  The reasonableness and hence the constitutional validity of any chosen method may be defended on the ground that it is in itself reasonably certain to inform those affected . . ."  *Mullane v. Cent. Hanover Bank & Trust Co.,* 339 U.S. 306, 315 (1950).

of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice ("Credit Card Calls"). This excludes those persons that received a text message between May 16, 2007 and January 31, 2013 that did not also receive a telephone call to their cellular phone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice; and

c. Between February 22, 2009 and December 31, 2010, received a non-emergency, default servicing text message from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice ("Credit Card Texts"). This excludes those identified individuals that are included in subparagraph (b), above.

Excluded from the Class are Bank of America; its parent companies, affiliates or subsidiaries, or any employees thereof, and any entities in which any of such companies has a controlling interest; the judge or magistrate judge to whom any of the Actions are assigned; and, any member of those judges' staffs and immediate families.

### *Individual Notice*

17.    Bank of America provided to ECA four data files representing all known Settlement Class Members. After combining the files, there were 7,723,860 unique records included in the data. ECA then reviewed the file for exact duplicate name and addresses associated with multiple records. After this process, there were 6,905,031 unique, individual addresses left for the provision of individual notice. For some records an email address and a physical address was provided.

18.    Beginning on December 17, 2013 and continuing thru December 20, 2013, ECA disseminated 670,676 Summary Email Notices to all potential Settlement Class Members for whom a facially valid email address was available. The Summary Email Notice was created using an embedded html text format. This format provided easy to read text without graphics, tables, images and other elements that would increase the likelihood that the message could be

blocked by Internet Service Providers (ISP's) and/or SPAM filters.  Each Summary Email Notice was transmitted with a unique message identifier.  If the receiving e-mail server could not deliver the message, a "bounce code" was returned along with the unique message identifier.  For any Summary Email Notice for which a bounce code was received indicating that the message was undeliverable, at least two additional attempts were made to deliver the Notice by email.

19.    After completion of the initial Email Notice effort, ECA received back 342,022 undeliverable emails.  It was determined that a subsequent effort to send the Summary Email Notice was advisable.  On January 24 and 25, 2014 ECA sent the Summary Email Notice to each of the 342,022 addresses that "bounced" back as undeliverable in the initial effort.  The same protocols described in paragraph 18 were used.  The subsequent effort resulted in the successful delivery of 92,278 of the undeliverable emails.  As of February 18, 2014, 249,744 emails remain undeliverable.

20.    The Summary E-mail Notice included an embedded link to the case website.  By clicking the link, recipients are able to easily access the Detailed Notice, Settlement Agreement, Claim Form and other information about the settlement.  The Summary Email Notice is included as Attachment 1.

21.    Beginning on December 17, 2013 and continuing through December 27, 2013, ECA disseminated 6,234,355 individual Summary Postcard Notices by USPS first class mail.  On January 10, 2014, an additional 31,170 Summary Postcard Notices were mailed to Class Members for whom multiple records were associated with a single email address.  The Summary Postcard Notices were mailed to each unique name and address of a known or likely potential Settlement Class Members where Bank of America has provided a postal address and Bank of

America's records for a current customer included a valid postal address but did not include a valid e-mail address.

22.   Prior to mailing the Summary Postcard Notice, all postal mailing addresses were checked against the National Change of Address ("NCOA") database maintained by the USPS, which contains records of all reported permanent moves for the past four years.  If a record was returned by NCOA as invalid, ECA updated the address through a third-party address search service prior to mailing.  All addresses were certified via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code, and verified through the Delivery Point Validation ("DPV") to verify the accuracy of the addresses.

23.   Potential Class Members were directed to the settlement website and the toll-free number for detailed information on the Settlement and on how to file a Claim.  Additionally, the Detailed Notice and/or a Claim Form, depending upon the request, were mailed to all persons who requested one via the toll-free phone number maintained by ECA.  As of February 18, 2014, 3,904 Detailed Notices and 10,997 Notice and Claim Forms have been mailed to potential Settlement Class Members as a result of such requests.  The Summary Postcard Notice is included as Attachment 2 and the Claim Form is included as Attachment 3.

24.   The return address on the mailed Summary Postcard Notice is a post office maintained by ECA.  For mailed Notices that were returned as undeliverable, ECA undertook additional public record research.  Combined with Class Member records for which the Summary Email Notice was ultimately undeliverable, ECA has mailed an additional 664,515 Summary Postcard Notices as of February 18, 2014.  The address updating and re-mailing process is ongoing and will continue through the Fairness Hearing.

25.    As of February 18, 2014, ECA has emailed and mailed Notices to 6,936,201 unique Settlement Class Members, with notice to 318,179 unique, likely Settlement Class Members currently known to be undeliverable.  In my experience, this approximate 95% deliverable rate exceeds the expected range and is indicative of the extensive address updating and re-mailing protocols used.

### *National Newspaper Inserts and Consumer Publications*

26.    On January 5, 2014, Notices appeared once in the national newspaper supplement *Parade*, which appear in over 590 Sunday newspapers nationwide.  The newspapers appear in a wide geographic area, covering both large markets and small cities and towns.  *Parade* has an estimated circulation of 32.5 million.

27.    The Notice also appeared twice in *People,* and once in *Sports Illustrated,* which have a combined circulation of 6.47 million.  The Notice appeared in *People* on January 1, 2014 and January 10, 2014 and in *Sports Illustrated* on January 8, 2014.

28.    The selected publications cover all demographic groups, specifically targeting both a generally men's and a generally women's publication.  The selected publications have a total circulation of over 38.9 million.  Adults were exposed to the Notice through these publications alone more than 134.8 million times during the notice period.  This includes the same reader more than once, because readers of one publication read other publications as well.  Copies of the tear sheets for each insertion in each publication are included as <u>Attachment 4</u>.

### *Informational Release*

29.    To build additional reach and extend exposures, a party-neutral informational release was issued on December 17, 2013 to approximately 4,200 print and broadcast and 5,500 online press outlets throughout the United States.

30.    The informational release served a potentially valuable role, providing additional notice exposure beyond that which was provided through paid media.  The Information Release provided Class Members with additional opportunities to learn that their rights are at stake in credible news media, adding to their understanding.  The Informational Release is included as Attachment 5.

### Sponsored Search Listings

31.    To facilitate locating the case website, sponsored search listings were acquired on the three most highly-visited Internet search engines: Google, Yahoo! and Bing.  When search engine visitors search on common keyword combinations such as "Text Message Settlement," "BofA Text Settlement," or "Robo-Call Settlement," the sponsored search listing is displayed either at the top of the page prior to the search results or in the upper right hand column.  As of February 14, 2014, the sponsored listings have been displayed 23,624 times, resulting in 2,283 clicks that displayed the case website.  A complete list of the sponsored search listings common keyword combinations acquired is included in Attachment 6.  Examples of the sponsored search listings as displayed on each search engine are included in Attachment 7.

### Case Website

32.    On December 13, 2013, a neutral, informational, settlement website with an easy to remember domain name (www.BOATCPASettlement.com) was be established so potential Settlement Class Members could obtain additional information and documents including the various Complaints, Detailed Notice, Settlement Agreement and Exhibits, Preliminary Approval Order and the Claim Form and any other information that the parties agree to provide or that the Court may require.  The website also includes a list of frequently asked questions ("FAQ's") to assist visitors in determining if they are members of the Class and what steps they may need to

take to participate if they choose as well as information on how potential Settlement Class Members can opt-out of the Settlement if they choose.  The full website was fully rendered in Spanish as well and the Detailed Notice and Claim Form were translated into Spanish and made available for download. Class Members are also able to file a claim via the website, or download a paper Claim Form and file by mail.  The website address was prominently displayed in all notices, and appeared in all print media.  As of February 18, 2014, there have been 223,245 unique visitors to the case website and over 4,237,109 website pages presented.

### *Toll-free Telephone Number and Postal Mailing Address*

33.    On December 13, 2013, the toll-free number, set up and hosted by ECA became operational.  By calling this number, callers can listen in English or Spanish to answers to frequently asked questions, request a Detailed Notice and/or a Claim Form (in English or Spanish) by mail and if they choose, file a claim via the toll-free line.  This automated system is available 24 hours per day, 7 days per week.  As of February 18, 2014, the toll free number has handled 116,393 calls representing approximately 422,233 minutes of use.

34.    A postal mailing address and email address allow Class Members to request additional information or ask questions via these channels.

### *Exclusions Requests*

35.    As of February 18, 2014, ECA has received a total of 172 requests for exclusion from the Settlement Class, representing 156 unique requests for exclusion. The list of all requests for exclusion received is included as Attachment 8.  ECA will continue to receive and process Exclusion Requests until the March 21, 2014 deadline.

*Claims Filed*

36.    As of February 18, 2014, 215,997 Claims have been filed.  This count includes 3,759 paper Claims received by mail, 164,842 Claims filed via the Settlement website and 47,396 Claims filed via the toll-free telephone line.

37.    On February 4, 2014 it was discovered that the website contained an error in the website logic that prevented visitors from completing a Claim when they elected to file only a Mortgage Claim and not a Mortgage Claim and a Credit Card Claim.  The error was quickly fixed and the online Claim filing interface is fully functional.  The coding error may have prevented some Claimants from completing their Claim in its entirety.  After a review of the activity to the Claims filing interface on the Settlement website, ECA determined that 7,983 Claims were not completed in their entirety at this stage, indicating that the Claimant may have abandoned their Claim due to the error in the website logic.  The online Claim filing interface is a two-step process – first requiring the Claimant to input their contact information, then allowing them to elect the type of Claim they wish to file.  Because of this, contact information is known for each of the 7,983 affected Claimants.  As a proposed resolution, ECA will send a Postcard Notice to each Claimant advising them of the situation and that their Claim will be considered complete with no further action required of them.  Additionally, the postcard would include a dedicated toll-free number that the affected Claimants can call in case they have questions related to their online Claim.  All costs of fixing the coding error and of notifying the affect Claimants that their Claim will be considered filed and accepted (including the dedicated toll-free number) will be borne by ECA and not the Class.

38.    ECA will continue to receive and process Claims up until the March 21, 2014 deadline and will continue to report on Claims received as requested.

### *Cost of Notice Implementation and Administration to Date*

39.   The combined, approximate cost to implement the notice plan and handle the administration of claims to date for this Settlement is $3,085,000.   This includes a cost of approximately $448,000 for the media Notice Plan (print publication, translation and associated professional services) and a cost of approximately $2,637,000 to implement email and mailed notice (which includes approximately $1,660,000 for postage) and for claims administration activity to date (claims processing, website/phone support and associated project management). This current total exceeds the initial projection of cost of notice ($2,972,000) given to the Court at Preliminary Approval due to: 1) greater than anticipated data clean-up and de-duplication efforts; 2) a higher than expected Email Notice undeliverable rate; and 3) greater than expected toll-free line volume and a more successful than expected claim filing rate (approximately 30,000 more claims filed to date than projected for the life of the settlement).   An estimated cost to complete all administration activities will be provided to the parties shortly after the Claim filing deadline of March 21, 2014 and prior to the Fairness Hearing.

## PERFORMANCE OF THE NOTICE PROGRAM

### *Reach*

40.   The deliverability rate of the individual notice effort exceeded the conservative estimates made in the notice planning process.   Currently, approximately 95% of identifiable Settlement Class Members were reached by the individual notice effort.   Given this, it is almost certain that more than the expected 60% of the entire Settlement Class was reached through the Email and Postcard Notice efforts alone (based on the number of deliverable notices and the total assumed Class size).   Using standard advertising media industry methodologies to calculate the

overlap inherent in exposures to the individual email, postal mail, and the print publication efforts we arrive at a combined, estimated measurable reach of 80% of Settlement Class Members.  Reach was enhanced further by the informational release and case website.

41.   Many courts have accepted and understood that a 75 or 80 percent reach is more than adequate.  In 2010, the Federal Judicial Center issued a Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide.  This Guide states that, "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class.  It is reasonable to reach between 70–95%.[1]  Here we were able to develop a notice plan that achieves this.  These statistics reinforce the fact that the Notice Plan is broad in scope and was designed to reach the greatest practicable number of Class Members.

## PLAIN LANGUAGE NOTICE DESIGN

42.   The Notices themselves were designed to be "noticed," reviewed, and—by presenting the information in plain language—understood by Class Members.  The design of the Notices follows the principles embodied in the Federal Judicial Center's illustrative "model" notices posted at www.fjc.gov.   Many courts, and as previously cited, the FJC itself, have approved notices that we have written and designed in a similar fashion.  The Notices contain substantial, albeit easy-to-read, summaries of all of the key information about Class Members' rights and options.  Consistent with our normal practice, all notice documents underwent a final edit prior to actual mailing and publication for grammatical errors and accuracy.

---

[1] Federal Judicial Center, *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide (2010)*, p. 3.

43.  All Notices were designed to increase noticeability and comprehension.  Because mailing recipients are accustomed to receiving junk mail that they may be inclined to discard unread, the program called for steps to bring the mailed Notice to the attention of Settlement Class Members.  Once people "notice" the Notices, it is critical that they can understand them. As such, the Notices, as produced, are clearly worded with an emphasis on simple, plain language to encourage readership and comprehension.

44.  The Email, Postcard and Publication Notice feature a prominent headline ("**If you received a non-emergency mortgage or credit card default servicing call or text on your cellular telephone from Bank of America through the use of an automatic telephone dialing system and/or a prerecorded voice, you could receive a payment from a class action settlement.**") in bold text.  This alerts recipients and readers that the Notice is an important document authorized by a court and that the content may affect them, thereby supplying reasons to read the Notice.

