Douglas J. Campion, SBN #75381
Email: doug@djcampion.com
LAW OFFICES OF DOUGLAS J. CAMPION, APC
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

Jonathan D. Selbin, SBN 170222
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHENIE ROSE, on behalf herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, and FIA CARD SERVICES, N.A.,<br><br>Defendants. | CASE NO. 5:11-cv-02390-EJD (PSG)<br><br>**DECLARATION OF FREDDERICKA BRADSHAW IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND FOR APPROVAL OF INCENTIVE PAYMENTS**<br><br>**Hon. Edward J. Davila**<br><br>**Hearing Date: April 4, 2014**<br>**Time: 9:00 a.m.**<br><br>**Courtroom: 4, 5th Floor** |

FREDDERICKA BRADSHAW, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

BANK OF AMERICA CORPORATION, a North Carolina Corporation and FIA CARD SERVICES, N.A.,

        Defendant.

I, Freddericka Bradshaw, declare as follows:

1. I am one of the named plaintiffs and a class representative in the above referenced litigation. I am over the age of 18 years and I make these statements based on personal knowledge and would so testify if called as a witness at trial. I respectfully submit this declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs and for Service Awards to the Class Representatives.

2. I received text messages from Defendant Bank of America ("Defendant") to my cell phone. I never gave Defendant my consent to text my cell phone. In fact, my attorney expressly instructed Defendant not to contact me, but it did not stop.

3. I understand that the settlement agreement in this case provides for a $2,000.00 Service Award to me and to the other class representative Plaintiffs in this case. I understand that these service awards are *not* conditioned on approval of the Settlement; in other words, I understand that this class settlement could be approved, but that I could be awarded a sum smaller than $2,000.00 or no service award at all.

4. I provided Class Counsel with pertinent information, including the dates of and information about the text messages I received from Bank of America. I also reviewed the operative complaint, and reviewed the Settlement Agreement

and signed off on the proposed Settlement. I also provided my counsel with a number of relevant documents. Class Counsel kept me informed of the status of the case through telephone calls, emails, and letters. I estimate that I spent approximately 7 hours in assisting Class Counsel with this litigation.

5. My goal in this lawsuit was to prevent myself and others from being subject to automated texts from Bank of America without our consent. This Settlement appears to me to help to accomplish that goal.

6. Even though I have not to date been served with any discovery, at all times during the pendency of this case I have been willing and able to respond to discovery requests and make myself available for deposition. I will continue to be an engaged participant in this litigation to the extent necessary and appropriate.

I declare under penalty of perjury of the laws of California and the United States that the foregoing is true and correct, and that this declaration was executed in San Diego, California on February 13, 2014.

*Freddericka Bradshaw*
Freddericka Bradshaw

DECL. OF FREDDERICKA BRADSHAW ISO PLAITNIFFS' MTN FOR ATTYS' FEES AND IINCENTIVE AWARDS        2        5:11-CV-02390-EJD (PSG)