March 5, 2014

*Rose v. Bank of Am. Corp.,*
Case No. 11-cv-02390-EJD (N.D. Cal.)
Clerk of the Court
U.S. District Court for the
Northern District of California
280 South 1st Street
San Jose, CA 95113

Edward D Rickett and Delores Rickett
1021 Ave E
Billings, MT 59102
ID# 8168007612970
Confirmation # 829013855

Objection to the proposed Settlement in *Rose v. Bank of Am. Corp.,* Case No. 11-cv-02390-EJD (N.D. Cal.).

We are objecting to the estimated payout of this claim, which would equal around, at the most, $100.

We were homeowners for over 30 years, we had to leave our home in MN, 1982 Glennwood Dr, Cambridge, MN 55008 and relocate back to Delores' home state of MT.

Within weeks of relocating, we were forced to seek legal protection and consequently our attorney, Juliane E. Lore, Attorney
Phone: (406) 206-0144
Fax: (406) 281-8463
www.lorelaw.us
**Mailing address:**
PO Box 913
Billings, MT 59103

Filed bankruptcy for the two of us. This was granted on Sep 24, 2013.

**Case Name:**     EDWARD D RICKETT and DELORES J. RICKETT
**Case Number:**   13-60826-RBK
**Document Number:** 20

**Docket Text:**
Order Discharging Debtors in a Chapter 7 Case Signed on 9/24/2013 (related documents(s) [10] Meeting of Creditors Chapter 7 No Asset). (Cunningham, Pamela)

We can not afford to attend the fairness hearing at 9:00 AM on April 4, 2014, at the United States District Court for the Northern District of

California, 280 South 1st Street, San Jose, California in Courtroom 4. nor afford to send our attorney, Juliane E. Lore.

Up until November 2011, even though Edward was unemployed after being caught up in a company wide layoff for 18 months and I was never been able to find employment after our move to MN. (details below) and am now 58 with a huge hole in my resume, we were always current on what originally was a Countrywide mortgage.

We came to MN to work and then retire in the house, 1982 Glennwood Dr, Cambridge, MN. 55008, and as good faith put 20% down originally and within a year put another $30,000 down to reduce the monthly payment. Our intention was to pay off the mortgage as fast as we could when we first made an offer on this house in Oct of 2005.

We did not see any reason that we would not be able to do that. Delores was in the 7th year of an office manager job (always over 5 year's job history with responsible jobs and promotions); Edward was a small business owner for over 20 years. Then Gov. Pawlenty of MN was touted as one of the top business friendly governors of any state (Business Weekly) with plenty of jobs in MN. According to the research I (Delores) did before we moved. What I now know after we have lost our house and the life we had, the big banks, by using the housing market like the stock market, eventually devastated the construction/housing market of which my husband has worked in his whole life therefore impeding his ability to make a living wage during 2006 until the beginning of 2013 when we left MN. and created a class of jobs in his industry with low pay and no benefits. So we spent most of the time in MN. with no health insurance, both past 50 years old.

In the seven years in MN anchored to real estate that we had poured a lifetime of work which built the savings that went into that house, our whole life was turned upside down. I can't sleep at night, the pain in my lower back is affecting my ability to sit at the computer and get anything done (like put this story together), my memory has been affected and I still get a knot in my stomach from worrying how we were going to live. I feel I am not good dealing with many people (possibly because it is getting harder for me to deal with ANY stressful situations), and I have another medical concern which I believe is going to make it hard for me to even commute to/from a job if by some miracle I would get a job, as of now, I haven't even been able to get a second interview for a telemarketing job from my home.

We used all our savings and any retirement funds to try and keep current on everything, we moved to MN in 2006 with the only debt being the house mortgage and the Allied moving bill that my husband put on a c/c (over $8,000). The move was done quickly when we were called in MT. two days before the closing(Dec. 2005) and told that the lender demanded that we have all our house hold items moved in and be living in the house within 30

days after closing. And, that the lender would be sending out an inspector to make sure that is what happened, if not the loan would be void.

At the point of that call, I was still working at my job in MT and had not even given any kind of notice of leaving, we did not intend to run up a huge moving bill as we then ended up doing due to the demands of CountryWide. I felt under so much pressure, after receiving that call, flying out in 20 below zero weather a day or two later, I didn't even take any time to read anything we were signing, madness! Consequently, I also had to resign from my job earlier than I anticipated, thereby losing our health insurance, which I had always carried for the family, and we ended up spending about $18,000.00 over the next 2 1/2 years to keep myself and my husband covered. After we could not afford to pay the over $500.00 a month for ourselves, for the first time in our marriage of over 25 years, we became medically uninsured.

