March 1, 204

RE: *Rose v. Bank of Am. Corp.*,
Case No. 11-cv-02390-EJD (N.D. Cal.)

TO: Clerk of the Court  U.S. District Court for
the Northern District of California
280 South 1st Street San Jose, CA 95113

Dear Honorable judge,

I received the notice that a lawsuit was filed on my behalf and that the settlement is to be $32 MILLION! and that I am to receive $20 to $40.

If there is STILL the tiniest sense of what is right, what is fair and what is correct in your court, you WILL not allow this perfect injustice to take place. It is not about the money, but about what is the most basic action of American justice. Dear Lord, I am in disbelief that such mockery is made of our court system and that a lawyer would dare to actually bring this 'proposal' to ANY American judge for approval.

Who keeps the millions? And why should they?

My husband and I (he is a Senior Chief Navy retired) have 10 children. My son is a veteran who received a medical discharge from the Army for PTSD after serving honorably for 8 ½ years in the Infantry and receives $1,400 a month (his car payment is $410). I am his caregiver, and every month I struggle, putting applications with all kind of non-profit organizations to help him pay his bills.  And other people get to keep MILLIONS of dollars because a bank called me? Seriously????

I would go to the hearing, just to say my peace, but I don't have the money to cover that expense. I can't write anymore. My stomach hurts too much.

Just do what is right. Stand up and be an example... If not America is truly bound for self-destruction. When the law falls, nothing else can stand.

Thank you for reading my humble letter.

Sincerely,

Carmen Cifuentes
14267 Calle de Vista
Valley Center, CA 92082
619 / 733-6224