**KRIS KASZUBA**

2683 Via de la Valle, Suite G-246
Del Mar, CA 92014

RECEIVED
2014 MAR 31 P 5: 09
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

By Certified Mail to:

March 19, 2014

Rose v. Bank of Am. Corp.,
Case No. 11-cv-02390-EJD (N.D. Cal.)
Clerk of the Court
U.S. District Court for the
Northern District of California
280 South 1st Street
San Jose, CA 95113

And by First Class U.S. Mail to:

Lieff Cabraser Heimann & Berstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111

Dear Sir/Madam

Re: My objections to the proposed Class Action Settlement Case No. 11-CV-02390-EJD

I have been informed that I am a Member of the Settlement Class for the above lawsuit. Exhibit "A" which I received by mail, attached hereto.
I object to the proposed Settlement in Rose v. Bank of Am. Corp., Case No. 11-cv-02390-EJD (N.D. Cal.). I believe that I should have 2 claims in this Class Action, one for a personal credit card and one for a business credit card.
I wish to continue as a Member of the Settlement Class.

I object to the amounts of the proposed payments in the Settlement on the grounds that that they are not fair, not reasonable and not equitable especially to the Class Representatives and the Settlement Class Members. We all appear to have been harmed by Plaintiff's actions.

My four objections are as follows:

1) I object to the amount of the proposed "Settlement Fund" of $32,083,905.00.
It is miniscule and should be substantially higher.
When compared to the $25 Billion Settlement in February, 2012 between Bank of America and the Federal Government and 49 State Attorneys, this proposed Settlement Fund is only 0.00128% or about **1/10th of a percent** of the 2012 Settlement.
My recommendation for the proposed Settlement Fund would be a total payout of 1% of

the former $25 Billion Settlement which would be $250 Million. I believe this would be more fair, reasonable and equitable.

2) I object to the proposed amount of $2,000 to be paid to the Class Representatives. It is way too little and should be higher. $2,000 each is a pittance.
My recommendation is for $50,000 be paid to each of the Class Representatives. Considering the responsibilities and diligence in standing up and taking legal action against Bank of America. The Representatives were protecting their rights and now, the rights of the Class Members and they should be properly compensated.
I believe this would be fair, reasonable and equitable.

3) I object to the proposed amount of $20 to $40 to be paid to the Class Members. This is an absolute mockery of reasonableness, fairness, equity and justice.
$20 is less than a pittance. My time and expenses to object cost me more than $20. A $500 payment or more to each Class Members should be fair, reasonable and equitable. Consider the fact that most Attorney's charge $500 or more for an hour.

4) I object to the proposed payment amount for Attorneys' Fees of 25% of $32,083,905.00 (the "Settlement Fund") which equals $8,020,976.
My recommendation would be a 10% maximum on a Settlement Amount for Attorneys. Should $250,000,000 be the revised new Settlement Fund this would amount to $25 Million total for the approximately 15 law firms.
I believe this would be fair, reasonable and equitable.

Additionally, if this had been a regular corporation operating contrary to the TCPA, there likely would have been criminal charges filed against the Executives.

Section 7.02 Page 14 of the proposed Settlement Agreement acknowledges as follows: "Defendants represent for settlement purposes that the size of the Class is as follows: 4,171,217 persons received Mortgage calls; 2,449,350 persons received Credit Card Calls; and 1,103,293 persons received Credit Card Texts".

It is important to note the sheer magnitude and number of about 7.6 Million persons in this proposed Settlement who may have been harmed by "BANA violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. (the "TCPA")."

I am not able to attend the Hearing since I live 500 miles away and I am not represented by Counsel.

I request that the Honorable Judge please consider my objections and recommendations for the proposed Settlement Agreement.

Respectfully Submitted,

*[signature]*

**KRIS KASZUBA**
Cell: 858 353-6279

The Settlement Class includes all individuals who:

(1) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Residential Mortgage Loan Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between August 30, 2007 and January 31, 2013 (Mortgage Calls);

or

(2) received one or more non-emergency, default servicing telephone calls from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between May 16, 2007, and January 31, 2013 (Credit Card Calls);

or

(3) received one or more non-emergency, default servicing text messages from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice between February 22, 2009, and December 31, 2010 (Credit Card Texts). Those persons who also received a Credit Card Call may make only one claim for either a Credit Card Call or Credit Card Text.

---

PRESORTED
FIRST-CLASS MAIL
AUTO
U.S. POSTAGE
PAID
PORTLAND, OR
PERMIT NO. 2882

Bank of America TCPA Settlement Claims Administrator
PO Box 3410
Portland, OR 97208-3410

**Important notice about a Class Action Settlement.**

8168069848048
KRIS KASZUBA
2683 VIA DE LA VALLE SUITE G
DEL MAR, CA 92014-1961

21351
46
56