Douglas J. Campion, SBN #75381
Email: doug@djcampion.com
LAW OFFICE OF DOUGLAS J. CAMPION
409 Camino Del Rio South, Suite 303
San Diego, California 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

Jonathan D. Selbin, SBN 170222
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHENIE ROSE, on behalf herself and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION, and FIA CARD SERVICES, N.A.,<br><br>          Defendants. | Case No. 5:11-cv-02390-EJD (PSG)<br><br>**DECLARATION OF JONATHAN D. SELBIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO OBJECTIONS TO SETTLEMENT**<br><br>Judge:   Hon. Edward J. Davila |
| CAROL DUKE AND JACK POSTER, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; AND FIA CARD SERVICES, N.A.,<br><br>          Defendants. | |

1168304.1

DECLARATION OF J. SELBIN ISO PLAINTIFFS' RESPONSE
TO OBJECTIONS TO SETTLEMENT
CASE NO. 5:11-CV-02390-EJD (PSG)

I, JONATHAN D. SELBIN, declare as follows:

1. I am a member of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"), counsel of record for Plaintiffs Carol Duke and Jack Poster. I am a member in good standing of the bars of the States of California and New York, and the bar of the District of Columbia. I respectfully submit this declaration in Support of Plaintiffs' Response to Objections to Settlement. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. Attached as **Exhibit A** is a true and correct copy of the Notice of Disciplinary Charges filed in *In the Matter of: Joseph Darrell Palmer, No. 125147*, Case No. 12-O-16924 (State Bar Court Dec. 6, 2013), available at http://members.calbar.ca.gov/courtDocs/12-O-16924.pdf.

3. Attached as **Exhibit B** is a true and correct copy of the Transcript of Motion Hearing, *Arthur v. Sallie Mae*, *Inc.*, No.10-198 (W.D. Wash. Sept. 14, 2012).

4. Attached as **Exhibit C** is a true and correct copy of a transcript of a panel discussion entitled *Melee in Manhattan: Class Action Objectors* from the ABA Section of Litigation's 15th Annual National Institute on Class Actions (Oct. 14, 2011).

5. Attached as **Exhibit D** is a true and correct copy of Declaration of Bethany Caracuzzo, *In re GIB LLC Cases*, J.C.C.P. No. 4657(Oct. 22, 2013).

6. Attached as **Exhibit E** is a true and correct copy of Howard Mintz, *Law Students Claim They've Been Had*, Mercury News (Aug. 9, 2004), *available at* http://www.lawschool.com/narkin.htm.

7. Based on the claims information reported in the Supplemental Affidavit of Cameron R. Azari Regarding Claims Administration, the Claims Administrator's budget, and Class Counsel's request for an award of fees and costs, Class Counsel estimate that the total award per claimant will total between $110 and $120 for each Class Member who received both mortgage calls, and credit card calls and/or texts; between $55 and $60 for each Class Member who received only card calls and/or texts; and between $55 and $60 for Class Members who received only mortgage calls.

8. In *Arthur v. Sallie Mae*, *Inc.*, No. 2:10-cv-00198-JLR (W.D. Wash.), although objector Chris Bandas made no appearance, he contacted me to try to "resolve" the objections of objectors represented by Joseph Darrell Palmer on Mr. Palmer's behalf.

I declare under penalty of perjury of the laws of New York and the United States that the foregoing is true and correct, and that this declaration was executed in New York, NY on April 1, 2014.

                                      */s/ Jonathan D. Selbin*
                                          Jonathan D. Selbin