UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHENIE ROSE, on behalf herself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION, and FIA CARD SERVICES, N.A.,<br><br>                Defendants. | Case No. 5:11-cv-02390-EJD (PSG)<br><br>**[PROPOSED] FINAL SETTLEMENT APPROVAL ORDER AND JUDGMENT** |
| CAROL DUKE AND JACK POSTER, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION;<br>AND FIA CARD SERVICES, N.A.,<br><br>                Defendants. | Case No. 5:12-cv-04009-EJD (PSG) |

THIS MATTER came before the Court for final approval of the proposed class settlement. The Court has considered all papers filed and proceedings in this matter and held a hearing on April 4, 2014, at which time the parties and all other interested persons were afforded the opportunity to be heard in support of and in opposition to the proposed settlement. Having now granted Plaintiffs' motion for final approval of the settlement, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. The definitions and provisions of the Settlement Agreement are hereby incorporated as though fully set forth herein. For purposes of this Settlement Order and Final Judgment, all capitalized terms used hereafter shall have the meaning ascribed to them in the Settlement Agreement, unless otherwise noted.

2. The Court has jurisdiction over the subject matter of the Settlement Agreement with respect to and over all parties to the Settlement Agreement, including all Settlement Class Members.

3. <u>Final Approval of Proposed Settlement</u>. The Court hereby approves the Settlement and finds that the Settlement is, in all respects, fair, reasonable and adequate to the Settlement Class Members and is the result of extensive arm's length negotiations between the parties.

4. <u>Class Certification for Settlement Purposes Only</u>. Pursuant to Federal Rule of Civil Procedure 23(c), the Court certifies, for settlement purposes only, the following Settlement Class: All persons within the United States who:

    a. between August 30, 2007 and January 31, 2013, received a non-emergency, default servicing telephone call from Bank of America regarding a Bank of America Residential Mortgage Loan Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice ("Mortgage Calls");

    b. between May 16, 2007 and January 31, 2013, received a non-emergency, default servicing telephone call from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice ("Credit Card Calls"). This excludes those persons that received

a text message between May 16, 2007 and January 31, 2013 that did not also receive a telephone call to their cellular phone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice;

        c.      between February 22, 2009 and December 31, 2010, received a non-emergency, default servicing text message from Bank of America regarding a Bank of America Credit Card Account to a cellular telephone through the use of an automatic telephone dialing system and/or an artificial or prerecorded voice ("Credit Card Texts"). This excludes those identified individuals that are included in subparagraph (b), above.

Excluded from the Class are Bank of America; its parent companies, affiliates or subsidiaries, or any employees thereof, and any entities in which any of such companies has a controlling interest; the judge or magistrate judge to whom any of the Actions are assigned; and, any member of those judges' staffs and immediate families.

    5.    This Settlement Order and Final Judgment does not constitute an expression by the Court of any opinion, position, or determination as to the merit or lack of merit of any of the claims or defenses of Plaintiffs, the Settlement Class Members, or Bank of America. The settlement of the Action, the negotiation and execution of this Agreement, and all acts performed or documents executed pursuant to or in furtherance of the Settlement: (i) are not and shall not be deemed to be, and may not be used as, an admission or evidence of any wrongdoing or liability on the part of Bank of America or of the truth of any of the allegations in the Actions; (ii) are not and shall not be deemed to be, and may not be used as an admission or evidence of any fault or omission on the part of Bank of America in any civil, criminal or administrative proceeding in any court, arbitration forum, administrative agency or other tribunal; and, (iii) are not and shall not be deemed to be and may not be used as an admission of the appropriateness of these or similar claims for class certification.

    6.    This Court hereby dismisses this action with prejudice as to all Settlement Class Members. Exhibit A, attached hereto, sets forth the names of those individuals who have timely and properly excluded themselves from the Settlement Class.

    7.    Upon the date this Judgment becomes final, Plaintiffs and each Settlement Class

Member, as well as their respective assigns, heirs, executors, administrators, successors and agents, will be deemed to have fully released, resolved, relinquished and discharged Bank of America, N.A., FIA Card Services, N.A., and Bank of America Corporation, and each of their respective past, present, and future parents, subsidiaries, affiliated companies and corporations, and each of their respective past, present, and future directors, officers, managers, employees, general partners, limited partners, principals, agents, insurers, reinsurers, shareholders, attorneys, advisors, representatives, predecessors, successors, divisions, joint ventures, assigns, or related entities, and each of their respective executors, successors, assigns, and legal representatives from any and all claims, causes of action, suits, obligations, debts, demands, agreements, promises, liabilities, damages, losses, controversies, costs, expenses, and attorneys' fees of any nature whatsoever, whether based on any federal law, state law, common law, territorial law, foreign law, contract, rule, regulation, any regulatory promulgation (including, but not limited to, any opinion or declaratory ruling), common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated, punitive or compensatory, that arise out of or relate in any way to the Released Parties' use of an "automatic telephone dialing system" or "artificial or prerecorded voice" to contact or attempt to contact Settlement Class Members in connection with, respectively: (i) Bank of America's servicing of any Residential Mortgage Loans via autodialed calls and/or interactive messages to cellular telephones to the fullest extent that term is used, defined or interpreted by the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, relevant regulatory or administrative promulgations and case law, from August 30, 2007 to January 31, 2013 ("Mortgage Call Release"), (ii) Bank of America's servicing of any Credit Card Accounts via autodialed calls and/or interactive messages to cellular telephones to the fullest extent that term is used, defined or interpreted by the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, relevant regulatory or administrative promulgations and case law, from May 16, 2007 to January 31, 2013 ("Credit Card Call Release"), and (iii) Bank of America's servicing of any Credit Card Accounts via text messages to cellular telephones to the fullest extent that those terms are used, defined or interpreted by the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et*

