# EXHIBIT B

1

                    UNITED STATES DISTRICT COURT
2             FOR THE NORTHERN DISTRICT OF CALIFORNIA
                       SAN JOSE DIVISION
3


4       STEPHANIE ROSE,

5                PLAINTIFF,              CASE NO.  CV-11-2390-EJD
                                         AND CV-12-04009-EJD
6          VS.
                                         SAN JOSE, CALIFORNIA
7       BANK OF AMERICA CORPORATION, ET
        AL.,                             APRIL 4, 2014
8
                 DEFENDANTS.             PAGES 1 - 53
9


10


11                     TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE
12


13                     A-P-P-E-A-R-A-N-C-E-S


14
        FOR THE PLAINTIFF:    LIEFF, CABRASER, HEIMANN & BERNSTEIN
15                            BY:   JONATHAN D. SELBIN
                              250 HUDSON STREET, 8TH FLOOR
16                            NEW YORK, NEW YORK 10013

17                            TERRELL, MARSHALL, DAUDT & WILLIE
                              BY:  BETH E. TERRELL
18                            936 N. 34TH STREET, SUITE 400
                              SEATTLE, WASHINGTON 98103
19
                              LAW OFFICES OF DOUGLAS J. CAMPION
20                            BY:  DOUGLAS J. CAMPION
                              409 CAMINO DEL RIO SOUTH, SUITE 303
21                            SAN DIEGO, CALIFORNIA 92108

22         (APPEARANCES CONTINUED ON THE NEXT PAGE.)


23
        OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, CRR
24                                  CERTIFICATE NUMBER 8074

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
        TRANSCRIPT PRODUCED WITH COMPUTER.

1    OUT-OF-POCKET DAMAGES, FOR EXAMPLE.  THIS IS A CASE WHERE THE

2    INJURY IS A STATUTORY INJURY, AND WE ARE COMPENSATING PEOPLE

3    FOR THAT BOTH WITH MONEY AND MORE IMPORTANTLY WITH RESPECT TO

4    PRACTICE CHANGES -- EXCUSE ME -- THAT BANK OF AMERICA IS

5    IMPLEMENTING.

6         THE COURT:  I WANT TO DRILL DOWN ON THAT A LITTLE

7    BIT MORE IN YOUR PRESENTATION.

8         MR. SELBIN:  SURE, SURE.  AND SO WHEN YOU RUN THE

9    NUMBERS, AND WE FILED A RESPONSE TO THE OBJECTIONS THAT

10   INCLUDED SOME OF THIS INFORMATION.  AND I JUST WANT TO MAKE A

11   HOUSEKEEPING NOTE, WE FILED TWO, ONE AND THEN A CORRECTED ONE.

12   WE GAVE CHAMBERS A COPY OF THE CORRECTED ONE.  AND THE

13   ONLY DIFFERENCE REALLY IS UNFORTUNATELY A DRAFT GOT FILED AS

14   THE FIRST ONE AND THE FINAL ONE, THE CORRECTED ONE, CONTAINS

15   THE CORRECT INFORMATION.

16   AND ONE OF THE IMPORTANT CHANGES BETWEEN THOSE TWO

17   DOCUMENTS IS THAT WE HAD RUN SOME PRECISE NUMBERS ON THE

18   EXPECTED CLAIMS PAYMENT AT THE TIME, AND WE REALIZED THAT

19   BECAUSE THERE'S STILL SOME CLAIMS THAT ARE IN SORT OF LIMBO,

20   THERE'S ABOUT 800 CLAIMS THAT NEED TO CURE THEIR DEFICIENCIES

21   IN ORDER TO BE VALID CLAIMS AND BECAUSE AT THE TIME WE WERE

22   STILL NEGOTIATING WITH THE CLAIMS ADMINISTRATOR OVER A CAP ON

23   THEIR FEES IN THE CASE, WE COULDN'T GIVE THE PRECISE DOLLAR FOR

24   EACH CLAIM.

25        SO WE ENDED UP PUTTING THAT INTO THE CORRECTED VERSION.

1    WE PUT THE RANGE WHICH IS $55 TO $60 IF YOU HAVE ONE OF THE

2    TYPES OF CLAIMS; $110 AND TO $120 IF YOU HAVE BOTH TYPES OF

3    CLAIMS.  AND WE HAVE PROVIDED THAT INFORMATION.

4         AND THAT'S SUBSTANTIAL RELIEF FOR PEOPLE IN THESE

5    CIRCUMSTANCES.  THESE ARE PEOPLE WHO MOST OFTEN HAVE BEEN

6    BEHIND ON EITHER THEIR MORTGAGE OR ON THEIR CREDIT CARD, AND

7    THIS IS MONEY THAT THEY GET WITHOUT REALLY DOING MUCH OF

8    ANYTHING OTHER THAN FILING A CLAIM FORM.

9              THE COURT:  NOW, THE STATUTORY DAMAGES ARE GREATER

10   THAN THAT.

11             MR. SELBIN:  THE STATUTORY DAMAGES ARE GREATER THAN

12   THAT, YOUR HONOR.  AND ONE IMPORTANT COMPONENT OF THIS IS THAT

13   IF ANY INDIVIDUAL CLASS MEMBER VIEWED THE STATUTORY DAMAGES AS

14   SOMETHING THAT THEY WANTED TO PURSUE ON AN INDIVIDUAL BASIS,

15   THEY COULD OPT OUT TO DO SO.

16        NOW, THERE'S TWO IMPORTANT CAVEATS TO THAT.  ONE IS UNLIKE

17   IN A CASE WHERE NOTICE IS PROVIDED PRIMARILY BY PUBLICATION AND

18   YOU NEVER KNOW WITH ANY REAL CERTAINTY THAT CLASS MEMBERS ARE

19   ACTUALLY GETTING THE NOTICE, THERE'S SORT OF A CONSTRUCTIVE

20   NOTICE, AN ASSUMPTION THAT GOES INTO THAT.

21        HERE WE GAVE NOTICE TO 95 PERCENT OF THE CLASS NUMBER

22   WHICH WELL EXCEEDS THE REQUIREMENTS OF THE FEDERAL JUDICIAL

23   CENTER AND OF THE CASE LAW AND THE CONSTITUTIONAL REQUIREMENTS.

24   SO WE KNOW PEOPLE WERE TOLD THIS.

25             THE COURT:  AND THE PERCENTAGE OF RESPONSES, WHAT IS

1

2

3                          CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16          IRENE RODRIGUEZ, CSR, CRR
            CERTIFICATE NUMBER 8076

17

18

            DATED:  SEPTEMBER 8, 2014
19

20

21

22

23

24

25