Joseph Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorneys for Objectors James Kirby and Susan House

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHENIE ROSE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, and FIA CARD SERVICES, N.A.,<br><br>Defendants. | Case No. 5:11-cv-02390-EJD (PSG)<br><br>**NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES UNDER FRCP RULE 54**<br><br>Date:  February 20, 2015<br>Time:  9:00 a.m.<br>Judge:  Hon. Edward J. Davila |
| CAROL DUKE AND JACK POSTER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; AND FIA CARD SERVICES, N.A.,<br><br>Defendants. | Case No. 5:12-cv-04009-EJD (PSG) |

1

PLEASE TAKE NOTICE James Kirby and Susan House move this Honorable Court for an award of attorneys' fees and incentive awards for the successful assertion of their objections (Dkt.No. 81). Objectors seek an award of fees equal to 7% of the additional $5,618,732.09 that will be awarded to class members as a result of the court's Order Granting Motion For Final Approval Of Settlement; Granting In Part And Denying In Part Motion For Attorney's Fees And Costs (Dkt. No. 108). This Motion is supported by the attached Memorandum Of Law In Support Of Motion For FRCP Rule 54 Attorney Fees.

Kirby and House consent to disposition of this motion on the papers.

Dated:   September 16, 2014              By: _____/s/ Joseph Darrell Palmer_____
                                              Joseph Darrell Palmer

                                              Attorney for Objectors James Kirby and Susan House

### CERTIFICATE OF SERVICE

I certify that on September 16, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of California by using the USDC CM/ECF system. I certify that all registered CM/ECF users will be served via the USDC CM/ECF system.

_____/s/ Joseph Darrell Palmer_____
Joseph Darrell Palmer