IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHENIE ROSE, on behalf of herself and all others similarly situated; | CASE NOS. 5:11-cv-02390 EJD; 5:12-cv-04009 EJD |
| Plaintiff(s),<br>v. | **ORDER DENYING MOTION TO SHORTEN TIME** |
| BANK OF AMERICA CORPORATION, et. al., | |
| Defendant(s). _____/ | |
| CAROL DUKE, et. al., on behalf of herself and all others similarly situated; | |
| Plaintiff(s),<br>v. | |
| BANK OF AMERICA, N.A., et. al., | |
| Defendant(s). _____/ | |

The Motion to Shorten Time filed in each of the cases captioned above is DENIED.

**IT IS SO ORDERED.**

Dated: October 7, 2014

EDWARD J. DAVILA
United States District Judge