1  Joseph Darrell Palmer (SBN 125147)
   darrell.palmer@palmerlegalteam.com
2  Law Offices of Darrell Palmer PC
   2244 Faraday Avenue, Suite 121
3  Carlsbad, CA 92008
   Telephone: (858) 215-4064
4  Facsimile: (866) 583-8115

5  Attorneys for Objectors James Kirby and Susan House

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHENIE ROSE, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, and FIA CARD SERVICES, N.A.,<br><br>　　　　　Defendants. | Case No. 5:11-cv-02390-EJD (PSG)<br><br>**NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br><br>Judge:  Hon. Edward J. Davila |
| CAROL DUKE AND JACK POSTER, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; AND FIA CARD SERVICES, N.A.,<br><br>　　　　　Defendants. | Case No. 5:12-cv-04009-EJD (PSG) |

1

1  Notice is hereby given that Objectors James Kirby and Susan House hereby appeal to the
2  United States Court of Appeals for the Ninth Circuit from the Order Denying Objectors' Motion For
3  Attorneys' Fees (Docket No. 126), entered in this action on May 18, 2015.
4
5  Dated:  June 16, 2015                 By: /s/ Joseph Darrell Palmer_____
                                              Joseph Darrell Palmer
6
7                                         Attorney for Objectors James Kirby and Susan House
8
9                              **REPRESENTATION STATEMENT**
10                                  **(Ninth Circuit Local Rule 3-2)**
11  The undersigned represents James Kirby and Susan House, Objectors and Appellants in this
12  matter, and no other party.  Attached is a service list that shows all of the parties to the action below,
13  and identifies their counsel by name, firm, address, email and telephone number, where appropriate.
14  (F.R.A.P. 12(b); Circuit Rule 3-2(b).)
15
16
17                                  **CERTIFICATE OF SERVICE**
18
19  I certify that on June 16, 2015, I electronically filed the foregoing with the Clerk of the Court of
20  the United States District Court for the Northern District of California by using the USDC CM/ECF
    system.  I certify that all registered CM/ECF users will be served via the USDC CM/ECF system.
21
22                                    /s/ Joseph Darrell Palmer____
                                       Joseph Darrell Palmer
23
24
25
26
27
28
                                              2
                                                        CASE NO. 5:11-cv-02390-EJD
                                              NOTICE OF APPEAL AND NINTH CIRCUIT REP STATEMENT

# NINTH CIRCUIT RULE 3-2
# REPRESENTATION STATEMENT SERVICE LIST

Rose v. Bank of America Corporation
Case No. 5:11-cv-02390-EJD

| | | |
|---|---|---|
| **Plaintiffs/Appellees** | represented by | Douglas James Campion |
| | | Law Offices of Douglas J Campion |
| Stephanie Rose | | 409 Camino Del Rio South, Suite 303 |
| Carol Duke | | San Diego, CA 92108 |
| Jack Poster | | (619) 299-2091 / Fax: (619) 858-0034 |
| | | Email: doug@djcampion.com |

Beth E. Terrell
Terrell Marshall Daudt & Willie PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103-8869
(206) 816-6603 / Fax: (206) 350-3528
Email: bterrell@tmdwlaw.com

Daniel M. Hutchinson
Jonathan David Selbin
Nicole Diane Sugnet
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000 / Fax: (415) 956-1008
Email: dhutchinson@lchb.com
Email: jselbin@lchb.com
Email: nsugnet@lchb.com

Douglas I. Cuthbertson
Lieff Cabraser Heimann and Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
(212) 355-9500 / Fax: (212) 355.9592
Email: dcuthbertson@lchb.com

Joshua B. Swigart
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
(619) 233-7770 / Fax: (619) 297-1022
Email: josh@westcoastlitigation.com

          Mark Daniel Ankcorn
Ankcorn Law Firm
11622 El Camino Real, Suite 100
San Diego, CA 92130
(619) 870-0600 / Fax: (619) 684-3541
Email: mark@ankcorn.com

Matthew Ryan Wilson
Meyer Wilson Co., LPA
1320 Dublin Road, Suite 100
Columbus, OH 43215
(614) 224-6000 / Fax: (614) 224-6066
Email: mwilson@meyerwilson.com

Seyed Abbas Kazerounian
Kazerouni Law Group, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
(800) 400-6808 / Fax: (800) 520-5523
Email: ak@kazlg.com

**Defendants/Appellees**     represented by   Felicia Yangru Yu
Abraham Joshua Colman
Bank of America Corporation        Michael A Garabed
FIA Card Services, N.A.            Raymond Yoon Ho Kim
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
(213) 457-8000 / Fax: (213) 457-8080
Email: fyu@reedsmith.com
Email: acolman@reedsmith.com
Email: mgarabed@reedsmith.com
Email: rkim@reedsmith.com

Marc Albert Lackner
Benjamin David Spohn
David S. Reidy
Matthew James Brady
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
(415) 543-8700 / Fax: (415) 391-8269
Email: mlackner@reedsmith.com
Email: bspohn@reedsmith.com
Email: dreidy@reedsmith.com
Email: mbrady@reedsmith.com

|  |  |  |
|---|---|---|
|  |  | Jordan Seungjin Yu<br>Yu / Mohandesi LLP<br>1055 W. 7th Street, Suite 2150<br>Los Angeles, CA 90071<br>(213) 377-5502 / Fax: (213) 377-5501<br>Email: jyu@yumollp.com |
| **Objectors/Appellants**<br><br>James Kirby<br>Susan House | Represented by | Joseph Darrell Palmer<br>Law Offices of Darrell Palmer PC<br>2244 Faraday Avenue, Suite 121<br>Carlsbad, CA 92008<br>(858) 215-4064 / Fax: (866) 583-8115<br>Email: darrell.palmer@palmerlegalteam.com |