

**FILED**

**JUN 22 2015**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEPHANIE ROSE; et al., | No. 15-16215 |
| Plaintiffs - Appellees, | D.C. Nos.  5:11-cv-02390-EJD |
| v. | 5:12-cv-04009-EJD |
| JAMES KIRBY; et al., | Northern District of California, San Jose |
| Objectors - Appellants, | ORDER |
| V. | |
| BANK OF AMERICA CORPORATION; et al., | |
| Defendants - Appellees. | |

The appellants' motion for voluntary dismissal of this appeal under Fed. R. App. P. 42(b) is granted. This appeal is dismissed with prejudice.

A copy of this order sent to the district court shall act as and for the mandate of this court.

                For the Court:
                MOLLY C. DWYER
                Clerk of the Court:

                Cathie A. Gottlieb, Deputy Clerk
                Ninth Cir. R. 27-7/Advisory Note to Rule 27
                    and Ninth Circuit 27-10

Cag/06/22/15/Pro Mo