45.  The Detailed Notice provides substantial information to Settlement Class Members. The Detailed Notice begins with a summary page providing a concise overview of the important information and a table highlighting key options available to Settlement Class Members.  A table of contents, categorized into logical sections, helps to organize the information, while a question and answer format makes it easy to find answers to common questions by breaking the information into simple headings.  The Detailed Notice is included as <u>Attachment 9</u>.

46.  The Email Notice contained an embedded link to the notice website where the Detailed Notice and other settlement information can be accessed.  The Email Notice was provided using an embedded HTML text format.  This format provided text that is easy to read

without graphics, tables, images and other elements that would increase the likelihood that the message is blocked by Internet Service Providers (ISP's) and/or SPAM filters.

## **CONCLUSION**

47.   In class action notice planning, execution, and analysis, we are guided by due process considerations under the United States Constitution, by federal and local rules and statutes, and further by case law pertaining to notice.   This framework directs that the notice program be designed to reach the greatest practicable number of potential Class Members and, in a settlement class action notice situation such as this, that the notice or notice program itself not limit knowledge of the availability of benefits—nor the ability to exercise other options—to Class Members in any way.   All of these requirements have been met in this case.

48.   Our notice effort followed the guidance for how to satisfy due process obligations that a notice expert gleans from the United States Supreme Court's seminal decisions, which are: a) to endeavor to actually inform the class, and b) to demonstrate that notice is reasonably calculated to do so:

A.   "But when notice is a person's due, process which is a mere gesture is not due process.  The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it," *Mullane v. Central Hanover Trust*, 339 U.S. 306, 315 (1950).

B.   "[N]otice must be reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections," *Eisen v. Carlisle & Jacquelin*, 417 U.S. 156 (1974) citing *Mullane* at 314.

49.   The Notice Program provided the best notice practicable under the circumstances of this case, conforms to all aspects of Federal Rule of Civil Procedure 23, and comports with the guidance for effective notice articulated in the Manual for Complex Litigation 4th.

50.   As reported above, the Notice Plan conservatively reached an estimated 80% of Settlement Class Members.   It delivered "noticeable" Notices to capture Class Members' attention, and provide them with information necessary to understand their rights and options.

51.   The Notice Plan schedule afforded enough time to provide full and proper notice to Class Members before any opt-out and objection deadline.

I declare under penalty of perjury that the foregoing is true and correct.   Executed on February 19, 2014.

Cameron R. Azari, Esq.

*© 2014 Hilsoft Notifications*

Attachment 1

| | |
|---|---|
| **From:** | [TCPA Settlement](#) |
| **To:** | ▓▓▓▓▓▓▓▓▓▓ |
| **Subject:** | HTML Sample -- Legal Notice of BOA TCPA Settlement |
| **Date:** | Thursday, December 19, 2013 1:49:10 PM |

**If you received a non-emergency mortgage or credit card default servicing call or text on your cellular telephone from Bank of America through the use of an automatic telephone dialing system and/or a prerecorded voice, you could receive a payment from a class action settlement.**

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

A $32,083,905 Settlement has been reached in a class action lawsuit claiming that Bank of America unlawfully used an automatic telephone dialing system and/or an artificial prerecorded voice to call or text cell phones without the prior express consent of the recipients. Bank of America denies that it did anything wrong and the Court has not decided who is right.

**Who's Included?** You received this email because Bank of America's records show you are a member of the Settlement Class. The Court decided that the Settlement Class includes all individuals who:

(1) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Residential Mortgage Loan Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between August 30, 2007 and January 31, 2013 (Mortgage Calls);
**or**
(2) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between May 16, 2007, and January 31, 2013 (Credit Card Calls);
**or**
(3) received one or more non-emergency, default servicing text messages from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between February 22, 2009, and December 31, 2010 (Credit Card Texts). Those persons who also received a Credit Card Call may make only one claim for either a Credit Card Call or Credit Card Text.

**What Are the Settlement Terms?** A Settlement Fund of $32,083,905 has been established to pay valid claims, attorney fees, service awards, costs, expenses and settlement administration. Additionally, Bank of America has enhanced its business practices to ensure that a borrower has provided consent before being called on a cell phone and that the Bank's loan servicing record reflects the borrower's prior express consent to call his/her cell phone.

**How can I get a Payment?** To get a payment you must submit a claim **using this 13 digit, Unique Identifier:** ▓▓▓▓▓▓▓▓ You can submit your claim online, by mail or by calling the toll-free number. It is estimated that payments will be between $20 and $40 per claim and each Class Member may be eligible to file up to two Claims. The final cash payment amount will depend on the total number of valid and timely claims filed by all Class Members. The claim deadline is **March 21, 2014**.

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **March 21, 2014**. If you do not exclude yourself, you will release your claims against Bank of America. You may object to the Settlement by **March 21, 2014**. The Detailed Notice available on the website explains how to exclude yourself or object. The Court will hold a Hearing on April 4, 2014 to consider whether to approve the Settlement and a request for attorneys' fees of up to $8,020,976 and service payments of $2,000 each to the seven Class Representatives. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to. For more information, call or visit the website.

[www.BOATCPASettlement.com](http://www.BOATCPASettlement.com)   **1-877-919-9186**

Attachment 2

The Settlement Class includes all individuals who:

(1) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Residential Mortgage Loan Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between August 30, 2007 and January 31, 2013 (Mortgage Calls);
**or**
(2) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between May 16, 2007, and January 31, 2013 (Credit Card Calls);
**or**
(3) received one or more non-emergency, default servicing text messages from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between February 22, 2009, and December 31, 2010 (Credit Card Texts).  Those persons who also received a Credit Card Call may make only one claim for either a Credit Card Call or Credit Card Text.

PRESORTED
FIRST-CLASS MAIL
AUTO
U.S. POSTAGE
PAID
PORTLAND, OR
PERMIT NO. 2882

Bank of America TCPA Settlement Claims Administrator
PO Box 3410
Portland, OR 97208-3410

## **Important notice about a Class Action Settlement.**



1
1

# If you received a non-emergency mortgage or credit card default servicing call or text on your cellular telephone from Bank of America through the use of an automatic telephone dialing system and/or a prerecorded voice, you could receive a payment from a class action settlement.

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

A $32,083,905 Settlement has been reached in a class action lawsuit claiming that Bank of America unlawfully used an automatic telephone dialing system and/or an artificial prerecorded voice to call or text cell phones without the prior express consent of the recipients. Bank of America denies that it did anything wrong and the Court has not decided who is right.

**Who's included?** Bank of America's records show you are a member of the Settlement Class. The exact definition of who is included in the Class is on the reverse side of this notice.

**What are the Settlement terms?** A Settlement Fund of $32,083,905 has been established to pay valid claims, attorney fees, service awards, costs, expenses and settlement administration. Additionally, Bank of America has enhanced its business practices to ensure that a borrower has provided consent before being called on a cell phone and that the Bank's loan servicing record reflects the borrower's prior express consent to call his/her cell phone.

**How can I get a payment?** To get a payment you must submit a claim **using this 13 digit, unique identifier:** 8168004085822. You can submit your claim online, by mail or by calling the toll-free number. It is estimated that payments will be between $20 and $40 per claim and each Class Member may be eligible to file up to two Claims. The final cash payment amount will depend on the total number of valid and timely claims filed by all Class Members. The claim deadline is **March 21, 2014**.

**Your other options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **March 21, 2014**. If you do not exclude yourself, you will release your claims against Bank of America. You may object to the Settlement by **March 21, 2014**. The Detailed Notice available on the website explains how to exclude yourself or object. The Court will hold a Hearing on April 4, 2014 to consider whether to approve the Settlement and a request for attorneys' fees of up to $8,020,976 and service payments of $2,000 each to the seven Class Representatives. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to. For more information, call or visit the website.

## www.BOATCPASettlement.com • 1-877-919-9186

Attachment 3

Bank of America TCPA Settlement
Claims Administrator
PO Box 3410
Portland OR 97208-3410

Toll Free Number:                    1-877-919-9186
Website:              www.BOATCPASettlement.com
Email:                 info@BOATCPASettlement.com
Objection/Exclusion Deadline:        March 21, 2014
Settlement Fairness Hearing:             April 4, 2014
Deadline to File a Claim:            March 21, 2014



000 0000001 00000000 001 006 00001 □□□: 0 0

## BANK OF AMERICA TCPA SETTLEMENT CLAIM FORM

Settlement Awards shall be made to eligible Settlement Class Members on a claims-made basis.  Each member of the Settlement Class shall be entitled to make a Claim for a Settlement Award.  Any Settlement Class Member shall be entitled to make one claim each for any Mortgage Calls and one claim for Credit Card Calls or Credit Card Texts.  (For example, a person who received Mortgage Calls and Credit Card Calls may make two claim selections by checking the appropriate box in Part II and Part III of this claim.)  To make a claim, Settlement Class Members must complete and submit a claim by March 21, 2014.

## PART I:          CLAIMANT IDENTIFICATION:

First Name

Last Name

Address 1 (street name and number)

Address 2 (apartment, unit or box number)

City                                                 State    Zip Code

Foreign Country (only if not USA)

Optional Telephone Number (home)

Email address

Cell phone number at which you received one or more non-emergency mortgage or credit card default servicing calls using an automatic telephone dialing system and/or an artificial prerecorded voice ("Automatic Calls") or one or more non-emergency default servicing text messages ("Automatic Texts") without your prior express consent:

Unique Identifier
Please enter the 13 digit unique identifier published in the postcard notice or email notice that you received.
If you did not receive a notice, or cannot locate the 13 digit unique identifier, you may leave this field blank.


01-CA8168
L5261 v.08 12.14.2013

1



**PART II:        CLAIM TYPE:  AUTOMATIC CREDIT CARD TEXTS OR CALLS:**

If you received one or more Automatic Calls or Texts regarding a Bank of America Credit Card Account, you can make a claim for <u>either</u> Automatic Credit Card Calls <u>or</u> Automatic Credit Card Texts, but not both, by checking the appropriate box below:

☐    Received one or more **Automatic Calls** regarding a Bank of America Credit Card Account between May 16, 2007, and January 31, 2013; **OR**

☐    Received one or more **Automatic Texts** from Bank of America regarding a Bank of America Credit Card Account between February 22, 2009, and December 31, 2010.

**Note:  You cannot make a claim for both Automatic Credit Card Texts and Automatic Credit Card Calls**

**PART III:        CLAIM TYPE:  AUTOMATIC MORTGAGE CALLS:**

If you received one or more Automatic Calls regarding a Bank of America Residential Mortgage Loan Account, you can make a claim for Automatic Mortgage Calls by checking the box below:

☐    Received one or more Automatic Calls from Bank of America regarding a Bank of America Residential Mortgage Loan Account between August 30, 2007 and January 31, 2013.

**PART IV:        <u>CERTIFICATION:</u>**

By submitting this claim form, I certify that the foregoing information supplied by the undersigned is true and correct.

|  |
|--|
|  |

Signature of Claimant

|  |
|--|
|  |

Print Name of Claimant

**Date** ☐☐ – ☐☐ – ☐☐
  MM    DD    YY

United States District Court for the Northern District of California

# IF YOU RECEIVED A NON-EMERGENCY MORTGAGE OR CREDIT CARD DEFAULT SERVICING CALL OR TEXT ON YOUR CELLULAR TELEPHONE FROM BANK OF AMERICA THROUGH THE USE OF AN AUTOMATIC TELEPHONE DIALING SYSTEM AND/OR A PRERECORDED VOICE, YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT.

*A federal court authorized this notice.  This is not a solicitation from a lawyer.*

- Plaintiffs brought lawsuits alleging that Bank of America violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.* by using an automatic telephone dialing system and/or an artificial prerecorded voice to place non-emergency servicing calls to cell phones ("Automatic Calls") and to send non-emergency text messages to cell phones ("Automatic Texts") in connection with servicing mortgage and credit card accounts that were in default, and that these autodialed calls and text messages were made and sent without the prior express consent of Class Members.  Bank of America denies the allegations in the lawsuits.

- A settlement has been reached in these cases and affects individuals who:

    1. Received an Automatic Call regarding a Bank of America Residential Mortgage Loan Account between August 30, 2007 and January 31, 2013; **or**

    2. Received an Automatic Call regarding a Bank of America Credit Card Account between May 16, 2007 and January 31, 2013; **or**

    3. Received an Automatic Text regarding a Bank of America Credit Card Account between February 22, 2009 and December 31, 2010.

- Class Members may make only one claim for any Automatic Calls regarding a mortgage account and only one claim for any Automatic Calls or Automatic Texts regarding a credit card account (for a maximum of two possible claims per Class Member).  A Class Member may not make both a claim for Automatic Calls and a claim for Automatic Texts regarding a credit card account.

- The Settlement, if approved, would provide $32,083,905 to pay any and all claims from those who received any of the above-described Automatic Calls or Texts from Bank of America, as well as to pay Plaintiffs' attorneys fees and the administrative costs of the settlement; it avoids the further cost and risk associated with continuing the lawsuits; pays money to recipients of the Automatic Calls and Texts; and releases Bank of America from further liability.

- Bank of America has developed enhancements to its business practices designed to ensure that customers who receive autodialed calls or texts have provided consent and to protect Class Members from any future unconsented-to Automatic Calls or Texts.

- **Your legal rights are affected whether you act or don't act.  Read this notice carefully.**

**Questions?  Call 1-877-919-9186 or visit www.BOATCPASettlement.com**
**Si desea recibir esta notificación en español, llámenos o visite nuestra página web.**



| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim Form** | This is the only way to get a payment.  You can submit a valid and timely claim form online at www.BOATCPASettlement.com or by mail to TCPA Settlement Claims Administrator, PO Box 3410, Portland, OR 97208-3410 or by calling the toll-free number, 1-877-919-9186.  If you fail to do so, you will not receive a settlement payment. |
| **Do Nothing** | Get no payment.  Give up rights to sue Bank of America separately. |
| **Exclude Yourself OR "Opt Out" of the Settlement** | If you ask to be excluded, you will get no payment.  This allows you to pursue your own lawsuit against Bank of America about the legal claims in this case. |
| **Object** | Write to the Court about why you believe the Settlement is unfair. |
| **Go to a Hearing** | Ask to speak in Court about the fairness of the Settlement. |

- These rights and options – **and the deadlines to exercise them** – are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be made if the Court approves the Settlement and after any appeals are resolved.  Please be patient.