After my husband was laid off in 2008, the interest rate and payments went way up on any c/c balances we had. I was panicking because I knew we needed so much cash money every month to pay the mortgage, the price of the house kept dropping and locking us tighter into the location. I could not immediately secure employment in 2006 after going through our son having a diagnosis of a major illness and so that delayed me even starting a job search, by the time I did start a major job search, I realized I had been losing my vision at night and even though I threw myself at every job I thought I would be able to travel to/from, I never was able find any work while living in MN. It is beyond depressing to me, I have a long employment history with stellar references and it has been devastating to me not to be able to help my family. So I kept using our credit cards to keep trying to fill the hole every month, it seemed unthinkable at the time that the housing market would keep dropping and never return. Also when gas hit $4.00 a gallon it added even more pressure to make ends meet as my husband was working in sales and all his jobs required him to pay the vehicle expenses to go to appointments all over the state of MN and even into WI.

We had never had any kind of help before, but in 2012, I did break down and go to the local food shelf, and I was also able to get help for the past due utilities through Lake and Pines Council in Mora, MN, who were very wonderful to work with also a lady at the electric company who gave me advise on getting emergency help with our electric bill even after receiving some help with our gas bill. Without these ladies, both our power and gas would have been disconnected.

We had no idea who Countrywide was when we first started looking at houses here in MN. Our realtor assured us that **homes on the water in MN were "bullet proof" in holding its value** and we were assured that although real estate in the state was higher than what we were used to, it was due to higher paying jobs and more of them. Either the mortgage broker

or the real estate agent laughed and said the worst that could happen is that we would stay a year or two, decide to sell the house and make some money! Obviously nothing could be further from what happened. The Countrywide loan was presented to us as the best possible terms we could get and the lowest payment, before this I had never heard of an interest only loan. **What I did not understand at the time and what is really scary is that these interest only loans are more like lease options than purchases, since they pay off no principal. With a lease option, at least, the investor can walk away from the deal losing nothing more than his option money. With an interest only loan, the buyer looses his credit, his payments, and in most states, more money if he is hit with a deficiency judgment. The buyer is also responsible to pay for the upkeep on the option, which can really add up. I remember being in the car when the broker checked our credit for the realtor, she got really excited and said we were what were known in the business as "GOLD".**

In total we gave Country Wide/BOA, approximately $100,000.00 down payment (I would guess this is why this loan has not been dumped on the taxpayers, Freddie Mac,) on a house that was appraised at the time of purchase at **$325,000.00**. We were congratulated by the appraiser and home inspector (both friends of the realtor and mortgage broker) on what a good deal we had made since we had offered $312,000.00. On the 1099 C that BOA sent for the year 2013, the fair market value of the house was listed as **$167,500.00**. Every time gas goes up, real estate in Isanti County, MN. goes down and the county keeps raising property taxes even though the value of the house dropped practically from the time of purchase in Dec 2005.

What I realize now, when it is too late, is **people were not buying homes with these interest only loans, they're buying home futures. It's not hard to get burned in the futures market. And that is what happened to this very ordinary, law abiding, middle class family.**

BOA did not provide any kind of help to us, only what will help them, as they have proven time and again. Hundreds of robo calls demanding money, interest raised on a credit card my husband had for years to 29%+ when gas was over $4.00 a gallon. Before we walked away from our house in MN. we spent over 2 HOURS on our cell phone trying to tell a 'live' BOA rep. that they needed to make sure the utilities stayed on in the house as the weather

was sub zero. The BOA rep that finally talked said "Just turn the utilities off". Our impression was they didn't care if the plumbing froze in the house or any damage was caused. How can it be that as a Primary Dealer of the Federal Reserve, BOA can borrow money at 0% and re-lend to the citizens at whatever they feel like at the time? If nothing else they can buy Treasuries and make money for doing nothing.

That is why, rather than slinking away like I have done something wrong, I decided to tell our story. Not only has if affected my mental and physical health for the rest of my life but also that of my husband. At our age, statistics say we have both lived over ½ our life. How do we rebuild now what took us a lifetime to do?

My husband has easily aged 10 years in 3. I developed so many persistent depressive symptoms; I am surprised I can string two words together. My fibromyalgia has caused and continues too many physical problems for me.

Does the law matter? Or only if your pockets are deep enough to buy the laws you need or defend for umpteen years to make it financially unable for your advisory to continue.

Edward D Rickett     Delores Rickett    1021 Ave E   Billings, MT  59102