1  *seq.*, relevant regulatory or administrative promulgations and case law, from February 22, 2009 to December 31, 2010 ("Credit Card Text Release").

8. Without limiting the foregoing, the Released Claims specifically extend to claims that Settlement Class Members do not know or suspect to exist in their favor at the time that the Settlement, and the releases contained therein, becomes effective. The Court finds that Plaintiffs have, and the Settlement Class Members are deemed to have, knowingly waived California Civil Code section 1542 and any other applicable federal or state statute, case law, rule or regulation relating to limitations on releases.

9. In aid to this Court's jurisdiction to implement and enforce the Settlement, Plaintiffs and all Settlement Class Members and all persons purporting to act on behalf of Settlement Class Members are enjoined, directly, on a representative basis or in any other capacity, from asserting, commencing, prosecuting or continuing any of the Released Claims against Bank of America or any of the other Released Parties in any action, arbitration or proceeding in any court, arbitral forum or tribunal unless a prior or subsequent order from this court provides otherwise.

10. The Court finds that the program of Class Notice set forth in the Settlement Agreement and preliminarily approved by the Court was the best practicable notice under the circumstances. The Class Notice provided due and adequate notice of these proceedings and of the matters set forth therein, including the Amended Agreement, to all parties entitled to such notice and satisfied the requirements of Federal Rule of Civil Procedure 23 and the requirements of constitutional due process.

11. Without affecting the finality of this Settlement Order and Final Judgment in any way, the Court retains continuing jurisdiction over: (a) implementation of the Settlement Agreement and distribution of the settlement relief contemplated by the Settlement Agreement, until all acts agreed to be performed pursuant to the Settlement Agreement have been performed; and (b) all parties to this action and Settlement Class Members for the purpose of enforcing and administering the Settlement Agreement.

12. In the event that the Agreement does not become effective in accordance with its terms, then this Settlement Order and Final Judgment shall be vacated, the Settlement Class shall

be decertified and the Agreement and all orders entered in connection therewith shall become null and void and of no further force and effect. The Clerk shall close these files.

IT IS SO ORDERED.