**Questions?  Call 1-877-919-9186 or visit www.BOATCPASettlement.com**
**Si desea recibir esta notificación en español, llámenos o visite nuestra página web.**

2

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION**.................................................................................. **PAGE 4**
1.  Why is there a notice?
2.  What is this class action lawsuit about?
3.  Why is there a Settlement?

**WHO IS IN THE SETTLEMENT** .............................................................. **PAGE 5**
4.  How do I know if I am part of the Settlement?

**THE SETTLEMENT BENEFITS – WHAT YOU GET** .................................... **PAGE 5**
5.  What does the Settlement provide?

**HOW YOU GET A PAYMENT**.................................................................. **PAGE 6**
6.  How and when can I get a payment?
7.  What am I giving up to get a payment or stay in the Class?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** ................................. **PAGE 8**
8.  How do I exclude myself from the Settlement?

**THE LAWYERS REPRESENTING YOU** ...................................................... **PAGE 8**
9.  Do I have a lawyer in this case?
10.  How will the lawyers and class representatives be paid?

**OBJECTING TO THE SETTLEMENT** ........................................................ **PAGE 9**
11.  How do I tell the Court that I do not think the Settlement is fair?

**THE COURT'S FAIRNESS HEARING**........................................................ **PAGE 9**
12.  When and where will the Court decide whether to approve the Settlement?
13.  May I speak at the hearing?

**IF YOU DO NOTHING** .......................................................................... **PAGE 10**
14.  What happens if I do nothing at all?

**GETTING MORE INFORMATION**............................................................ **PAGE 10**
15.  How do I get more information?



# BASIC INFORMATION

## 1. Why is there a notice?

A Court authorized this Notice because you have a right to know about a proposed Settlement of these class action lawsuits, and about all of your options, before the Court decides whether to approve the Settlement.  If the Court approves the Settlement and after any objections or appeals are resolved, an administrator appointed by the Court will make the payments that the Settlement allows.  Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully.

If you received a postcard or email Notice, it is because according to Bank of America's records, you may have received (1) an Automatic Call from Bank of America regarding a Bank of America Residential Mortgage Loan Account between August 30, 2007 and January 31, 2013 ("Mortgage Calls"); **or** (2) an Automatic Call from Bank of America regarding a Bank of America Credit Card Account between May 16, 2007 and January 31, 2013 ("Credit Card Calls"); **or** (3) an Automatic Text from Bank of America regarding a Bank of America Credit Card Account between February 22, 2009 and December 31, 2010 ("Credit Card Texts").

The Court in charge of the case is the United District Court for the Northern District of California, and the case is known as *Rose v. Bank of Am. Corp.*, Case No. 11-cv-02390-EJD (N.D. Cal.).  The proposed Settlement would resolve all claims in *Rose v. Bank of Am. Corp.*, Case No. 11-cv-02390-EJD (N.D. Cal.), and the related case *Duke v. Bank of Am.*, Case No. 5:12-cv-04009 (N.D. Cal.), as well as the claims in the following similar Actions: *Ramirez v. Bank of Am., N.A.*, Case No. 11-cv-02008 (S.D. Cal.); *Johnson v. Bank of Am., N.A.*, Case No. 11-cv-3040 LAB (S.D. Cal.); *Makin v. Bank of Am., N.A.*, Case No. 12-cv-1662 LAB (S.D. Cal.); and *Bradshaw v. Bank of Am. Corp.*, 13-CV-0431 LAB RBB (S.D. Cal.).  The people who sued are called Plaintiffs, and the companies they sued, Bank of America Corporation ("BAC"), Bank of America, N.A. ("BANA"), and FIA Card Services, N.A. ("FIA") are called the Defendants and are referred to herein collectively as "Bank of America."

## 2. What are these class action lawsuits about?

A class action is a lawsuit in which the claims and rights of many people are decided in a single court proceeding.  Representative plaintiffs, also known as "class representatives," assert claims on behalf of the entire class.

The Representative Plaintiffs filed these cases against Defendants alleging that Bank of America violated the TCPA by using an automatic telephone dialing system and/or an artificial prerecorded voice to call or text cell phones without the prior express consent of the recipients.

Bank of America denies that it did anything wrong, or that this case is appropriate for treatment as a class action.

## 3. Why is there a Settlement?

The Court did not decide in favor of the Plaintiffs or Defendants.  Both sides agreed to a settlement instead of going to trial.  That way, they avoid the cost of a trial, and the people

affected will get compensation.  The Representative Plaintiffs and the attorneys think the Settlement is best for all Class Members.

# WHO IS IN THE SETTLEMENT

### 4.  How do I know if I am part of the Settlement?

The Settlement provides relief for all Class Members, who are described as individuals who:

(1) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Residential Mortgage Loan Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between August 30, 2007 and January 31, 2013 ("Mortgage Calls");
**or**
(2) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between May 16, 2007 and January 31, 2013 ("Credit Card Calls");
**or**
(3) received one or more non-emergency, default servicing text messages from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between February 22, 2009 and December 31, 2010 ("Credit Card Texts").

Individuals may be members of more than one group. Those who received both a Mortgage Call and a Credit Card Call or Text may file two claims.  Those persons who also received a Credit Card Call may make only one claim for either a Credit Card Call or Credit Card Text.

Excluded from the Class are Defendants; their parent companies, affiliates or subsidiaries, or any employees thereof, and any entities in which any of such companies has a controlling interest; the judge or magistrate judge to whom any of the Actions are assigned; and, any member of those judges' staffs and immediate families.

If you have questions about whether you are a Class Member, or are still not sure whether you are included, you can call 1-877-919-9186 or visit www.BOATCPASettlement.com for more information.

# THE SETTLEMENT BENEFITS – WHAT YOU GET

### 5.  What does the Settlement provide?

Bank of America has agreed to pay a total settlement amount of $32,083,905 which will be used to create a Settlement Fund to pay Settlement Awards to Class Members, Plaintiffs' attorney fees, service awards to the Representative Plaintiffs, costs, expenses, and settlement administration.

Any residual amount under $50,000 remaining after all the payments included in the Settlement are made that would be economically unfeasible to distribute will be donated to the Electronic Frontier Foundation.



Additionally, Bank of America has enhanced its business practices.  As a benefit to all Class Members, Bank of America developed significant enhancements to its servicing systems to ensure that a borrower has provided consent before being called on a cell phone and that the Bank's loan servicing records are systematically coded to reflect the borrower's prior express consent to call his/her cell phone.

# HOW YOU GET A PAYMENT

## 6.  How and when can I get a payment?

Each Class Member who submits a valid and timely Claim Form will receive a Settlement Award.  A Settlement Award is a cash payment.  It is estimated that Eligible Class Members' cash award payment will be between $20 and $40 per claim, but the final cash payment amount will depend on the total number of valid and timely claims filed by all Class Members.

Eligible Class Members may make 1) one claim for any Mortgage Calls, and 2) one claim for any Credit Card Calls or for any Credit Card Texts.  Class Members may not make both a claim for Credit Card Calls and a claim for Credit Card Texts.

Claims may be submitted electronically at www.BOATCPASettlement.com, or by calling the toll-free number 1-877-919-9186, or by mail to:

Bank of America TCPA Settlement
Claims Administrator
PO Box 3410
Portland, OR 97208-3410

The Court will hold a hearing on April 4, 2014 to decide whether to approve the Settlement.  If the Settlement is approved, appeals may still follow.  It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year.  Please be patient.

## 7.  What am I giving up to get a payment or stay in the Class?

If you are a Class Member, unless you exclude yourself, that means that you can't sue, continue to sue, or be part of any other lawsuit against Bank of America about the legal issues in *this* case and all of the decisions and judgments by the Court will bind you.

For non-emergency calls or text messages made using an automatic telephone dialing system and/or an artificial prerecorded voice, without the prior express consent of the called party, the TCPA provides for damages of $500 per call, or $1,500 for willful violations.  However, Bank of America has denied that it made any illegal calls or sent any illegal text messages to anyone, and in any future lawsuit it will have a full range of potential defenses, including that it had prior express consent to make the calls if the consumer provided his or her cellular telephone number to Bank of America at any time, and that certain customer agreements provided Bank of America with consent to make the calls.  In addition, please note that the TCPA does not provide for attorneys' fees to prevailing individual plaintiffs.

**Questions?  Call 1-877-919-9186 or visit www.BOATCPASettlement.com**
**Si desea recibir esta notificación en español, llámenos o visite nuestra página web.**

If you file a Claim Form for benefits or do nothing at all, you will be unable to file your own lawsuit involving all of the claims described and identified below, and you will release Bank of America from any liability for them.

Remaining in the Class means that you, as well as your respective assigns, heirs, executors, administrators, successors and agents, will release, resolve, relinquish and discharge Bank of America (and all related entities) any and all claims, causes of action, suits, obligations, debts, demands, agreements, promises, liabilities, damages, losses, controversies, costs, expenses, and attorneys fees of any nature whatsoever, whether based on any federal law, state law, common law, territorial law, foreign law, contract, rule, regulation, any regulatory promulgation (including, but not limited to, any opinion or declaratory ruling), common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated, punitive or compensatory, as of the date of the Final Approval Order, that arise out of or relate in any way to the Released Parties' use of an "automatic telephone dialing system" or "artificial or prerecorded voice" to contact or attempt to contact Settlement Class Members in connection with, respectively: (i) Bank of America's servicing of any Residential Mortgage Loans via autodialed calls to cellular telephones to the fullest extent that term is used, defined or interpreted by the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, relevant regulatory or administrative promulgations and case law, from August 30, 2007 to January 31, 2013 ("Mortgage call Release"), (ii) Bank of America's servicing of any Credit Card Accounts via autodialed calls to cellular telephones to the fullest extent that term is used, defined or interpreted by the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, relevant regulatory or administrative promulgations and case law, from May 16, 2007 to January 31, 2013 ("Credit Card call Release"), and (iii) Bank of America's servicing of any Credit Card Accounts via interactive messages and/or text messages to cellular telephones to the fullest extent that those terms are used, defined or interpreted by the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, relevant regulatory or administrative promulgations and case law, from February 22, 2009 to December 31, 2010 ("Credit Card text Release"). Released Claims include both the claims of Bank of America account holders and non-account holders who are members of the Settlement Class. You further agree that they will not institute any action or cause of action (in law, in equity or administratively), suits, debts, liens, or claims, known or unknown, fixed or contingent, which they may have or claim to have, in state or federal court, in arbitration, or with any state, federal or local government agency or with any administrative or advisory body, arising from or reasonably related to the Released Claims.

The Settlement Agreement (available at the website) provides more detail regarding the release and describes the Released Claims with specific descriptions in necessary, accurate legal terminology, so read it carefully. You can talk to the law firms representing the Class listed in Question 9 for free or you can, at your own expense, talk to your own lawyer if you have any questions about the Released Parties or the Released Claims or what they mean.

The release does not apply to Class Members who timely opt-out of the Settlement.



# EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want a payment from this Settlement, and you want to keep the right to sue or continue to sue Bank of America on your own about the legal issues in this case, then you must take steps to exclude yourself from the Settlement.

## 8.  How do I exclude myself from the Settlement?

To exclude yourself from the Settlement, you must send a letter by mail saying that you want to be excluded from *Rose v. Bank of Am. Corp.*, Case No. 11-cv-02390-EJD (N.D. Cal.).  Be sure to include your full name, address, and telephone number.  You must also include a statement that you wish to be excluded from the Settlement.  **You must mail your exclusion request postmarked no later than March 21, 2014** to:

> Bank of America TCPA Settlement
> Claims Administrator
> PO Box 3410
> Portland, OR 97208-3410

If you ask to be excluded, you will not get any Settlement Award, and you cannot object to the Settlement.  You will not be legally bound by anything that happens in this lawsuit.  You may be able to sue (or continue to sue) Bank of America in the future.

# THE LAWYERS REPRESENTING YOU

## 9.  Do I have a lawyer in this case?

The Court appointed the following law firms to represent you and other Class Members:

- *Ramirez* Counsel: Ankcorn Law Firm, PC, and Terrell Marshall Daudt & Willie PLLC;
- *Johnson* Counsel: Hyde & Swigart and Kazerouni Law Group, APC;
- *Makin* Counsel: Burke Law Offices, LLC, and Saeed & Little LLP;
- *Rose* Counsel: Law Offices of Douglas J. Campion, APC, Lieff Cabraser Heimann & Bernstein, LLP, Meyer Wilson Co., LPA, Terrell Marshall Daudt & Willie PLLC;
- *Duke* Counsel: Lieff Cabraser Heimann & Bernstein, LLP, and Meyer Wilson Co., LPA; and
- *Bradshaw* Counsel: Law Offices of Douglas J. Campion, APC.

These lawyers are called Class Counsel.  You will not be charged for these lawyers' services.  If you want to be represented by your own lawyer, you may hire one at your own expense.

## 10.  How will the lawyers and class representatives be paid?

Class Counsel will ask the Court to approve payment of $8,020,976 (25% of the Settlement Fund) to compensate them for expenses and for attorneys' fees for investigating the facts, litigating the case, and negotiating the Settlement.  Class Counsel will also request an award of service payments of $2,000 each to the seven Class Representatives, in compensation for their

time and effort.  The Court may award less than these amounts.  These payments, along with the costs of administering the Settlement, will be made out of the Settlement Fund.