Dated: September 2, 2014

_____
The Honorable Edward J. Davila
United States District Judge

# EXHIBIT A

# Bank of America TCPA Settlement

Case No. 11-cv-02390-EJD (N.D. Cal.)
**Requests for Exclusions**

|    | First Name1 | Middle1 | Last Name1 | First Name2 | Middle2 | Last Name2 | Opt Out # |
|----|-------------|---------|------------|-------------|---------|------------|-----------|
| 1  | DEBORAH     | L       | EDWARDS    |             |         |            | 900000001 |
| 2  | RENE        |         | CASTILLO   | ANA         |         | CASTILLO   | 900000003 |
| 3  | PEGGY       | J       | OSMUNDSON  |             |         |            | 900000004 |
| 4  | AMY         |         | HAN        |             |         |            | 900000005 |
| 5  | JAMES       | R       | CALVERT    |             |         |            | 900000006 |
| 6  | CHRISTOPHER | L       | SEIDER     |             |         |            | 900000007 |
| 7  | TONI        | H       | BONGIOVANNI|             |         |            | 900000009 |
| 8  | ZACHARIAH   | W       | WADLOW     | LISA        | M       | WADLOW     | 900000010 |
| 9  | ROBERTA     | L       | KNOWLES    |             |         |            | 900000011 |
| 10 | KIRSTEN     | J       | GEIGER     |             |         |            | 900000012 |
| 11 | DARRELL     | C       | BLOMBERG   |             |         |            | 900000013 |
| 12 | DONNA       | J       | HULME      |             |         |            | 900000014 |
| 13 | MARK        |         | ROBINSON   |             |         |            | 900000015 |
| 14 | JEFFREY     | D       | HANCOCK    | TONYA       | L       | HANCOCK    | 900000016 |
| 15 | NESMAR      | A       | HERNANDEZ  |             |         |            | 900000017 |
| 16 | REY         |         | RODRIGUEZ  |             |         |            | 900000018 |
| 17 | CLAUDINE    | M       | REYNOLDS   |             |         |            | 900000019 |
| 18 | TERESE      |         | SOLOSKI    | BRIAN       |         | SOLOSKI    | 900000020 |
| 19 | MICHAEL     | J       | GONZALES   |             |         |            | 900000022 |
| 20 | RINALDO     | E       | HUNT       |             |         |            | 900000023 |
| 21 | PAULINE     | GAIL    | CHANG      |             |         |            | 900000025 |
| 22 | KIMBERLY    |         | CARTER     |             |         |            | 900000026 |
| 23 | ANDREY      | N       | TOCHINSKIY |             |         |            | 900000027 |
| 24 | JOAN        |         | BRADY      |             |         |            | 900000028 |
| 25 | DENNIS      | E       | KNOWLES    |             |         |            | 900000029 |
| 26 | SHANNON     | L       | WEBB       |             |         |            | 900000030 |
| 27 | JACK        | EUGENE  | EVANS JR   |             |         |            | 900000031 |
| 28 | BRENDA      | L       | EVANS      |             |         |            | 900000032 |
| 29 | CHAD        |         | BARBIERE   |             |         |            | 900000033 |
| 30 | MICHAEL     |         | GRIFFIN    |             |         |            | 900000034 |
| 31 | PAMELA      | J       | GILMOUR    |             |         |            | 900000035 |
| 32 | JEANETTE    |         | POWERS     |             |         |            | 900000036 |
| 33 | MICHAEL     |         | DAOUST     | ELIZABETH   | ANNE    | CROSS      | 900000037 |
| 34 | PERRY       | W       | CHISHOLM, DECEASED | EUGENIA | M    | CHISHOLM   | 900000038 |
| 35 | WILGUINS    |         | JEAN       |             |         |            | 900000039 |
| 36 | DION        |         | VAN KEHRBERG |           |         |            | 900000040 |
| 37 | ARUNAS      |         | KARALIS    |             |         |            | 900000041 |
| 38 | LILLIAM     | C       | CALDERIN   |             |         |            | 900000042 |
| 39 | ERIK        | A       | ZEHNER     | MELISSA     | K       | ZEHNER     | 900000043 |
| 40 | DANIEL      | L       | WHIPPLE    | SHEILA      | J       | WHIPPLE    | 900000044 |
| 41 | ANTONIO     | A       | VALDEZ     |             |         |            | 900000045 |
| 42 | BRIAN       | T       | TOTIN      |             |         |            | 900000046 |
| 43 | JOSEPH      | C       | DRENNAN    |             |         |            | 900000047 |
| 44 | CAROLA      | H       | BELLIN     |             |         |            | 900000048 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 45 | SHEILA | | CRIDER | | | | 900000049 |
| 46 | ANGELA | | AVILA | | | | 900000050 |
| 47 | SHAOMEI | JIANG | TAPSCOTT | | | | 900000051 |
| 48 | LILY | | GORDON | | | | 900000052 |
| 49 | MEREDITH | | PRITCHETT | | | | 900000053 |
| 50 | HOLLY | | LEAFDALE | | | | 900000054 |
| 51 | DANIEL | | HERMAN | SALLY | | HERMAN | 900000055 |
| 52 | VEDA | A | CHURCH | | | | 900000056 |
| 53 | PETE | S | POWELL | | | | 900000057 |
| 54 | FAUSTINO | | VELEZ-FIGUEROA | | | | 900000059 |
| 55 | SHERRY | | MEROLA | | | | 900000060 |
| 56 | MICHAEL | A | BROWN | | | | 900000061 |
| 57 | DELIA | | WEBSTER | | | | 900000062 |
| 58 | KHATU | | VO | | | | 900000063 |
| 59 | PAUL | V | GIOVANNONI | | | | 900000064 |
| 60 | FRANK | D | ROBBINS | | | | 900000065 |
| 61 | JAMES | | KNEELAND | | | | 900000066 |
| 62 | LISA | G | MILLER | | | | 900000067 |
| 63 | JUDY | K | DAVIS | | | | 900000068 |
| 64 | CREADENCE | R | HARMELINK | | | | 900000069 |
| 65 | ENRIQUETA | G | BARRALES | | | | 900000070 |
| 66 | RYAN | S | BROICH | ANGELA | K | BROICH | 900000071 |
| 67 | EDITH | G | NADER | | | | 900000072 |
| 68 | CHRISTOPHER | P | SCHUCHART | | | | 900000073 |
| 69 | JAMISON | C | SMITH | | | | 900000074 |
| 70 | RUBEN | | MENDEZ | | | | 900000075 |
| 71 | ANTHONY | L | SHAW | | | | 900000076 |
| 72 | MARILYN | J | BURGESS | JERRY | L | BURGESS | 900000078 |
| 73 | SHANE | | BRANT | AMANDA | | BRANT | 900000079 |
| 74 | JEFFREY | DOUGLAS | CHURCH | VEDA | ANDERSO | CHURCH | 900000080 |
| 75 | DEBRA | | LARSEN | | | | 900000081 |
| 76 | JERRY | W | BOWMAN | | | | 900000082 |
| 77 | DINA | MARIE | ALLOWAY | | | | 900000083 |
| 78 | MARIO | | GARRETT | PATRICIA | G | GARRETT | 900000084 |
| 79 | MARIA | C | MEDINA | | | | 900000085 |
| 80 | BETH | ANN | VOIGT | | | | 900000086 |
| 81 | JEFFREY | W | DIXON | | | | 900000087 |
| 82 | MEHIRAN | N | VALIYI | | | | 900000088 |
| 83 | JENNY | | PRATHER | MICHAEL | S | BERKLAND | 900000089 |
| 84 | THERESA | E | OWTAD | BABAK | | OWTAD | 900000091 |
| 85 | ADELA | | LEBRIJA | | | | 900000093 |
| 86 | THERESE | D | TAYLOR | | | | 900000094 |
| 87 | TERRI | A | WARREN | | | | 900000095 |
| 88 | GARY | S | BERMAN | SUSAN | R | COOKE BERMAN | 900000096 |
| 89 | BECKI | | MAAS | | | | 900000098 |