Any objection to Class Counsel's application for attorneys' fees and costs may be filed, and must be postmarked, no later than **March 21, 2014** which will be at least 30 days following the filing of Class Counsel's motion for an award of attorneys' fees and costs.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the Settlement or some part of it.

| **11.  How do I tell the Court that I do not think the Settlement is fair?** |
| --- |

You can tell the Court that you don't agree with the Settlement or some part of it.  If you are a Class Member, you can object to the Settlement if you do not think the Settlement is fair.  You can state reasons why you think the Court should not approve it.  The Court will consider your views.  To object, you must send a letter saying that you object to the proposed Settlement in *Rose v. Bank of Am. Corp.*, Case No. 11-cv-02390-EJD (N.D. Cal.).  Be sure to include your full name, address, telephone number, the reasons you object to the Settlement and whether you intend to appear at the fairness hearing on your own behalf or through counsel.  **Your objection to the Settlement must be postmarked no later than March 21, 2014**.

The objection must be mailed to both:

| | |
| --- | --- |
| *Rose v. Bank of Am. Corp.*, Case No. 11-cv-02390-EJD (N.D. Cal.) Clerk of the Court U.S. District Court for the Northern District of California 280 South 1st Street San Jose, CA  95113 | Lieff Cabraser Heimann & Bernstein, LLP Embarcadero Center West 275 Battery Street, 29th Floor San Francisco, CA 94111 |

## THE COURT'S FAIRNESS HEARING

| **12.  When and where will the Court decide whether to approve the Settlement?** |
| --- |

The Court will hold a hearing to decide whether to approve the Settlement.  This Fairness Hearing will be held at 9:00 a.m. on April 4, 2014, at the United States District Court for the Northern District of California, 280 South 1st Street, 5th floor, San Jose, California in Courtroom 4.  The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the website for updates.  At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, and whether to award attorneys' fees, expenses, and service awards as described above, and in what amounts.  If there are objections, the Court will consider them.  After the hearing, the Court will decide whether to approve the Settlement.  We do not know how long it will take the Court to issue its decision.  It is not necessary for you to appear at this hearing, but you may attend at your own expense.



## 13.  May I speak at the hearing?

You may ask the Court for permission to speak at the Fairness Hearing.  To do so, you must send a letter saying that you intend to appear at the Fairness Hearing in *Rose v. Bank of Am. Corp.*, Case No. 11-cv-02390-EJD (N.D. Cal.).  Be sure to include your full name, address, and telephone number.  Your letter stating your notice of intention to appear must be postmarked no later than **March 21, 2014** and be sent to the Clerk of the Court.  You cannot speak at the hearing if you excluded yourself.

# IF YOU DO NOTHING

## 14.  What happens if I do nothing at all?

If you do nothing, and are a Class Member, you will not receive a payment after the Court approves the Settlement, and any appeals are resolved.  In order to receive a payment, you must submit a claim form.  Unless you exclude yourself, you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Bank of America about the legal issues in this case, ever again.

# GETTING MORE INFORMATION

## 15.  How do I get more information?

This Notice summarizes the proposed Settlement.  More details are in a Settlement Agreement.  You can get a copy of the Settlement Agreement by calling the Claims Administrator toll-free at 1-877-919-9186, writing to: Bank of America TCPA Settlement Claims Administrator, PO Box 3410, Portland, OR 97208-3410; or visiting the website at www.BOATCPASettlement.com, where you will find answers to common questions about the Settlement, a claim form, plus other information to help you determine whether you are a Class Member and whether you are eligible for a payment.

Attachment 4



# Parade

SUNDAY, JANUARY 5, 2014 | PARADE.COM

*Secrets of*
# DOWNTON
## ABBEY

IF THOSE CASTLE WALLS
COULD TALK: HERE'S EVERYTHING
YOU NEED TO KNOW ABOUT
PBS'S HIT MASTERPIECE SERIES.

Clockwise from top center: Violet, the Dowager Countess; Mrs. Patmore and Daisy; the beloved Pharaoh; the Earl and Countess of Grantham; Anna and John Bates; Lady Edith Crawley; and baby George and Lady Mary Crawley

PEOPLE'S
CHOICE
AWARDS
LIVE! JAN. 8, 9/8c ONLYCBS

### Newfangled Appliances

Poor Mrs. Patmore. First there was the toaster incident (season three), and now she'll have to deal with a refrigerator and an electric mixer. (The show's prop department discovered the latter relic, below,



on eBay, then stripped and re-sprayed it; check it out in episode one of season four.)

**Oracle** The nickname for Alastair Bruce, the show's historical adviser, who oversees details ranging from proper posture (sit up straight!) and manners (hands off the dinner table; serve food from the left and drink from the right) to envelope addresses (no postcodes). A descendant of Scotland's King Robert the Bruce and an equerry to Prince Edward, he also advised on the Oscar winner *The King's Speech*.



**Pharaoh** The Crawleys' yellow Labrador retriever Pharaoh, played by Roly, died early in the second season but is still seen in the show's opening credits. The real reason for his demise: Highclere Castle's Countess of Carnarvon owns a dog that is territorial around other male canines. The *Downton* pet is now a female retriever named Isis.

## Q is for QUIZ

Match the character to his or her most recent staff position. (For more questions, go to **parade.com/downton**.)

1. Charles Carson
2. Anna Bates
3. Jimmy Kent
4. Beryl Patmore
5. John Bates
6. Daisy Mason
7. Thomas Barrow
8. Elsie Hughes

a. underbutler
b. cook
c. valet
d. head housekeeper
e. butler
f. lady's maid
g. first footman
h. assistant cook

Answers: 1e, 2f, 3g, 4b, 5c, 6h, 7a, 8d

### LEGAL NOTICE

**If you received a non-emergency mortgage or credit card default servicing call or text on your cellular telephone from Bank of America through the use of an automatic telephone dialing system and/or a prerecorded voice, you could receive a payment from a class action settlement.**

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

A $32,083,905 Settlement has been reached in a class action lawsuit claiming that Bank of America unlawfully used an automatic telephone dialing system and/or an artificial prerecorded voice to call or text cell phones without the prior express consent of the recipients. Bank of America denies that it did anything wrong and the Court has not decided who is right.

**Who's Included?** The Court decided that the Settlement Class includes all individuals who:

(1) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Residential Mortgage Loan Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between August 30, 2007 and January 31, 2013 (Mortgage Calls);
or

(2) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between May 16, 2007, and January 31, 2013 (Credit Card Calls);
or

(3) received one or more non-emergency, default servicing text messages from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between February 22, 2009, and December 31, 2010 (Credit Card Texts). Those persons who also received a Credit Card Call may make only one

claim for either a Credit Card Call or Credit Card Text.

**What are the Settlement Terms?** A Settlement Fund of $32,083,905 has been established to pay valid claims, attorney fees, service awards, costs, expenses and settlement administration. Additionally, Bank of America has enhanced its business practices to ensure that a borrower has provided consent before being called on a cell phone and that the Bank's loan servicing record reflects the borrower's prior express consent to call his/her cell phone.

**How can I get a Payment?** To get a payment you must submit a claim. You can submit your claim online, by mail or by calling the toll-free number. It is estimated that payments will be between $20 and $40 per claim and each Class Member may be eligible to file up to two Claims. The final cash payment amount will depend on the total number of valid and timely claims filed by all Class Members. The claim deadline is **March 21, 2014.**

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **March 21, 2014**. If you do not exclude yourself, you will release your claims against Bank of America. You may object to the Settlement by **March 21, 2014**. The Detailed Notice available on the website explains how to exclude yourself or object. The Court will hold a Hearing on April 4, 2014 to consider whether to approve the Settlement and a request for attorneys' fees of up to $8,020,976 and service payments of $2,000 each to the seven Class Representatives. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to. For more information, call or visit the website.

**www.BOATCPASettlement.com • 1-877-919-9186**

## *Downton Abbey,* Inc.

At first fans could only buy DVDs, calendars, and the like. But now *Downton* merchandising, which last year generated revenues of about $24 million worldwide, is expected to take a giant leap. Industry experts estimate global sales could reach a minimum $250 million in 2014 and probably much more (with the U.S. and China likely to be the biggest markets). The items will range from fabrics to tea bags. Among the more interesting:

- Beauty products, including lotions, lip gloss, and nail polish, packaged with quotations such as Lady Mary's "Now stop talking & kiss me, before I get cross." Available from Marks & Spencer in the U.K. or by mail order.
- Wines that Rock is offering a Downton Abbey Claret and Blanc, retailing for $17 (take a sip every time bad news arrives via the post).
- New varieties of roses to rival Violet's best blooms, sold in garden centers.

*—Hitha Prabhakar*



**R.I.P.** When actors Dan Stevens (Matthew) and Jessica Brown Findlay (Lady Sybil) broke the news that they would not return for a fourth season, "really, the grim reaper was the only option," says Fellowes, who adds that "it's easier when the servants leave," because he can simply have them take another job.

**Sets** The show's belowstairs scenes involving the servants are shot at London's Ealing Studios, where production designer Donal Woods designed an interlocking set inspired by *The West Wing*'s labyrinthine

PHOTOS, FROM TOP LEFT: NICK BRIGGS AND CARNIVAL FILM & TELEVISION LTD (2); ISTOCKPHOTO; ANTAR DAYAL/GETTY IMAGES



SPECIAL DOUBLE ISSUE

# People

**EASY LOW-CAL RECIPES INSIDE!**

**HOW THEY DID IT**

# HALF THEIR SIZE!

LOST **121** LBS.

LOST **136** LBS.

*Before* **256** *lbs.*

*Before* **263** *lbs.*

**No Surgery! No Gimmicks! HOW THEY KEEP IT OFF!**

**DEAN'S CHEATING SCANDAL WHY TORI WON'T LEAVE**

**PATRICK SWAYZE'S WIDOW ENGAGED!**

**MORE DUMB CRIMINALS!**

JANUARY 13, 2014
DISPLAY UNTIL JANUARY 20, 2014

$4.99

0 2>

8 88526 10227 5



**Music**

## People TALKS TO

# A GREAT BIG WORLD

Ian Axel (left), 28, and Chad Vaccarino, 28, are the duo behind the huge radio hit "Say Something."

**How did you guys first meet?**
**IAN:** Eight years ago, as students at NYU. I stalked him and forced him to listen to songs I was writing. **CHAD:** As soon as he started playing, I freaked out. I was like, "You're a star. Let's be friends!"

**How did Christina Aguilera end up rerecording "Say Something" with you?**
**CHAD:** We got a call

Aguilera

saying she fell in love with it. We're big dreamers, but it's Christina Aguilera! We were a bit starstruck.

**Then you were asked to play the Victoria's Secret fashion show.**
**IAN:** The girls were blowing me kisses. It was intense. I had to close my eyes and looked like such a dork.

**Do you consider yourselves best buds?**
**IAN:** We're more like an old married couple. —G.T.

## QUICK CUTS



### B.o.B.
**Underground Luxury**
B.o.B's third major release (in just four years) sees collaborations with Chris Brown and T.I., among others. It has fewer radio-friendly hits than the earlier albums, but the edgier sounds will do nothing to dampen the Atlanta-based rapper's appeal. ★★★



### PARMALEE
**Feels Like Carolina**
The massive success of their current hit song "Carolina" has elevated this country quartet to the big leagues. Their major-label debut is a solid mix of Kid Rock-esque party jams, as well as surprisingly sweet monster ballads like "Another Day Gone." ★★★★



### CHILDISH GAMBINO
**Because the Internet**
The *Community* actor has had a hard time convincing people to take his music seriously. But with this sophomore album full of clever rhymes and Kanye-like beats, he can now add bona fide hip-hop artist to his résumé. ★★★



### MARY LAMBERT
**Welcome to the Age of My Body**
The female vocalist behind the hook in Macklemore and Lewis's hit "Same Love" debuts her EP, showcasing crystal-clear vocals and spoken-word chops on ballads designed to make you think—and cry. ★★★ —G.T.

**COMMENTS? WRITE TO CHUCK:** chucksreviews@peoplemag.com

FROM TOP: ANDREW ZAEH; TRAE PATTON/NBC/NBCU PHOTO BANK/GETTY IMAGES

LEGAL NOTICE

**If you received a non-emergency mortgage or credit card default servicing call or text on your cellular telephone from Bank of America through the use of an automatic telephone dialing system and/or a prerecorded voice, you could receive a payment from a class action settlement.**

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

A $32,083,905 Settlement has been reached in a class action lawsuit claiming that Bank of America unlawfully used an automatic telephone dialing system and/or an artificial prerecorded voice to call or text cell phones without the prior express consent of the recipients. Bank of America denies that it did anything wrong and the Court has not decided who is right.

**Who's Included?** The Court decided that the Settlement Class includes all individuals who:

(1) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Residential Mortgage Loan Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between August 30, 2007 and January 31, 2013 (Mortgage Calls);
or

(2) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between May 16, 2007, and January 31, 2013 (Credit Card Calls);
or

(3) received one or more non-emergency, default servicing text messages from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between February 22, 2009, and December 31, 2010 (Credit Card Texts). Those persons who also received a Credit Card Call may make only one claim for either a Credit Card Call or Credit Card Text.

**What are the Settlement Terms?** A Settlement Fund of $32,083,905 has been established to pay valid claims, attorney fees, service awards, costs, expenses and settlement administration. Additionally, Bank of America has enhanced its business practices to ensure that a borrower has provided consent before being called on a cell phone and that the Bank's loan servicing record reflects the borrower's prior express consent to call his/her cell phone.