| # | First | MI | Last | First2 | MI2 | Last2 | ID |
|---|---|---|---|---|---|---|---|
| 90 | LALITA | | DIOTRAGOOL | | | | 900000099 |
| 91 | RICHARD | | FLINKSTROM | | | | 900000101 |
| 92 | MARILYN | | FAIMAN | | | | 900000102 |
| 93 | JEFFREY | S | WELLS | | | | 900000103 |
| 94 | NICAURY | | MILLER | | | | 900000104 |
| 95 | KATHLEEN | | MICHENER | JEFFREY | | MICHENER | 900000106 |
| 96 | JOHN | D | ROLDAN | SANDRA | I | CORTES | 900000107 |
| 97 | BOBBI | A | LEE | | | | 900000109 |
| 98 | RONDA | | MERRYMAN | | | | 900000112 |
| 99 | ELIZBETH | C | ANDERS | | | | 900000113 |
| 100 | HEATHER | A | BAUER | | | | 900000114 |
| 101 | CHRIS | | VASQUEZ | | | | 900000116 |
| 102 | EDGAR | LEE | HARRISON | | | | 900000117 |
| 103 | DANNY | ALLEN | GRATION | | | | 900000118 |
| 104 | PAMELA | S | BROWN | | | | 900000119 |
| 105 | MITZI | J | WHITE | | | | 900000120 |
| 106 | PATRICK | J | SCHNEIDER | | | | 900000121 |
| 107 | JAMES | E | FIELDS | | | | 900000122 |
| 108 | JANE | | FETTER | | | | 900000123 |
| 109 | FRED | | SISTY | DEBORAH | | SISTY | 900000124 |
| 110 | TAMMY | L | ALLGOOD | | | | 900000125 |
| 111 | LORENE | V | FARMA | | | | 900000126 |
| 112 | MIGUEL | | LEON | | | | 900000127 |
| 113 | PAMELA | | SNYDER | | | | 900000129 |
| 114 | KELLI | | ROBINETTE | | | | 900000131 |
| 115 | ADRIANNE | | CHEATHAM | | | | 900000132 |
| 116 | BRETT | | PADGETT | | | | 900000133 |
| 117 | DOROTHY | | HARTMAN | | | | 900000134 |
| 118 | GARY | M | PIWONKA | PAULA | R | PIWONKA | 900000135 |
| 119 | RACHEL | C | DEFAZIO | | | | 900000136 |
| 120 | JEFFREY | O | VIGNESS | JUDY | A | VIGNESS | 900000137 |
| 121 | MIGUEL | | TORRES | | | | 900000139 |
| 122 | MARIA | | DELASANTA-BUONOMO | | | | 900000141 |
| 123 | CHRISTOPHER | P | DELUCIA | | | | 900000142 |
| 124 | JANINE | P | SHEPHERD | JEFFREY | M | SHEPHERD | 900000143 |
| 125 | BETTY | ANN | BENDER | | | | 900000144 |
| 126 | GREG | | FULTON | | | | 900000145 |
| 127 | CHARLES | A | DOBBS | | | | 900000146 |
| 128 | MARK | | MCCLEAN | | | | 900000147 |
| 129 | ELLIS | R | CASTLE | SHARON | | CASTLE | 900000148 |
| 130 | ADINA | | SAPRONETTI | | | | 900000150 |
| 131 | PATRICIA | | VENNER | | | | 900000151 |
| 132 | DREW | | ROICKI | | | | 900000152 |
| 133 | LINDA | D | PENNELL | | | | 900000153 |
| 134 | VELVA | | PETERSON | | | | 900000154 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 135 | PAMELA | FRANCINE | BEILER | | | | 900000155 |
| 136 | SCOTT | | FOSTER | | | | 900000156 |
| 137 | DEBORAH | ANN | BRANDT | | | | 900000157 |
| 138 | WANDA | P | LEIGH | | | | 900000158 |
| 139 | BARRY | | FIELDS | | | | 900000159 |
| 140 | CAROLENE | | HUGHES | | | | 900000160 |
| 141 | RICHARD | | WHITWORTH | | | | 900000161 |
| 142 | RENKO | R | HARDISON | | | | 900000162 |
| 143 | ELIZABETH | T | COCCO | | | | 900000163 |
| 144 | KIRK | | GERECKE | PATRICIA | L | GERECKE | 900000164 |
| 145 | ARTHUR | | THORPE | | | | 900000166 |
| 146 | JOAN | V | OWENSBY | | | | 900000169 |
| 147 | SONYA | J | CRAIGHEAD | | | | 900000170 |
| 148 | ALLA | V | ISTOMIN | | | | 900000171 |
| 149 | RAFAEL | | ROSARIO | DERMOT | | MITCHELL | 900000172 |
| 150 | JEFFERY | D | GATES | | | | 900000173 |
| 151 | DEBORAH | A | LINS | | | | 900000174 |
| 152 | JAMES | E | WHEDBEE | | | | 900000175 |
| 153 | SUSAN | L | ROZOVICS | | | | 900000176 |
| 154 | CHARLOTTE | | PIANO | | | | 900000177 |
| 155 | MIHAI | | MARES | | | | 900000178 |
| 156 | ROY | | HOLT | | | | 900000179 |