**How can I get a Payment?** To get a payment you must submit a claim. You can submit your claim online, by mail or by calling the toll-free number. It is estimated that payments will be between $20 and $40 per claim and each Class Member may be eligible to file up to two Claims. The final cash payment amount will depend on the total number of valid and timely claims filed by all Class Members. The claim deadline is **March 21, 2014.**

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **March 21, 2014.** If you do not exclude yourself, you will release your claims against Bank of America. You may object to the Settlement by **March 21, 2014.** The Detailed Notice available on the website explains how to exclude yourself or object. The Court will hold a Hearing on April 4, 2014 to consider whether to approve the Settlement and a request for attorneys' fees of up to $8,020,976 and service payments of $2,000 each to the seven Class Representatives. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to. For more information, call or visit the website.

**www.BOATCPASettlement.com**
**1-877-919-9186**



# Pe**o**ple

**Plus FOUR CELEBRITY 'I DOS'** p. 68



## DEMI'S NEW YOUNGER MAN!



## KE$HA HER EATING DISORDER NIGHTMARE



**NEW HOPE** A PARALYZED VETERAN'S AMAZING WALKING SUIT!

**Exclusive**
## KATE'S TWINS TELL ALL!

# REAL LIFE WITH OUR MOM

The 13-year-old girls on divorce, their six siblings— and growing up Gosselin!

**Her Teens Today**
KATE WITH MADY (TOP) AND CARA, NOVEMBER 25, 2013

$3.99

03>

7 25274 10227 3

**If you received a non-emergency mortgage or credit card default servicing call or text on your cellular telephone from Bank of America through the use of an automatic telephone dialing system and/or a prerecorded voice, you could receive a payment from a class action settlement.**

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

A $32,083,905 Settlement has been reached in a class action lawsuit claiming that Bank of America unlawfully used an automatic telephone dialing system and/or an artificial prerecorded voice to call or text cell phones without the prior express consent of the recipients. Bank of America denies that it did anything wrong and the Court has not decided who is right.

**Who's Included?** The Court decided that the Settlement Class includes all individuals who:

(1) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Residential Mortgage Loan Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between August 30, 2007 and January 31, 2013 (Mortgage Calls);
or

(2) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between May 16, 2007, and January 31, 2013 (Credit Card Calls);
or

(3) received one or more non-emergency, default servicing text messages from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between February 22, 2009, and December 31, 2010 (Credit Card Texts). Those persons who also received a Credit Card Call may make only one claim for either a Credit Card Call or Credit Card Text.

**What are the Settlement Terms?** A Settlement Fund of $32,083,905 has been established to pay valid claims, attorney fees, service awards, costs, expenses and settlement administration. Additionally, Bank of America has enhanced its business practices to ensure that a borrower has provided consent before being called on a cell phone and that the Bank's loan servicing record reflects the borrower's prior express consent to call his/her cell phone.

**How can I get a Payment?** To get a payment you must submit a claim. You can submit your claim online, by mail or by calling the toll-free number. It is estimated that payments will be between $20 and $40 per claim and each Class Member may be eligible to file up to two Claims. The final cash payment amount will depend on the total number of valid and timely claims filed by all Class Members. The claim deadline is **March 21, 2014**.

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **March 21, 2014**. If you do not exclude yourself, you will release your claims against Bank of America. You may object to the Settlement by **March 21, 2014**. The Detailed Notice available on the website explains how to exclude yourself or object. The Court will hold a Hearing on April 4, 2014 to consider whether to approve the Settlement and a request for attorneys' fees of up to $8,020,976 and service payments of $2,000 each to the seven Class Representatives. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to. For more information, call or visit the website.

**www.BOATCPASettlement.com
1-877-919-9186**



Our mutual friend Dickens (Fiennes) was a flawed genius.

# THE INVISIBLE WOMAN

*Ralph Fiennes, Felicity Jones, Kristin Scott Thomas| R | ★★★☆*

**DRAMA** Charles Dickens's spiciest story may be the one he never told: that of his affair with 18-year-old Nelly Ternan. Fiennes directs himself to a gutsy take on the literary lion's behaving badly, while Jones is affectingly vulnerable as Ternan, trapped between love and Victorian propriety. The film's boldest stroke, though, is sympathizing not with Dickens but with his jilted wife, Catherine (Joanna Scanlan), mother of his 10 kids. Nelly may be his secret, but his wife is the one who's truly invisible.



HURSDAY JULY 05, 2012
MISSING

**FIRST LOOK**

Rosamund Pike (*Jack Reacher*) stars as Affleck's missing wife.

## Gone Girl

Bat-who? For fans of Gillian Flynn's wicked 2012 bestseller *Gone Girl*, Ben Affleck's most hotly anticipated role is shifty husband Nick Dunne in the film, due Oct. 3. "If you read the book and liked it," Affleck told *EW*, "you will definitely like the movie."

FROM TOP: DAVID APPLEBY/SONY PICTURES; MERRICK MORTON



BCS Thriller
BY ANDY STAPLES P.32

Sports Illustrated

THE NFL PLAYOFFS

The Case for...
Philip Rivers's

BOLTS

Andrew Luck's
COLTS
AND
The Rest of the
ELITE 8
BY ANDY BENOIT

1.13.14 – SI.COM

# *The Wizard and the Giant*



ing one stretch Heitz forced Mount to miss 14 consecutive shots.

As the game wound down, the only suspense was whether Alcindor would go through with his plan to dunk in one last gesture of protest against the NCAA basketball rules committee, which forbade dunks. Wooden removed him with just under two minutes to play, before he had the chance. The final score was UCLA 92, Purdue 72.

It was an emphatic valedictory for the young giant. He finished with 37 points and 20 rebounds as he completed his college career with an 88–2 record, both losses coming by a single basket. In becoming the first player to be named the NCAA tournament's Most Outstanding Player three times, Alcindor established himself as arguably the greatest player in the history of college basketball. Wooden did the same as a coach. He was now the first coach to win five NCAA titles as well as the only one to capture three in a row.

After all they had been through, the seniors were only beginning to realize that the important things they learned from Wooden had little to do with basketball. "He was able to be flexible enough to change his thinking during the craziness of the '60s," Sweek said. "He was such a morally upright person. He could hear and he would listen. Despite his background, he was willing to change. "

For all that Alcindor had accomplished on the court, his two most vivid memories from his senior season took place on a bus and over breakfast. He never felt particularly close to Wooden, but he understood that Wooden was a major reason why he was leaving Westwood a better man. "He was a teacher above all else," Alcindor said years later, well after he became widely known as Kareem Abdul-Jabbar. "He challenged us without taking away our spirit."

The teacher learned a great deal from his students as well. It had been a trying three years, but the Alcindor era was officially over. Maybe now life could return to normal. Maybe Wooden could find a better balance. "I look forward to again coaching to try to win," he said, "rather than trying to avoid being defeated." □

### GOODBYE, WESTWOOD
*Alcindor stood tall on the day he graduated, having led UCLA to three titles. He would soon sign with Milwaukee, where he would become known as Kareem Abdul-Jabbar.*

LEGAL NOTICE

**If you received a non-emergency mortgage or credit card default servicing call or text on your cellular telephone from Bank of America through the use of an automatic telephone dialing system and/or a prerecorded voice, you could receive a payment from a class action settlement.**

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

A $32,083,905 Settlement has been reached in a class action lawsuit claiming that Bank of America unlawfully used an automatic telephone dialing system and/or an artificial prerecorded voice to call or text cell phones without the prior express consent of the recipients. Bank of America denies that it did anything wrong and the Court has not decided who is right.

**Who's Included?** The Court decided that the Settlement Class includes all individuals who:

(1) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Residential Mortgage Loan Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between August 30, 2007 and January 31, 2013 (Mortgage Calls);
or

(2) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between May 16, 2007, and January 31, 2013 (Credit Card Calls);
or

(3) received one or more non-emergency, default servicing text messages from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between February 22, 2009, and December 31, 2010 (Credit Card Texts). Those persons who also received a Credit Card Call may make only one claim for either a Credit Card Call or Credit Card Text.

**What are the Settlement Terms?** A Settlement Fund of $32,083,905 has been established to pay valid claims, attorney fees, service awards, costs, expenses and settlement administration. Additionally, Bank of America has enhanced its business practices to ensure that a borrower has provided consent before being called on a cell phone and that the Bank's loan servicing record reflects the borrower's prior express consent to call his/her cell phone.

**How can I get a Payment?** To get a payment you must submit a claim. You can submit your claim online, by mail or by calling the toll-free number. It is estimated that payments will be between $20 and $40 per claim and each Class Member may be eligible to file up to two Claims. The final cash payment amount will depend on the total number of valid and timely claims filed by all Class Members. The claim deadline is **March 21, 2014**.

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **March 21, 2014**. If you do not exclude yourself, you will release your claims against Bank of America. You may object to the Settlement by **March 21, 2014**. The Detailed Notice available on the website explains how to exclude yourself or object. The Court will hold a Hearing on April 4, 2014 to consider whether to approve the Settlement and a request for attorneys' fees of up to $8,020,976 and service payments of $2,000 each to the seven Class Representatives. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to. For more information, call or visit the website.

**www.BOATCPASettlement.com**
**1-877-919-9186**

CURT GUNTHER FOR SPORTS ILLUSTRATED

# Attachment 5



Connect with Us:

**Online Member Center**
Not a Member?
Click Here to Join    Login

Member Sign In
For Journalists
For Bloggers
Global Sites

**Search News Releases**

PR Newswire Services | Knowledge Center | Browse News Releases | Contact PR Newswire | Send a News Release

See more news releases in Banking & Financial Services | Mobile Entertainment | Telecommunications Equipment | Telecommunications Industry | Wireless Communications | Legal Issues

## Court To Notify Millions Of Cell Phone Users Who Received A Call Or Text From Bank of America Using An Automatic Telephone Dialing System And/Or An Artificial Prerecorded Voice That They Could Receive A Payment From A Class Action Settlement

Like 0

SAN JOSE, Calif., Dec. 17, 2013 /PRNewswire/ -- A notification program is underway, as approved by the United States District Court for the Northern District of California, to alert cellular telephone users that a $32,083,905 Settlement has been reached in a class action lawsuit claiming that Bank of America unlawfully used an automatic telephone dialing system and/or an artificial prerecorded voice to call or text cell phones without the prior express consent of the recipients. Bank of America denies that it did anything wrong and the Court has not decided who is right. The case is known as *Rose v. Bank of Am. Corp.*, Case No. 11-cv-02390-EJD (N.D. Cal.).

The Settlement Class includes all individuals who:

1. received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Residential Mortgage Loan Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between August 30, 2007 and January 31, 2013 (Mortgage Calls);
   **or**

2. received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between May 16, 2007, and January 31, 2013 (Credit Card Calls);
   **or**

3. received one or more non-emergency, default servicing text messages from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between February 22, 2009, and December 31, 2010 (Credit Card Texts). Those persons who received a Credit Card Text did not also receive a Credit Card Call.

A Settlement Fund of $32,083,905 has been established to pay valid claims, attorney fees, service awards, costs, expenses and settlement administration. Additionally, Bank of America has enhanced its business practices to ensure that a borrower has provided consent before being called on a cell phone and that the Bank's loan servicing record reflects the borrower's prior express consent to call his/her cell phone.

Millions of notices will be emailed or mailed to known potential Class Members and notices are scheduled to appear across the United States in major consumer publications as well as hundreds of Sunday newspapers leading up to a hearing on **April 4, 2014**, when the Court will consider whether to approve the settlement.

Those affected by this settlement can submit a claim requesting benefits or they can ask to be excluded from, or object to, the settlement and its terms. The deadline for objections is **March 21, 2014**. The deadline for exclusions is **March 21, 2014**. The deadline to submit a Claim Form is **March 21, 2014**. Class Members can submit claims online, by mail or by calling the toll-free number.

The toll-free number, 1-877-919-9186, and the website, www.BOATCPASettlement.com, are active and Class Members can access the notice, claim form, settlement agreement and other documents. Those affected may also write with questions to the Settlement Administrator, PO BOX 3410, Portland, OR 97208-3410 or send an e-mail to info@BOATCPASettlement.com.

SOURCE United States District Court for the Northern District of California

RELATED LINKS
http://www.BOATCPASettlement.com

**Featured Video**

SC Johnson On Track To Hit Global
Renewable Energy Goals

**Journalists and Bloggers**

Visit **PR Newswire for
Journalists** for releases, photos,
ProfNet experts, and customized
feeds just for Media.

View and download archived
video content distributed by
MultiVu on **The Digital Center**.

Like 0    Next in Banking & Financial Services News

**Custom Packages**
Browse our custom packages or build your own to
meet your unique communications needs.

Start today.

**PR Newswire Membership**
Fill out a PR Newswire membership form or
contact us at (888) 776-0942

**Learn about PR Newswire services**
Request more information about PR Newswire
products and services or call us at
(888) 776-0942

Site Preview    Open Site Preview    View FullScreen

About PR Newswire | Contact PR Newswire | PR Newswire's Terms of Use Apply | Careers | Privacy | Site Map | RSS Feeds | Blog
Copyright © 2013 PR Newswire Association LLC. All Rights Reserved.
A UBM plc company.
Dynamic Site Platform powered by Limelight Networks.