| 157 | RANDY | S | BRINKMAN | CAROL | M | BRINKMAN | 900000180 |
| 158 | LORI | D | BARSH | GREGORY | S | BARSH | 900000181 |
| 159 | JOSEPH | P | CALTABIANO | | | | 900000182 |
| 160 | JACQUELINE | | CLARK | | | | 900000183 |
| 161 | REBECCA | G | KIM | | | | 900000184 |
| 162 | MANUELITA | | BUENAFLOR | | | | 900000186 |
| 163 | JOSHUA | J | TRIVILINO | KRISTIN | R | TRIVILINO | 900000187 |
| 164 | MARGARET | M | BELL | DANIEL | J | BELL | 900000189 |
| 165 | RICK | | GREER | | | | 900000190 |
| 166 | PAULINA | A | VASCONEZ-NARANJO | | | | 900000191 |
| 167 | SCOTT | L | MCCARTHY | | | | 900000192 |
| 168 | DEBORAH | A | ORSTAD | | | | 900000193 |
| 169 | JANINE | D | MAIA | | | | 900000194 |
| 170 | GLENN | | YAKA | AUREA | P | YAKA | 900000195 |
| 171 | MAHZAD | | AAYADI | AKBAR | | EBRAHIMI | 900000196 |
| 172 | MARCIA | | KOLODSKI | | | | 900000197 |
| 173 | CHARLI | | MCCORD | | | | 900000198 |
| 174 | VIOLETA | O | VERCELES | | | | 900000199 |
| 175 | JULIE | | ROBINSON | | | | 900000200 |
| 176 | SILVIA | | GREGORY | | | | 900000201 |
| 177 | CAROL | | GEIBEL | | | | 900000202 |
| 178 | CHRISTINA | | COE | | | | 900000203 |
| 179 | CATHERINE | I | ALLEN | | | | 900000204 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 180 | TED | | WADMAN | | | | 900000205 |
| 181 | LEONARDO | S | TINIO | | | | 900000206 |
| 182 | MARY | VAN | ZET | | | | 900000207 |
| 183 | MARY | A | HAGGARD | | | | 900000208 |
| 184 | CARL | D | HILL | | | | 900000209 |
| 185 | PAULINA | | FINORIO | | | | 900000210 |
| 186 | RICHARD | C | JACOBS | | | | 900000211 |
| 187 | OLIVIA | E | DRAKE | | | | 900000212 |
| 188 | FRANCHON | A | STILLS | | | | 900000214 |
| 189 | IOLA | | STITH | | | | 900000215 |
| 190 | ESTATE | OF | NORMA A PADRICK- DECEASED | | | | 900000216 |
| 191 | ROBERTA | | BERGER | | | | 900000217 |
| 192 | KRISTIN | G | BREWER | | | | 900000218 |
| 193 | REBECCA | A | REDDIN | | | | 900000219 |
| 194 | CONNIE | R | PULLEN | | | | 900000220 |
| 195 | CHARLES | C | BOWLES JR | | | | 900000221 |
| 196 | CHRISSY | L | BOWLES | | | | 900000222 |
| 197 | ALEXA | N | MCFERRIN | | | | 900000223 |
| 198 | ELSA | NEGRETE | PHELPS | MITCHELL | | BARNETT | 900000225 |
| 199 | MARC | | MONTUORO | | | | 900000226 |
| 200 | RICHARD | L | TAYLOR | ANETTE | M | TAYLOR | 900000227 |
| 201 | STACY | A | MASTER | | | | 900000228 |
| 202 | ROGER | | BURROW | | | | 900000229 |
| 203 | ROBERT | A | HAYMAN | DIANNA | C | HAYMAN | 900000231 |
| 204 | WILLIAM | | ALLEN | | | | 900000232 |
| 205 | EDWARD | D | LEONE | | | | 900000233 |
| 206 | VYACHESLAV | F | SHARPADSKIY | | | | 900000234 |
| 207 | NORMA | | ALMAGUER | EDUARDO | | ALMAGUER | 900000236 |
| 208 | JUAN | P | ALMAGUER | | | | 900000238 |
| 209 | MICHAEL | | LOFTUS | | | | 900000239 |
| 210 | KINSLEY | | TAIT | | | | 900000240 |
| 211 | CAROLYN | D | GRACE | | | | 900000241 |
| 212 | J | MIKAEL | LEPISTO | | | | 900000242 |
| 213 | MERLYN | A | BESIO | | | | 900000243 |
| 214 | JULIAN | | DENISON | | | | 900000244 |
| 215 | DARIUS | L | BAILEY | | | | 900000245 |
| 216 | TAMARA | | SHARPADSKAYA | | | | 900000246 |
| 217 | GERALDINE | | KENDRICK | | | | 900000249 |
| 218 | CHRISTOPHER | | ANDERSON | | | | 900000250 |
| 219 | JOHN | W | PAVELSKI | | | | 900000251 |
| 220 | KRISTEN | | OUIMET | | | | 900000252 |
| 221 | MAUREEN | K | JENZANO | | | | 900000253 |
| 222 | JILL | L | ROSSI | | | | 900000254 |
| 223 | JIM | D | TYNER | RAELENE | A | TYNER | 900000255 |
| 224 | THOMAS | E | DRAWDY | | | | 900000256 |