Attachment 6

**Sponsored Search Listings - Keywords**

| Keyword | Campaign |
|---|---|
| Bank of America Class Action | Bank of America - TCPA |
| Bank of America Lawsuit | Bank of America - TCPA |
| Bank of America Litigation | Bank of America - TCPA |
| Bank of America Robo Call Class Action | Bank of America - TCPA |
| Bank of America Robo Call Lawsuit | Bank of America - TCPA |
| Bank of America Robo Call Litigation | Bank of America - TCPA |
| Bank of America Robo Call Settlement | Bank of America - TCPA |
| Bank of America Robo-Call Class Action | Bank of America - TCPA |
| Bank of America Robo-Call Lawsuit | Bank of America - TCPA |
| Bank of America Robo-Call Litigation | Bank of America - TCPA |
| Bank of America Robo-Call Settlement | Bank of America - TCPA |
| Bank of America Settlement | Bank of America - TCPA |
| Bank of America Text Class Action | Bank of America - TCPA |
| Bank of America Text Lawsuit | Bank of America - TCPA |
| Bank of America Text Litigation | Bank of America - TCPA |
| Bank of America Text Settlement | Bank of America - TCPA |
| BofA Class Action | Bank of America - TCPA |
| BofA Lawsuit | Bank of America - TCPA |
| BofA Litigation | Bank of America - TCPA |
| BofA Robo Call Class Action | Bank of America - TCPA |
| BofA Robo Call Lawsuit | Bank of America - TCPA |
| BofA Robo Call Litigation | Bank of America - TCPA |
| BofA Robo Call Settlement | Bank of America - TCPA |
| BofA Robo-Call Class Action | Bank of America - TCPA |
| BofA Robo-Call Lawsuit | Bank of America - TCPA |
| BofA Robo-Call Litigation | Bank of America - TCPA |
| BofA Robo-Call Settlement | Bank of America - TCPA |
| BofA Settlement | Bank of America - TCPA |
| BofA Text Class Action | Bank of America - TCPA |
| BofA Text Lawsuit | Bank of America - TCPA |
| BofA Text Litigation | Bank of America - TCPA |
| BofA Text Settlement | Bank of America - TCPA |
| Default Servicing Call Class Action | Bank of America - TCPA |
| Default Servicing Call Lawsuit | Bank of America - TCPA |
| Default Servicing Call Litigation | Bank of America - TCPA |
| Default Servicing Call Settlement | Bank of America - TCPA |
| Default Servicing Text Class Action | Bank of America - TCPA |
| Default Servicing Text Lawsuit | Bank of America - TCPA |
| Default Servicing Text Litigation | Bank of America - TCPA |
| Default Servicing Text Settlement | Bank of America - TCPA |
| Non-Emergency Call Class Action | Bank of America - TCPA |
| Non-Emergency Call Lawsuit | Bank of America - TCPA |
| Non-Emergency Call Litigation | Bank of America - TCPA |
| Non-Emergency Call Settlement | Bank of America - TCPA |
| Non-Emergency Text Class Action | Bank of America - TCPA |
| Non-Emergency Text Lawsuit | Bank of America - TCPA |
| Non-Emergency Text Litigation | Bank of America - TCPA |
| Non-Emergency Text Settlement | Bank of America - TCPA |
| Robo Call Class Action | Bank of America - TCPA |
| Robo Call Lawsuit | Bank of America - TCPA |
| Robo Call Litigation | Bank of America - TCPA |
| Robo Call Settlement | Bank of America - TCPA |
| Robo-Call Class Action | Bank of America - TCPA |
| Robo-Call Lawsuit | Bank of America - TCPA |
| Robo-Call Litigation | Bank of America - TCPA |
| Robo-Call Settlement | Bank of America - TCPA |
| Text Message Class Action | Bank of America - TCPA |
| Text Message Lawsuit | Bank of America - TCPA |
| Text Message Litigation | Bank of America - TCPA |
| Text Message Settlement | Bank of America - TCPA |

Attachment 7

Google

Web    Images    Maps    Shopping    News    More ▾    Search tools

About 357,000 results (0.19 seconds)

Ad related to **BofA lawsuit** ⓘ

**BofA Lawsuit** - BOATCPASettlement.com
www.boatcpasettlement.com/ ▾
Covers non-emergency default servicing call or text recipients.

**$90M Unclaimed in Bank of America** Overdraft Class Action Settlem...
www.topclassactions.com/**lawsuit**.../**lawsuit**.../4428-90m-unclaimed-in-**ba**... ▾
Judge is unhappy that millions of dollars is still unclaimed from **Bank of America**
overdraft class action **lawsuit** settlement.

**Bank of America** seeks U.S. mortgage bond **lawsuits** dismissal ...
www.reuters.com/article/.../us-**bofa-lawsuit**-idUSBRE9A70ZO20131108 ▾
Nov 8, 2013 - WASHINGTON (Reuters) - **Bank of America** Corp asked a federal
court on Friday to throw out two U.S. government **lawsuits** accusing the ...

**Bank of America** Settles Overdraft Fee **Lawsuit** – UPDATE
www.consumerismcommentary.com/**bank-of-america**-settles-overdraft-f... ▾
Members of the **Bank of America** class action **lawsuit** related to overdraft fees will
receive compensation. Updated November 2012.

**Bank of America** warns of fresh U.S. **lawsuit** over mortgage ...
money.cnn.com/2013/10/30/investing/**bank-of-america-lawsuit**/ ▾
Oct 30, 2013 - **Bank of America** revealed in a securities filing Wednesday that it may
face a Justice Department **lawsuit** related to the packaging and sale of ...



Home    Mail    News    Sports    Finance    Weather    Games    Groups    Answers    Screen    Flickr    Mobile    More ∨

**YAHOO!**    BofA text settlement    ✕    Search

Web

Images

Video

Shopping

Maps

Blogs

More

**Anytime**

Past day

Past week

Past month

Ad related to **BofA text settlement**

Bank of America Lawsuit | BOATCPASettlement.com
www.BOATCPASettlement.com
Covers non-emergency default servicing call or **text** recipients.

See more ads for: **BofA text settlement**, **bofa text** banking, **bofa text** balance

**TEXT**-Fitch comments on **BofA**'s **settlement** | Reuters
www.reuters.com/article/2012/09/28/idUSWNA640520120928   Cached
[Sep 28, 2012] Sept 28 - Fitch believes **Bank of America** Corporation's (BAC) proposed
$2.43 billion **settlement** of the class action lawsuit related to its 2008 Merrill ...

**TEXT-S**&P says **BofA** rtg unaffected by agreement to **settle** ...
www.reuters.com/article/2012/09/28/idUSWNA640920120928   Cached
[Sep 28, 2012] **TEXT-S**&P says **BofA** rtg unaffected by agreement to **settle** lawsuit. ...
We believe that the **settlement** incrementally reduces future legal risk uncertainty ...

**Text Settlement**
heartlandtextsettlement.com
We would like to show you a description here but the site won't allow us.

**Bank of America** | Home | Personal
www.bankofamerica.com   Cached
Sign in to your personal banking account using your online ID and select account location
from the drop down menu. Bank, borrow, invest, protect, and plan.

Ads

**Settlements** Justice
www.lawyersandsettlements.com
Send your claim to a lawyer and get
legal help in 24 hours.

**Structured Settlement**
www.settlement-structured.net
Get Cash for Your **Settlement**. Be
Informed and Learn More Now.

See more ads for:
**BofA text settlement**
**bofa text** banking
**bofa text** balance
**bofa text** banking number
**bofa text** bal

**bing**    bank of america settlement

10,300,000 RESULTS    Any time ▾

Ad related to **bank of america settlement**

### Bank of America Lawsuit | BOATCPASettlement.com
**www.BOATCPASettlement.com**
Covers non-emergency default servicing call or text recipients.

### News about Bank Of America Settlement
bing.com/news



**Bank of America**'s Epic $20 Billion Face-Plant
The Motley Fool · 2 days ago
It's safe to say that **Bank of America** (NYSE: BAC ) is ready to put 2013
in the rearview mirror. By my estimate, over the past 12 months, the
nation's second...

La Puente man sues **Bank of America** for discrimination
San Jose Mercury News · 11 hours ago

**Bank of America**'s record $500 million accord over Countrywide wins approval
Reuters · 11 days ago

See also: More stories · Top stories

### NationalMortgageSettlement - Payments to borrowers to ...
nationalmortgage**settlement**.com ▾
All documents are in pdf format. USDOJ Filing News Release; Complaint; Ally/GMAC
Consent Judgment; **Bank of America** Consent Judgment; Citi Consent Judgment
States · FAQ · Help for Borrowers · About · News

**Related searches**
Bank of America **Class Action**
Bank of America **Countrywide**
**Countrywide** Settlement **2012**
Bank of America Settlement **Countrywide**
Bank of America Settlement **Services**
Bank of America Settlement **Agreement**
Bank of America Settlement **Fund**
Bank of America Settlement **Offers**

Ad related to **bank of america settlement**

### Bank America Debt
**bankamericadebt.buyerpricer.com**
Looking for **Bank Of America** Debt **Settlement** Info? Compare Results
Now.

See your ad here »

**f** Connect with Facebook
See what your friends know. Learn more

Attachment 8

# Bank of America TCPA Settlement

Case No. 11-cv-02390-EJD (N.D. Cal.)

**Requests for Exclusions**

| | First Name1 | Middle1 | Last Name1 | First Name2 | Middle2 | Last Name2 | Opt Out # |
|---|---|---|---|---|---|---|---|
| 1 | DEBORAH | L | EDWARDS | | | | 900000001 |
| 2 | RENE | | CASTILLO | ANA | | CASTILLO | 900000002 |
| 3 | PEGGY | J | OSMUNDSON | | | | 900000004 |
| 4 | AMY | | HAN | | | | 900000005 |
| 5 | JAMES | R | CALVERT | | | | 900000006 |
| 6 | CHRISTOPHER | L | SEIDER | | | | 900000007 |
| 7 | STANLEY | V | JOHNSON | KATHY | L | JOHNSON | 900000008 |
| 8 | TONI | H | BONGIOVANNI | | | | 900000009 |
| 9 | ZACHARIAH | W | WADLOW | LISA | M | WADLOW | 900000010 |
| 10 | ROBERTA | L | KNOWLES | | | | 900000011 |
| 11 | KIRSTEN | J | GEIGER | | | | 900000012 |
| 12 | DARRELL | C | BLOMBERG | | | | 900000013 |
| 13 | DONNA | J | HULME | | | | 900000014 |
| 14 | MARK | | ROBINSON | | | | 900000015 |
| 15 | JEFFREY | D | HANCOCK | TONYA | L | HANCOCK | 900000016 |
| 16 | NESMAR | A | HERNANDEZ | | | | 900000017 |
| 17 | REY | | RODRIGUEZ | | | | 900000018 |
| 18 | CLAUDINE | M | REYNOLDS | | | | 900000019 |
| 19 | TERESE | | SOLOSKI | BRIAN | | SOLOSKI | 900000020 |
| 20 | MICHAEL | J | GONZALES | | | | 900000022 |
| 21 | RINALDO | E | HUNT | | | | 900000023 |
| 22 | PAULINE | GAIL | CHANG | | | | 900000025 |
| 23 | KIMBERLY | | CARTER | | | | 900000026 |
| 24 | ANDREY | N | TOCHINSKIY | | | | 900000027 |
| 25 | JOAN | | BRADY | | | | 900000028 |
| 26 | DENNIS | E | KNOWLES | | | | 900000029 |
| 27 | SHANNON | L | WEBB | | | | 900000030 |
| 28 | JACK | EUGENE | EVANS JR | | | | 900000031 |
| 29 | BRENDA | L | EVANS | | | | 900000032 |
| 30 | CHAD | | BARBIERE | | | | 900000033 |
| 31 | MICHAEL | | GRIFFIN | | | | 900000034 |
| 32 | PAMELA | J | GILMOUR | | | | 900000035 |
| 33 | JEANETTE | | POWERS | | | | 900000036 |
| 34 | MICHAEL | | DAOUST | ELIZABETH | ANNE | CROSS | 900000037 |
| 35 | PERRY | W | CHISHOLM | EUGENIA | M | CHISHOLM | 900000038 |
| 36 | WILGUINS | | JEAN | | | | 900000039 |
| 37 | DION | | VAN KEHRBERG | | | | 900000040 |
| 38 | ARUNAS | | KARALIS | | | | 900000041 |
| 39 | LILLIAM | C | CALDERIN | | | | 900000042 |
| 40 | ERIK | A | ZEHNER | MELISSA | K | ZEHNER | 900000043 |
| 41 | DANIEL | L | WHIPPLE | SHEILA | J | WHIPPLE | 900000044 |
| 42 | ANTONIO | A | VALDEZ | | | | 900000045 |
| 43 | BRIAN | T | TOTIN | | | | 900000046 |
| 44 | JOSEPH | C | DRENNAN | | | | 900000047 |

# Bank of America TCPA Settlement

Case No. 11-cv-02390-EJD (N.D. Cal.)