# Bank of America TCPA Settlement
Case No. 11-cv-02390-EJD (N.D. Cal.)
**Requests for Exclusions**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 225 | ANTHONY | | MORRIS | | | | 900000257 |
| 226 | DORETHA | F | SHAW PENGEL | RICHARD | A | PENGEL | 900000259 |
| 227 | KERRY | O | HOOD | | | | 900000260 |
| 228 | ROBERT | | SROLIS | | | | 900000261 |
| 229 | MARIE | | DORSETT-BODDIE | | | | 900000263 |
| 230 | MICHELLE | | COLLINS | | | | 900000264 |
| 231 | ROBERT | | RICHARD | | | | 900000265 |
| 232 | GREGORY | | BELOUS | | | | 900000266 |
| 233 | MYLES | | TAYLOR | | | | 900000267 |
| 234 | JERROLD | | RONEY | | | | 900000268 |
| 235 | AUDREY | | RONEY | | | | 900000269 |
| 236 | ADRIAN | N | GUILFORD | | | | 900000270 |
| 237 | DAVID | B | WINGOSR | INA | M | WINGO | 900000271 |
| 238 | HANNAH | J | SUTHERLAND | | | | 900000272 |
| 239 | ROBERT | A | GROTHAUS | MELODIE | F | GROTHAUS | 900000273 |
| 240 | VENESSA | | DECHELLIS | | | | 900000274 |
| 241 | SHANNON | M | BELL | | | | 900000275 |
| 242 | JULIE | | HELLER | | | | 900000276 |
| 243 | ANTHONY | J | KUC JR | | | | 900000277 |
| 244 | JAMES | P | BRADY | | | | 900000278 |
| 245 | PATRICIA | H | GREAVES | | | | 900000279 |
| 246 | MARK | | FITZHENRY | | | | 900000280 |
| 247 | ERICA | L | HARRISON | | | | 900000281 |
| 248 | PATRICIA | | COUSER | | | | 900000282 |
| 249 | BRIAN | J | SCROCCA | | | | 900000283 |
| 250 | MARY | A | HEALY | | | | 900000284 |
| 251 | ROBERT | J | POZZUOLO | | | | 900000285 |
| 252 | FRED | J | HARRISON | TRUDY | S | HARRISON | 900000286 |
| 253 | DIANE | L | FRILING | | | | 900000287 |
| 254 | RAY | | GARRETT JR | | | | 900000288 |
| 255 | SHANON | | EDGE | | | | 900000289 |
| 256 | LYDIA | O | COOPER | JORDAN | I | SCHWARTZ | 900000290 |
| 257 | MIKI | | TAKENOSHITA | | | | 900000291 |
| 258 | MARY | P | ENRIGHT | | | | 900000292 |
| 259 | DANIEL | D | SLANKARD | TERESA | L | SLANKARD | 900000293 |
| 260 | MAHMOUD | F | ELKHATIB | | | | 900000294 |
| 261 | TERESA | A | HARRIS | | | | 900000295 |
| 262 | NELSON | A | CONIGLIO | | | | 900000296 |
| 263 | JOYCE | | CONIGLIO | | | | 900000297 |
| 264 | FRANCIS | P | KEENAN | | | | 900000298 |
| 265 | FRANCIS | P | KEENAN III | ANDREA | M | KEENAN | 900000299 |
| 266 | IRENE | | KASH-NEWELL | | | | 900000300 |
| 267 | WILLIAM | L | WALLACE | | | | 900000301 |
| 268 | NATHAN | | VALLIN | | | | 900000302 |
| 269 | PATRICIA | | HICKS | | | | 900000303 |