**Requests for Exclusions**

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | CAROLA | H | BELLIN | | | 900000048 |
| 46 | SHEILA | | CRIDER | | | 900000049 |
| 47 | ANGELA | | AVILA | | | 900000050 |
| 48 | SHAOMEI | JIANG | TAPSCOTT | | | 900000051 |
| 49 | LILY | | GORDON | | | 900000052 |
| 50 | MEREDITH | | PRITCHETT | | | 900000053 |
| 51 | HOLLY | | LEAFDALE | | | 900000054 |
| 52 | DANIEL | | HERMAN | SALLY | HERMAN | 900000055 |
| 53 | VEDA | A | CHURCH | | | 900000056 |
| 54 | PETE | S | POWELL | | | 900000057 |
| 55 | FAUSTINO | | VELEZ-FIGUEROA | | | 900000059 |
| 56 | SHERRY | | MEROLA | | | 900000060 |
| 57 | MICHAEL | A | BROWN | | | 900000061 |
| 58 | DELIA | | WEBSTER | | | 900000062 |
| 59 | KHATU | | VO | | | 900000063 |
| 60 | PAUL | V | GIOVANNONI | | | 900000064 |
| 61 | FRANK | D | ROBBINS | | | 900000065 |
| 62 | JAMES | | KNEELAND | | | 900000066 |
| 63 | LISA | G | MILLER | | | 900000067 |
| 64 | JUDY | K | DAVIS | | | 900000068 |
| 65 | CREADENCE | R | HARMELINK | | | 900000069 |
| 66 | ENRIQUETA | G | BARRALES | | | 900000070 |
| 67 | RYAN | S | BROICH | ANGELA | K | BROICH | 900000071 |
| 68 | EDITH | G | NADER | | | 900000072 |
| 69 | CHRISTOPHER | P | SCHUCHART | | | 900000073 |
| 70 | JAMISON | C | SMITH | | | 900000074 |
| 71 | RUBEN | | MENDEZ | | | 900000075 |
| 72 | ANTHONY | L | SHAW | | | 900000076 |
| 73 | MARILYN | J | BURGESS | JERRY | L | BURGESS | 900000078 |
| 74 | SHANE | | BRANT | AMANDA | BRANT | 900000079 |
| 75 | JEFFREY | DOUGLAS | CHURCH | VEDA | ANDERSO | CHURCH | 900000080 |
| 76 | DEBRA | | LARSEN | | | 900000081 |
| 77 | JERRY | W | BOWMAN | | | 900000082 |
| 78 | DINA | MARIE | ALLOWAY | | | 900000083 |
| 79 | MARIO | | GARRETT | PATRICIA | G | GARRETT | 900000084 |
| 80 | MARIA | C | MEDINA | | | 900000085 |
| 81 | BETH | ANN | VOIGT | | | 900000086 |
| 82 | JEFFREY | W | DIXON | | | 900000087 |
| 83 | MEHIRAN | N | VALIYI | | | 900000088 |
| 84 | JENNY | | PRATHER | MICHAEL | S | BERKLAND | 900000089 |
| 85 | THERESA | E | OWTAD | BABAK | OWTAD | 900000091 |
| 86 | ADELA | | LEBRIJA | | | 900000093 |
| 87 | THERESE | D | TAYLOR | | | 900000094 |
| 88 | TERRI | A | WARREN | | | 900000095 |
| 89 | GARY | S | BERMAN | SUSAN | R | COOKE BERMAN | 900000096 |

**Bank of America TCPA Settlement**

Case No. 11-cv-02390-EJD (N.D. Cal.)

**Requests for Exclusions**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 90 | RONDA | | MERRYMAN | | | | 900000097 |
| 91 | BECKI | | MAAS | | | | 900000098 |
| 92 | LALITA | | DIOTRAGOOL | | | | 900000099 |
| 93 | ELIZBETH | C | ANDERS | | | | 900000100 |
| 94 | RICHARD | | FLINKSTROM | | | | 900000101 |
| 95 | MARILYN | | FAIMAN | | | | 900000102 |
| 96 | JEFFREY | S | WELLS | | | | 900000103 |
| 97 | NICAURY | | MILLER | | | | 900000104 |
| 98 | KATHLEEN | | MICHENER | JEFFREY | | MICHENER | 900000105 |
| 99 | JOHN | D | ROLDAN | SANDRA | I | CORTES | 900000107 |
| 100 | BOBBI | A | LEE | | | | 900000109 |
| 101 | RONDA | | MERRYMAN | | | | 900000110 |
| 102 | ELIZBETH | C | ANDERS | | | | 900000113 |
| 103 | HEATHER | A | BAUER | | | | 900000114 |
| 104 | CHRIS | | VASQUEZ | | | | 900000116 |
| 105 | EDGAR | LEE | HARRISON | | | | 900000117 |
| 106 | DANNY | ALLEN | GRATION | | | | 900000118 |
| 107 | PAMELA | S | BROWN | | | | 900000119 |
| 108 | MITZI | J | WHITE | | | | 900000120 |
| 109 | PATRICK | J | SCHNEIDER | | | | 900000121 |
| 110 | JAMES | E | FIELDS | | | | 900000122 |
| 111 | JANE | | FETTER | | | | 900000123 |
| 112 | FRED | | SISTY | DEBORAH | | SISTY | 900000124 |
| 113 | TAMMY | L | ALLGOOD | | | | 900000125 |
| 114 | MIGUEL | | LEON | | | | 900000127 |
| 115 | PAMELA | | SNYDER | | | | 900000129 |
| 116 | KELLI | | ROBINETTE | | | | 900000131 |
| 117 | ADRIANNE | | CHEATHAM | | | | 900000132 |
| 118 | BRETT | | PADGETT | | | | 900000133 |
| 119 | DOROTHY | | HARTMAN | | | | 900000134 |
| 120 | GARY | M | PIWONKA | PAULA | R | PIWONKA | 900000135 |
| 121 | RACHEL | C | DEFAZIO | | | | 900000136 |
| 122 | JEFFREY | O | VIGNESS | JUDY | A | VIGNESS | 900000137 |
| 123 | MIGUEL | | TORRES | | | | 900000139 |
| 124 | JOSE | A | VICENTEJR | | | | 900000140 |
| 125 | MARIA | | DELASANTA-BUONOMO | | | | 900000141 |
| 126 | CHRISTOPHER | P | DELUCIA | | | | 900000142 |
| 127 | JANINE | P | SHEPHERD | JEFFREY | M | SHEPHERD | 900000143 |
| 128 | BETTY | ANN | BENDER | | | | 900000144 |
| 129 | GREG | | FULTON | | | | 900000145 |
| 130 | CHARLES | A | DOBBS | | | | 900000146 |
| 131 | MARK | | MCCLEAN | | | | 900000147 |
| 132 | ELLIS | R | CASTLE | SHARON | | CASTLE | 900000148 |
| 133 | ADINA | | SAPRONETTI | | | | 900000150 |
| 134 | PATRICIA | | VENNER | | | | 900000151 |

# Bank of America TCPA Settlement

Case No. 11-cv-02390-EJD (N.D. Cal.)

**Requests for Exclusions**

| 135 | DREW | | ROICKI | | | | 900000152 |
|---|---|---|---|---|---|---|---|
| 136 | LINDA | D | PENNELL | | | | 900000153 |
| 137 | VELVA | | PETERSON | | | | 900000154 |
| 138 | PAMELA | FRANCINE | BEILER | | | | 900000155 |
| 139 | SCOTT | | FOSTER | | | | 900000156 |
| 140 | DEBORAH | ANN | BRANDT | | | | 900000157 |
| 141 | WANDA | P | LEIGH | | | | 900000158 |
| 142 | BARRY | | FIELDS | | | | 900000159 |
| 143 | CAROLENE | | HUGHES | | | | 900000160 |
| 144 | RICHARD | | WHITWORTH | | | | 900000161 |
| 145 | RENKO | R | HARDISON | | | | 900000162 |
| 146 | ELIZABETH | T | COCCO | | | | 900000163 |
| 147 | KIRK | | GERECKE | PATRICIA | L | GERECKE | 900000164 |
| 148 | ARTHUR | | THORPE | | | | 900000166 |
| 149 | JACQUELINE | | CLARK | | | | 900000167 |
| 150 | JOAN | V | OWENSBY | | | | 900000169 |
| 151 | SONYA | J | CRAIGHEAD | | | | 900000170 |
| 152 | ALLA | V | ISTOMIN | | | | 900000171 |
| 153 | RAFAEL | | ROSARIO | DERMOT | | MITCHELL | 900000172 |
| 154 | JEFFERY | D | GATES | | | | 900000173 |
| 155 | DEBORAH | A | LINS | | | | 900000174 |
| 156 | JAMES | E | WHEDBEE | | | | 900000175 |

# Attachment 9

<u>United States District Court for the Northern District of California</u>

# IF YOU RECEIVED A NON-EMERGENCY MORTGAGE OR CREDIT CARD DEFAULT SERVICING CALL OR TEXT ON YOUR CELLULAR TELEPHONE FROM BANK OF AMERICA THROUGH THE USE OF AN AUTOMATIC TELEPHONE DIALING SYSTEM AND/OR A PRERECORDED VOICE, YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT.

*A federal court authorized this notice.  This is not a solicitation from a lawyer.*

- Plaintiffs brought lawsuits alleging that Bank of America violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.* by using an automatic telephone dialing system and/or an artificial prerecorded voice to place non-emergency servicing calls to cell phones ("Automatic Calls") and to send non-emergency text messages to cell phones ("Automatic Texts") in connection with servicing mortgage and credit card accounts that were in default, and that these autodialed calls and text messages were made and sent without the prior express consent of Class Members.  Bank of America denies the allegations in the lawsuits.

- A settlement has been reached in these cases and affects individuals who:

    1. Received an Automatic Call regarding a Bank of America Residential Mortgage Loan Account between August 30, 2007 and January 31, 2013; **or**

    2. Received an Automatic Call regarding a Bank of America Credit Card Account between May 16, 2007 and January 31, 2013; **or**

    3. Received an Automatic Text regarding a Bank of America Credit Card Account between February 22, 2009 and December 31, 2010.

- Class Members may make only one claim for any Automatic Calls regarding a mortgage account and only one claim for any Automatic Calls or Automatic Texts regarding a credit card account (for a maximum of two possible claims per Class Member).  A Class Member may not make both a claim for Automatic Calls and a claim for Automatic Texts regarding a credit card account.

- The Settlement, if approved, would provide $32,083,905 to pay any and all claims from those who received any of the above-described Automatic Calls or Texts from Bank of America, as well as to pay Plaintiffs' attorneys fees and the administrative costs of the settlement; it avoids the further cost and risk associated with continuing the lawsuits; pays money to recipients of the Automatic Calls and Texts; and releases Bank of America from further liability.

- Bank of America has developed enhancements to its business practices designed to ensure that customers who receive autodialed calls or texts have provided consent and to protect Class Members from any future unconsented-to Automatic Calls or Texts.

- **Your legal rights are affected whether you act or don't act.  Read this notice carefully.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim Form** | This is the only way to get a payment.  You can submit a valid and timely claim form online at www.BOATCPASettlement.com or by mail to TCPA Settlement Claims Administrator, PO Box 3410, Portland, OR 97208-3410 or by calling the toll-free number, 1-877-919-9186.  If you fail to do so, you will not receive a settlement payment. |
| **Do Nothing** | Get no payment.  Give up rights to sue Bank of America separately. |
| **Exclude Yourself OR "Opt Out" of the Settlement** | If you ask to be excluded, you will get no payment.  This allows you to pursue your own lawsuit against Bank of America about the legal claims in this case. |
| **Object** | Write to the Court about why you believe the Settlement is unfair. |
| **Go to a Hearing** | Ask to speak in Court about the fairness of the Settlement. |

- These rights and options – **and the deadlines to exercise them** – are explained in this notice.

- The Court in charge of this case still has to decide whether to approve the Settlement.  Payments will be made if the Court approves the Settlement and after any appeals are resolved.  Please be patient.

**Questions?  Call 1-877-919-9186 or visit www.BOATCPASettlement.com**
**Si desea recibir esta notificación en español, llámenos o visite nuestra página web.**

2

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION**..................................................................................... PAGE 4
1.   Why is there a notice?
2.   What are these class action lawsuits about?
3.   Why is there a Settlement?

**WHO IS IN THE SETTLEMENT** ..................................................................... PAGE 5
4.   How do I know if I am part of the Settlement?

**THE SETTLEMENT BENEFITS – WHAT YOU GET** ..................................... PAGE 5
5.   What does the Settlement provide?

**HOW YOU GET A PAYMENT**.......................................................................... PAGE 6
6.   How and when can I get a payment?
7.   What am I giving up to get a payment or stay in the Class?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** .................................. PAGE 8
8.   How do I exclude myself from the Settlement?

**THE LAWYERS REPRESENTING YOU** ........................................................ PAGE 8
9.   Do I have a lawyer in this case?
10.  How will the lawyers and class representatives be paid?

**OBJECTING TO THE SETTLEMENT** .............................................................. PAGE 9
11.  How do I tell the Court that I do not think the Settlement is fair?

**THE COURT'S FAIRNESS HEARING**............................................................. PAGE 9
12.  When and where will the Court decide whether to approve the Settlement?
13.  May I speak at the hearing?

**IF YOU DO NOTHING** ................................................................................... PAGE 10
14.  What happens if I do nothing at all?

**GETTING MORE INFORMATION**.................................................................. PAGE 10
15.  How do I get more information?

**Questions?  Call 1-877-919-9186 or visit www.BOATCPASettlement.com**
**Si desea recibir esta notificación en español, llámenos o visite nuestra página web.**

3

# BASIC INFORMATION

## 1.  Why is there a notice?

A Court authorized this Notice because you have a right to know about a proposed Settlement of these class action lawsuits, and about all of your options, before the Court decides whether to approve the Settlement.  If the Court approves the Settlement and after any objections or appeals are resolved, an administrator appointed by the Court will make the payments that the Settlement allows.  Because your rights will be affected by this Settlement, it is extremely important that you read this Notice carefully.

If you received a postcard or email Notice, it is because according to Bank of America's records, you may have received (1) an Automatic Call from Bank of America regarding a Bank of America Residential Mortgage Loan Account between August 30, 2007 and January 31, 2013 ("Mortgage Calls");  **or** (2) an Automatic Call from Bank of America regarding a Bank of America Credit Card Account between May 16, 2007 and January 31, 2013 ("Credit Card Calls");  **or** (3) an Automatic Text from Bank of America regarding a Bank of America Credit Card Account between February 22, 2009 and December 31, 2010 ("Credit Card Texts").