Epiq Systems
Class Action & Mass Tort Solutions     Page 6 of 9     Updated June 11, 2014

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 270 | OTIS | C | HICKS | | | | 900000304 |
| 271 | THERESA | | WELDON | | | | 900000305 |
| 272 | EVAN | D | DAVIS | | | | 900000306 |
| 273 | JOE | | ALVAREZ | | | | 900000307 |
| 274 | WES | | RAMSEY | | | | 900000308 |
| 275 | JUSTIN | A | REDD | | | | 900000309 |
| 276 | PHETSAVANG | | INSIXIENGMAY | | | | 900000311 |
| 277 | SHERDA | | GELIN | | | | 900000312 |
| 278 | MANUEL | | DERAS | | | | 900000313 |
| 279 | REGINALD | | BANKS | | | | 900000314 |
| 280 | LISA | M | MATHEWS | | | | 900000315 |
| 281 | VICTORIA | D | MEDINA | | | | 900000316 |
| 282 | TANIA | L | BUESA | | | | 900000317 |
| 283 | JAMES | | WATKINS | PAULA | | WATKINS | 900000319 |
| 284 | ANGELA | M | GRAHAM | | | | 900000321 |
| 285 | KATHRES | M | DAVIS | | | | 900000322 |
| 286 | MICHAEL | A | LAURI | JOANN | M | LAURI | 900000323 |
| 287 | NICOLE | L | SLEIGHTER | | | | 900000324 |
| 288 | LYNETTE | | MATTHEWS | | | | 900000325 |
| 289 | JENNIFER | | HAARSTICK | | | | 900000326 |
| 290 | BILL | J | JANSSEN | | | | 900000327 |
| 291 | DANIEL | | GWYNNE | ELAYNE | | GWYNNE | 900000328 |
| 292 | MITCHELL | E | WILSON | | | | 900000329 |
| 293 | MARCELA | | CHAN | | | | 900000330 |
| 294 | PATRICK | W | TRACY | | | | 900000332 |
| 295 | MARIA | T | MAGGIPINTO | | | | 900000333 |
| 296 | JUDITH | | WOLFF | | | | 900000334 |
| 297 | BRIAN | | WOLFF | | | | 900000335 |
| 298 | TIMOTHY | | NORWOOD | | | | 900000336 |
| 299 | NICOLE | | BERRY | | | | 900000337 |
| 300 | DONALD | K | POULSEN JR | | | | 900000338 |
| 301 | JOHN | | EASTLICK | | | | 900000339 |
| 302 | WOJCIECH | | ZAWADA | BOZENA | | ZAWADA | 900000340 |
| 303 | JAQUELINE | | SMITH | | | | 900000341 |
| 304 | DAVID | | NYSTROM | | | | 900000342 |
| 305 | ILEANA | | ROMERO | | | | 900000343 |
| 306 | JAIME | | ESQUIVEL | GLORIA | | ESQUIVEL | 900000344 |
| 307 | MICHAEL | | CAMPBELL | | | | 900000345 |
| 308 | JOSEPH | R | CZEPIEL | | | | 900000346 |
| 309 | ANGELO | | SANDERS | | | | 900000347 |
| 310 | LISA | | BATTLE | | | | 900000348 |
| 311 | MARK | | MATHIS | | | | 900000349 |
| 312 | CARLTON | | DURR | | | | 900000350 |
| 313 | MICHAEL | | MILLER | | | | 900000351 |
| 314 | ALAN | | DRIVER | | | | 900000352 |