The Court in charge of the case is the United States District Court for the Northern District of California, and the case is known as *Rose v. Bank of Am. Corp.*, Case No. 11-cv-02390-EJD (N.D. Cal.).  The proposed Settlement would resolve all claims in *Rose v. Bank of Am. Corp.*, Case No. 11-cv-02390-EJD (N.D. Cal.), and the related case *Duke v. Bank of Am.*, Case No. 5:12-cv-04009 (N.D. Cal.), as well as the claims in the following similar Actions: *Ramirez v. Bank of Am., N.A.*, Case No. 11-cv-02008 (S.D. Cal.); *Johnson v. Bank of Am., N.A.*, Case No. 11-cv-3040 LAB (S.D. Cal.); *Makin v. Bank of Am., N.A.*, Case No. 12-cv-1662 LAB (S.D. Cal.); and *Bradshaw v. Bank of Am. Corp.,* 13-CV-0431 LAB RBB (S.D. Cal.).  The people who sued are called Plaintiffs, and the companies they sued, Bank of America Corporation ("BAC"), Bank of America, N.A. ("BANA"), and FIA Card Services, N.A. ("FIA") are called the Defendants and are referred to herein collectively as "Bank of America."

## 2.  What are these class action lawsuits about?

A class action is a lawsuit in which the claims and rights of many people are decided in a single court proceeding.  Representative plaintiffs, also known as "class representatives," assert claims on behalf of the entire class.

The Representative Plaintiffs filed these cases against Defendants alleging that Bank of America violated the TCPA by using an automatic telephone dialing system and/or an artificial prerecorded voice to call or text cell phones without the prior express consent of the recipients.

Bank of America denies that it did anything wrong, or that this case is appropriate for treatment as a class action.

## 3.  Why is there a Settlement?

The Court did not decide in favor of the Plaintiffs or Defendants.  Both sides agreed to a settlement instead of going to trial.  That way, they avoid the cost of a trial, and the people

affected will get compensation. The Representative Plaintiffs and the attorneys think the Settlement is best for all Class Members.

# WHO IS IN THE SETTLEMENT

| 4. How do I know if I am part of the Settlement? |
| --- |

The Settlement provides relief for all Class Members, who are described as individuals who:

(1) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Residential Mortgage Loan Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between August 30, 2007 and January 31, 2013 ("Mortgage Calls");
**or**
(2) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between May 16, 2007 and January 31, 2013 ("Credit Card Calls");
**or**
(3) received one or more non-emergency, default servicing text messages from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between February 22, 2009 and December 31, 2010 ("Credit Card Texts").

Individuals may be members of more than one group. Those who received both a Mortgage Call and a Credit Card Call or Text may file two claims. Those persons who also received a Credit Card Call may make only one claim for either a Credit Card Call or Credit Card Text.

Excluded from the Class are Defendants; their parent companies, affiliates or subsidiaries, or any employees thereof, and any entities in which any of such companies has a controlling interest; the judge or magistrate judge to whom any of the Actions are assigned; and, any member of those judges' staffs and immediate families.

If you have questions about whether you are a Class Member, or are still not sure whether you are included, you can call 1-877-919-9186 or visit www.BOATCPASettlement.com for more information.

# THE SETTLEMENT BENEFITS – WHAT YOU GET

| 5. What does the Settlement provide? |
| --- |

Bank of America has agreed to pay a total settlement amount of $32,083,905 which will be used to create a Settlement Fund to pay Settlement Awards to Class Members, Plaintiffs' attorney fees, service awards to the Representative Plaintiffs, costs, expenses, and settlement administration.

Any residual amount under $50,000 remaining after all the payments included in the Settlement are made that would be economically unfeasible to distribute will be donated to the Electronic Frontier Foundation.

Additionally, Bank of America has enhanced its business practices.  As a benefit to all Class Members, Bank of America developed significant enhancements to its servicing systems to ensure that a borrower has provided consent before being called on a cell phone and that the Bank's loan servicing records are systematically coded to reflect the borrower's prior express consent to call his/her cell phone.

# HOW YOU GET A PAYMENT

**6.  How and when can I get a payment?**

Each Class Member who submits a valid and timely Claim Form will receive a Settlement Award.  A Settlement Award is a cash payment.  It is estimated that Eligible Class Members' cash award payment will be between $20 and $40 per claim, but the final cash payment amount will depend on the total number of valid and timely claims filed by all Class Members.

Eligible Class Members may make 1) one claim for any Mortgage Calls, and 2) one claim for any Credit Card Calls or for any Credit Card Texts.  Class Members may not make both a claim for Credit Card Calls and a claim for Credit Card Texts.

Claims may be submitted electronically at www.BOATCPASettlement.com, or by calling the toll-free number 1-877-919-9186, or by mail to:

Bank of America TCPA Settlement
Claims Administrator
PO Box 3410
Portland, OR 97208-3410

Claim forms must be submitted online or by phone, or if by mail, postmarked by **March 21, 2014.** The Court will hold a hearing on April 4, 2014 to decide whether to approve the Settlement.  If the Settlement is approved, appeals may still follow.  It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year.  Please be patient.

**7.  What am I giving up to get a payment or stay in the Class?**

If you are a Class Member, unless you exclude yourself, that means that you can't sue, continue to sue, or be part of any other lawsuit against Bank of America about the legal issues in *this* case and all of the decisions and judgments by the Court will bind you.

For non-emergency calls or text messages made using an automatic telephone dialing system and/or an artificial prerecorded voice, without the prior express consent of the called party, the TCPA provides for damages of $500 per call, or $1,500 for willful violations.  However, Bank of America has denied that it made any illegal calls or sent any illegal text messages to anyone, and in any future lawsuit it will have a full range of potential defenses, including that it had prior express consent to make the calls if the consumer provided his or her cellular telephone number to Bank of America at any time, and that certain customer agreements provided Bank of America

with consent to make the calls.  In addition, please note that the TCPA does not provide for attorneys' fees to prevailing individual plaintiffs.

If you file a Claim Form for benefits or do nothing at all, you will be unable to file your own lawsuit involving all of the claims described and identified below, and you will release Bank of America from any liability for them.

Remaining in the Class means that you, as well as your respective assigns, heirs, executors, administrators, successors and agents, will release, resolve, relinquish and discharge Bank of America (and all related entities) any and all claims, causes of action, suits, obligations, debts, demands, agreements, promises, liabilities, damages, losses, controversies, costs, expenses, and attorneys fees of any nature whatsoever, whether based on any federal law, state law, common law, territorial law, foreign law, contract, rule, regulation, any regulatory promulgation (including, but not limited to, any opinion or declaratory ruling), common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated, punitive or compensatory, as of the date of the Final Approval Order, that arise out of or relate in any way to the Released Parties' use of an "automatic telephone dialing system" or "artificial or prerecorded voice"  to contact or attempt to contact Settlement Class Members in connection with, respectively:  (i) Bank of America's servicing of any Residential Mortgage Loans via autodialed calls to cellular telephones to the fullest extent that term is used, defined or interpreted by the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*., relevant regulatory or administrative promulgations and case law, from August 30, 2007 to January 31, 2013  ("Mortgage call Release"), (ii) Bank of America's servicing of any Credit Card Accounts via autodialed calls to cellular telephones to the fullest extent that term is used, defined or interpreted by the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*., relevant regulatory or administrative promulgations and case law, from May 16, 2007 to January 31, 2013 ("Credit Card call Release"), and (iii) Bank of America's servicing of any Credit Card Accounts via interactive messages and/or text messages to cellular telephones to the fullest extent that those terms are used, defined or interpreted by the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, relevant regulatory or administrative promulgations and case law, from February 22, 2009 to December 31, 2010 ("Credit Card text Release").  Released Claims include both the claims of Bank of America account holders and non-account holders who are members of the Settlement Class.  You further agree that they will not institute any action or cause of action (in law, in equity or administratively), suits, debts, liens, or claims, known or unknown, fixed or contingent, which they may have or claim to have, in state or federal court, in arbitration, or with any state, federal or local government agency or with any administrative or advisory body, arising from or reasonably related to the Released Claims.

The Settlement Agreement (available at the website) provides more detail regarding the release and describes the Released Claims with specific descriptions in necessary, accurate legal terminology, so read it carefully. You can talk to the law firms representing the Class listed in Question 9 for free or you can, at your own expense, talk to your own lawyer if you have any questions about the Released Parties or the Released Claims or what they mean.

The release does not apply to Class Members who timely opt-out of the Settlement.

**Questions?  Call 1-877-919-9186 or visit www.BOATCPASettlement.com**
**Si desea recibir esta notificación en español, llámenos o visite nuestra página web.**

7

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want a payment from this Settlement, and you want to keep the right to sue or continue to sue Bank of America on your own about the legal issues in this case, then you must take steps to exclude yourself from the Settlement.

| 8.  How do I exclude myself from the Settlement? |
| --- |

To exclude yourself from the Settlement, you must send a letter by mail saying that you want to be excluded from *Rose v. Bank of Am. Corp.*, Case No. 11-cv-02390-EJD (N.D. Cal.). Be sure to include your full name, address, and telephone number. You must also include a statement that you wish to be excluded from the Settlement. **You must mail your exclusion request postmarked no later than March 21, 2014** to:

Bank of America TCPA Settlement
Claims Administrator
PO Box 3410
Portland, OR 97208-3410

If you ask to be excluded, you will not get any Settlement Award, and you cannot object to the Settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Bank of America in the future.

## THE LAWYERS REPRESENTING YOU

| 9.  Do I have a lawyer in this case? |
| --- |

The Court appointed the following law firms to represent you and other Class Members:

- *Ramirez* Counsel: Ankcorn Law Firm, PC, and Terrell Marshall Daudt & Willie PLLC;
- *Johnson* Counsel: Hyde & Swigart and Kazerouni Law Group, APC;
- *Makin* Counsel: Burke Law Offices, LLC, and Saeed & Little LLP;
- *Rose* Counsel: Law Offices of Douglas J. Campion, APC, Lieff Cabraser Heimann & Bernstein, LLP, Meyer Wilson Co., LPA, Terrell Marshall Daudt & Willie PLLC;
- *Duke* Counsel: Lieff Cabraser Heimann & Bernstein, LLP, and Meyer Wilson Co., LPA; and
- *Bradshaw* Counsel: Law Offices of Douglas J. Campion, APC.

These lawyers are called Class Counsel. You will not be charged for these lawyers' services. If you want to be represented by your own lawyer, you may hire one at your own expense.

| 10.  How will the lawyers and class representatives be paid? |
| --- |

Class Counsel will ask the Court to approve payment of $8,020,976 (25% of the Settlement Fund) to compensate them for expenses and for attorneys' fees for investigating the facts, litigating the case, and negotiating the Settlement. Class Counsel will also request an award of

service payments of $2,000 each to the seven Class Representatives, in compensation for their time and effort.  The Court may award less than these amounts.  These payments, along with the costs of administering the Settlement, will be made out of the Settlement Fund.

Any objection to Class Counsel's application for attorneys' fees and costs may be filed, and must be postmarked, no later than **March 21, 2014** which is at least 30 days following the filing of Class Counsel's motion for an award of attorneys' fees and costs.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the Settlement or some part of it.

| **11.  How do I tell the Court that I do not think the Settlement is fair?** |
| --- |

You can tell the Court that you don't agree with the Settlement or some part of it.  If you are a Class Member, you can object to the Settlement if you do not think the Settlement is fair.  You can state reasons why you think the Court should not approve it.  The Court will consider your views.  To object, you must send a letter saying that you object to the proposed Settlement in *Rose v. Bank of Am. Corp.*, Case No. 11-cv-02390-EJD (N.D. Cal.).  Be sure to include your full name, address, telephone number, the reasons you object to the Settlement and whether you intend to appear at the fairness hearing on your own behalf or through counsel.  **Your objection to the Settlement must be postmarked no later than March 21, 2014**.

The objection must be mailed to both:

| | |
| --- | --- |
| *Rose v. Bank of Am. Corp.*,<br>Case No. 11-cv-02390-EJD (N.D. Cal.)<br>Clerk of the Court<br>U.S. District Court for the<br>Northern District of California<br>280 South 1st Street<br>San Jose, CA  95113 | Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111 |

## THE COURT'S FAIRNESS HEARING

| **12.  When and where will the Court decide whether to approve the Settlement?** |
| --- |

The Court will hold a hearing to decide whether to approve the Settlement.  This Fairness Hearing will be held at 9:00 a.m. on April 4, 2014, at the United States District Court for the Northern District of California, 280 South 1st Street, 5th floor, San Jose, California in Courtroom 4.  The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the website for updates.  At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate, and whether to award attorneys' fees, expenses, and service awards as described above, and in what amounts.  If there are objections, the Court will consider them.  After the hearing, the Court will decide whether to approve the Settlement.  We do not know how long it will take the Court to issue its decision.  It is not necessary for you to appear at this hearing, but you may attend at your own expense.

## 13. May I speak at the hearing?

You may ask the Court for permission to speak at the Fairness Hearing.  To do so, you must send a letter saying that you intend to appear at the Fairness Hearing in *Rose v. Bank of Am. Corp*., Case No. 11-cv-02390-EJD (N.D. Cal.).   Be sure to include your full name, address, and telephone number.  Your letter stating your notice of intention to appear must be postmarked no later than **March 21, 2014** and be sent to the Clerk of the Court.  You cannot speak at the hearing if you excluded yourself.

# IF YOU DO NOTHING

## 14. What happens if I do nothing at all?

If you do nothing, and are a Class Member, you will not receive a payment after the Court approves the Settlement, and any appeals are resolved.  In order to receive a payment, you must submit a claim form.  Unless you exclude yourself, you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Bank of America about the legal issues in this case, ever again.

# GETTING MORE INFORMATION

## 15. How do I get more information?

This Notice summarizes the proposed Settlement.  More details are in a Settlement Agreement.  You can get a copy of the Settlement Agreement by calling the Claims Administrator toll-free at 1-877-919-9186, writing to: Bank of America TCPA Settlement Claims Administrator, PO Box 3410, Portland, OR 97208-3410; or visiting the website at www.BOATCPASettlement.com, where you will find answers to common questions about the Settlement, a claim form, plus other information to help you determine whether you are a Class Member and whether you are eligible for a payment.