| # | First | MI | Last | First2 | MI2 | Last2 | ID |
|---|---|---|---|---|---|---|---|
| 315 | DAVID | | KILFOYLE | ANITA | H | KILFOYLE | 900000353 |
| 316 | TERESA | | HUNT | | | | 900000354 |
| 317 | KAREN | L | HOLLAND | | | | 900000355 |
| 318 | ANTHONY | | MAGGIPINTO | | | | 900000356 |
| 319 | STEVEN | | HARRIS | | | | 900000357 |
| 320 | TAM | H | HUYNH | | | | 900000358 |
| 321 | VALENTIN | | GHEORGHE | | | | 900000359 |
| 322 | NADIA | M | GHEORGHE | | | | 900000360 |
| 323 | PETER | | SHIVERS | | | | 900000361 |
| 324 | YOLANDA | | SHIVERS | | | | 900000365 |
| 325 | NICHOLAS | | DELUCA | | | | 900000367 |
| 326 | ROMAN | | KLYACHKIVSKY | | | | 900000369 |
| 327 | NECIA | | RASHIED | | | | 900000370 |
| 328 | MARIE | C | RUSSO | | | | 900000372 |
| 329 | VLAD | | BABAYAN | | | | 900000373 |
| 330 | HAROLD | | DYKES | | | | 900000374 |
| 331 | STACY | D | MASTROSIMONE | ROBERT | S | MASTROSIMONE | 900000375 |
| 332 | MUSHEERAH | | ZARIF | | | | 900000376 |
| 333 | MICHAEL | | HUNT | THERESA | MARSEE | HUNT | 900000377 |
| 334 | TERRI | | ROSS | | | | 900000378 |
| 335 | JOSEPH | | NELLIGAN | | | | 900000379 |
| 336 | ALISON | | NELLIGAN | | | | 900000380 |
| 337 | JULIA | K | ZUMPF | | | | 900000381 |
| 338 | PAMELA | | MCGEE | | | | 900000382 |
| 339 | JAMES | | ODELL | | | | 900000383 |
| 340 | CATHY | A | DRENNAN | | | | 900000384 |
| 341 | JUDY | ANN | KEETER | | | | 900000385 |
| 342 | FEDERICK | K | MASTER | | | | 900000386 |
| 343 | MAYRA | | HURST | | | | 900000387 |
| 344 | LINDA | K | PULLEN | | | | 900000388 |
| 345 | DUSTIN | W | LAYTON | | | | 900000389 |
| 346 | HONGWU | | XU | | | | 900000390 |
| 347 | MECHELLE | | MONTGOMERY | | | | 900000391 |
| 348 | JANICE | | MYERS | | | | 900000392 |
| 349 | IESHA | | HYMAN | | | | 900000393 |
| 350 | HELEN | S | YU | | | | 900000394 |
| 351 | SIRI | | FOSTER | | | | 900000395 |
| 352 | CHERYL | | WHITE | | | | 900000396 |
| 353 | CARLOS | | FIGUEROA | CARLOS | A | FIGUEROA | 900000397 |
| 354 | IESHA | | KHYMAN | | | | 900000398 |
| 355 | YAS | | GONZALES | | | | 900000399 |
| 356 | LISA | | TRUETT | | | | 900000400 |
| 357 | LONZETTA | | GEORGE-MORALES | | | | 900000401 |
| 358 | EARNEST | | YOUNG | | | | 900000402 |
| 359 | THERESA | M | STALNAKER | | | | 900000403 |

# Bank of America TCPA Settlement

Case No. 11-cv-02390-EJD (N.D. Cal.)
**Requests for Exclusions**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 360 | SHERINA | | LEE | | | | 900000404 |
| 361 | YOLANDA | | MILLS | | | | 900000405 |
| 362 | MARIA | E | MARTINEZ | | | | 900000406 |
| 363 | JOHN | | PIERRE | | | | 900000407 |
| 364 | DIANA | I | HARVEY | | | | 900000408 |
| 365 | LARRY | W | ALEXANDER | VERNITA | | ALEXANDER | 900000409 |
| 366 | YOLANDA | | SANCHEZ | | | | 900000410 |
| 367 | COY | R | JOHNSON | | | | 900000411 |
| 368 | SCOTT | | HOLIDAY | | | | 900000412 |
| 369 | ANDRE | F | PROIA | CLARA | | PROIA | 900000413 |
| 370 | LAWRY | A | DESPUES | | | | 900000414 |
| 371 | EVA | | ALONSO | | | | 900000415 |
| 372 | GLORIA | | SPALTRO | | | | 900000416 |
| 373 | MARK | W | DUNN | | | | 900000418 |
| 374 | JC | | BAILEY | | | | 900000419 |
| 375 | GREGORY | A | WALKER | | | | 900000420 |
| 376 | BERTILA | | SCIANDRA | | | | 900000421 |
| 377 | ROSEMARIE | C | WIDULSKI | | | | 900000422 |
| 378 | TRACIE | | TELLEZ | DAVID | | BARNETT | 900000423 |
| 379 | TUNC | | ERKAM | | | | 900000424 |
| 380 | LORI | | PAWSON | | | | 900000425 |
| 381 | MARK | D | POTTER | | | | 900000427 |
| 382 | BORIS | | RUSAKOV | | | | 900000428 |
| 383 | PATRICIA | | FRYE | | | | 900000429 |
| 384 | KATHLEEN | | COLLINS | | | | 900000430 |
| 385 | MICHAEL | | PERRY | LYNETTE | | PERRY | 900000431 |
| 386 | LARRY | D | SAILER | DANETTE | N | SAILER | 900000433 |
| 387 | CAROL | A | RANALLI | | | | 900000435 |
| 388 | JEANETTE | | MCLAUGHLIN | | | | 900000436 |
| 389 | CAMI | J | SOHREN | | | | 900000437 |
| 390 | ROBERT | C | HILL | | | | 900000442 |
| 391 | CONNIE | P | MELE | | | | 900000451 |
| 392 | JONATHAN | E | WILLS | | | | 900000452 |
| 393 | MICHAEL | R | PARAGGUA | | | | 900000453 |